# EXHIBIT 8

# Application of U.S. Patent No. 9,036,181 to the Accused Printers*†

* The term "Accused Printers" refers to Toshiba's wireless printers, including but not limited to, printer and multifunction printer models compatible with the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, including at least the e-STUDIO, B-FP, B-EP, BV, B-FV, DB, B, BA, B-EX, and B-SX series printers and multifunction printers, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 9,036,181 to the Accused Printers</th></tr>
<tr><td>1. A wireless printing device, distinct and separate from one or more wireless information apparatus, for rendering digital content received from the one or more wireless information apparatus over a short range wireless communication link,</td>
<td>A wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) renders the digital content (e.g., photos, documents, etc.) received from the wireless information apparatus (e.g., iOS/Android device, etc.), which is a separate device from the wireless printing device, over a short range wireless communication link (e.g., Wi-Fi communication link, etc.) via wireless printing technology (e.g., Toshiba e-BRIDGE Print & Capture App, Apple AirPrint, Mopria Print, etc.).<br><br>
<u>Wireless Printing Device:</u><br>
<u>Toshiba e-STUDIO 2510AC</u><br><br>


<br>


</td></tr>
</table>

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Wireless Information Apparatus:**
**Samsung Galaxy S10 (Android smartphone)**



Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz) Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-

CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iPhone 11 (iOS smartphone)**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

**Operating System**

iOS

iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.

See what's new in iOS

**Cellular and Wireless**

- Model A2111*
  - FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)
  - TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  - CDMA EV-DO Rev. A (800, 1900 MHz)
  - UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
- All models
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

For details on LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/en-us/111865

**Wireless printing device receiving digital content from wireless information apparatus for rendering/printing via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

TOSHIBA

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application



| | |
|---|---|
| | Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/   |

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=SbHPXvCkMYo   **Print Photos with e-BRIDGE Print & Capture (Android)** |




**Print Photos with e-BRIDGE Print & Capture (Android)**

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s






Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

"e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.
***MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN.***
Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other ofices.
* ***Wi-Fi Direct is an option.***
***Supported models:*** e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, ***2510AC Series***, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series"

Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

**(B) Mopria Print Service**



| | |
|---|---|
| | **> The *How* of Mopria Print**<br><br>Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.<br>Print wherever -- whenever.<br><br>**Operation is *simple***<br><br><br><br>Select "print" from menu · Select a device from a printer list · Input the print setting · Tap the print icon<br>* Android (10) smartphone<br><br>Source:<br>http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/<br><br>Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).<br>If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....<br><br>Source:<br>https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US |

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Office Mobile

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Find the print option   Select a nearby printer   Tap print

What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

**(C) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source: https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

| | |
|---|---|
| | <br>**Print with AirPrint**<br>1. Open the app that you want to print from.<br>2. To find the print option, tap the app's share icon — or — or tap ••• .<br>3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.<br>4. Tap Select Printer and choose an AirPrint-enabled printer.<br>5. Choose the number of copies or other options, like which pages you want to print.<br>6. Tap Print in the upper-right corner.<br><br><br>Source:<br>https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387 |
| said wireless printing device comprising:<br><br>a radio wireless communication unit to receive intermediate output data over the short range wireless communication link from the one or more wireless information apparatus, the intermediate output data corresponding to at least part of the digital content, said intermediate output data including at least one of image elements, graphics elements, and text elements, the short range wireless communication link being compatible with at least part of a protocol within IEEE 802.11 wireless standards or within Bluetooth standards; | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes a radio wireless communication unit (e.g., Wi-Fi module compatible with protocols under IEEE 802.11 wireless standards, etc.) to receive intermediate output data (e.g., data related to print job, etc.) over a short range wireless communication link (e.g., Wi-Fi link compatible with at least part of a protocol within IEEE 802.11 wireless standards) from the wireless information apparatus (e.g., iOS/Android device, etc.). The intermediate output data corresponds to the digital content, and the intermediate output data includes at least one of image elements, graphics elements, and/or text elements.*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC** |

| | |
|---|---|
| | **e-BRIDGE Next Print Specifications**<br><br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>TOSHIBA<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br>**Quick Start Guide**<br><br>e-STUDIO2010AC e-STUDIO2018A<br>e-STUDIO2510AC e-STUDIO2518A<br>e-STUDIO2515AC e-STUDIO3018A<br>e-STUDIO3015AC e-STUDIO3518A<br>e-STUDIO3515AC e-STUDIO4518A<br>e-STUDIO4515AC e-STUDIO5018A<br>e-STUDIO5015AC<br><br>**Options**<br>The following are sold separately, and upgrade the performance of the equipment. For details, contact your service technician or representative. |

| | |
|---|---|
| | **Wireless LAN/Bluetooth Module (GN-4020)**<br>Allows you to print over wireless LAN and Bluetooth.<br>You can also use a Bluetooth keyboard.<br>• Installed inside the equipment.<br><br>Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf<br><br>**MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS**<br>**Wireless LAN/Bluetooth Precautions for Use**<br>**GN-4020**<br><br>**❑ Model and series names in this manual**<br>In this manual, each model name is replaced with the series name as shown below. |

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

**■ About TOSHIBA Wireless Solution**

**❑ Wireless Interoperability**

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

**❑ Bluetooth Interoperability**

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing

updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

**Wireless printing device receives intermediate output data from the wireless information apparatus via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

**Anytime, anywhere, any data**

- You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
- Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
- Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.

**Main screen**

Easy task switching using PRINT and CAPTURE tabs

**Preview screen**

Preview to prevent mistakes

**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/




Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US



| | |
|---|---|
| |  Discover<br>RECENT<br>QR<br>WI-FI<br>MANUAL<br>TOSHIBA e-STUDIO5008A-11665544  Preview<br>TOSHIBA e-STUDIO5005AC-11672229<br>http://10.1.200.53 - Paper Out<br>Page 1 of 6<br>Copies<br>1<br>Color Mode<br>Auto<br>Print Mode<br>Normal Print<br>Duplex<br>Off<br>Staple<br>Not all paper sizes are supported.<br>Off<br>Paper Size<br>Same as original<br>to the MFP<br>Print |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo






Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

**(B) Mopria Print**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

**(C) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Source:
https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

| | |
|---|---|
| | ## Use AirPrint to print from your iPhone, iPad, or iPod touch<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>### Before you begin<br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.<br><br>### Print with AirPrint<br>1. Open the app that you want to print from.<br>2. To find the print option, tap the app's share icon — or — or tap ••• .<br>3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.<br>4. Tap Select Printer and choose an AirPrint-enabled printer.<br>5. Choose the number of copies or other options, like which pages you want to print.<br>6. Tap Print in the upper-right corner.<br><br><br><br><br>Source:<br>https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387 |
| one or more components for establishing and managing the short range wireless communication link with the one or more wireless information apparatus, | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes a component (e.g., Wi-Fi module, etc.) associated with the printer for establishing and managing the short range wireless communication link (e.g., Wi-Fi link, etc.) with the wireless information apparatus (e.g., iOS/Android device, etc.).*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC** |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

TOSHIBA

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS

# Quick Start Guide

e-STUDIO2010AC
e-STUDIO2510AC
e-STUDIO2515AC
e-STUDIO3015AC
e-STUDIO3515AC
e-STUDIO4515AC
e-STUDIO5015AC
e-STUDIO2018A
e-STUDIO2518A
e-STUDIO3018A
e-STUDIO3518A
e-STUDIO4518A
e-STUDIO5018A

## Options

The following are sold separately, and upgrade the performance of the equipment. For details, contact your service technician or representative.

**Wireless LAN/Bluetooth Module (GN-4020)**
Allows you to print over wireless LAN and Bluetooth.
You can also use a Bluetooth keyboard.
• Installed inside the equipment.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

**MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS**

# Wireless LAN/Bluetooth Precautions for Use

# GN-4020

### ❑ Model and series names in this manual

In this manual, each model name is replaced with the series name as shown below.

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

### ■ About TOSHIBA Wireless Solution

#### ❑ Wireless Interoperability

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

#### ❑ Bluetooth Interoperability

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

| | |
|---|---|
| the managing of the short range wireless communication link comprising broadcasting, at the radio wireless communication unit and over the short range wireless communication link, at least an indication of the identity of the wireless printing device | *The wireless printing device (e.g., Toshiba 2510 AC printer, etc.), broadcasts at the radio wireless communication unit (e.g., Wi-Fi module, etc.) over the short range wireless communication link (e.g., Wi-Fi communication, etc.) an indication of the identity (e.g., device information such as device name, etc.) of the wireless printing device to the wireless information apparatus (e.g., Android or iOS device) to select the wireless printing device for service (e.g., wireless printing, etc.).* |

over the short range wireless communication link to the one or more wireless information apparatus for the one or more wireless information apparatus to select the wireless printing device for service;

**Wireless printing device transmitting indication of identity to wireless information apparatus via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

TOSHIBA

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play | Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

<table>
<tr>
<td></td>
<td>




</td>
</tr>
</table>




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source: [http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/](http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/)




Source: [https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria](https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria)

**(C) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required. And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Source:
https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ··· .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source:
https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

| | |
|---|---|
| a display screen at the wireless printing device;<br><br>a touch screen user interface over the display screen for interfacing with a user; | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes a display screen and a touch screen user interface (e.g., LCD Touch Screen, etc.) over the display screen for interfacing with user.*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br><br><br>elevate™<br>RAISE YOUR EXPECTATIONS<br>**Simple, smart and stylish.**<br>A larger 10.1" tablet-style touch screen with an embedded web browser is easy to use, and customizable to meet your needs, enhancing the sleek and modern look of the complete series.<br><br>**Touch and Swipe with Ease**<br>An easy-to-use, tablet style 10.1" color touch screen panel works intuitively, helping you find instructions, functions, and commands with the swipe of the finger.<br><br>**Main Specifications**<br>**Copy System** — Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing<br>**Display** — 10.1" Color WSVGA Touch Screen Tilting Display<br>**Copy Speed** — 20/25 PPM (LT)<br><br>Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf<br><br>**Control panel**<br>Make for various operations and settings.<br> |

6. **Digital keys (Optional)**
Use to enter numbers.

7. **[PROGRAMMABLE1] button / [PROGRAMMABLE2] button**
Register frequently used functions to these buttons and press them for quick access.
📖 **MFP Management Guide** (PDF) : "Chapter 2: SETTING ITEMS (Admin)"

13. **Touch panel**
Configure various functions such as copying.
📖 P.15 "Using the Touch Panel"

## Using the Touch Panel

The touch panel supports swipe and pinch operations.

### Press (Tap)

Lightly press buttons on the screen with your finger and lift it immediately.




### Swipe

Press the screen with your finger and slide it in one direction. Turns pages on the home screen and scrolls up and down in a list.






| | |
|---|---|
| | **Drag & Drop**<br>You can replace the RECALL button on the home screen. Press the button with your finger, drag it to another place, and lift your finger.<br><br><br>**Pinch (pinch and spread)**<br>Press the screen with two fingers, pinch them together or spread them apart on the screen. You can use this operation in previews of the Simple Scan, Scan, and Fax functions, etc.<br><br><br>Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf |
| an output controller at the wireless printing device for processing digital content; | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes an output controller (e.g., processor) for processing the digital content (e.g., photos, documents, etc.).*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br>e-STUDIO™ 2510AC series<br><br>Toshiba's latest series delivers on our commitment to collaborate with clients to provide tailored, cost-effective solutions that meet your print, document management, and content needs while helping you to meet your green objectives.<br>› 20 & 25 PPM<br>› Affordable, high-resolution color<br>› High-volume black & white and color<br>› Advanced e-BRIDGE Next technology<br>› Fast dual-core processor |

<table>
<tr>
<td></td>
<td>

**Advanced e-BRIDGE Next Technology**

Built on Linux®, this latest e-BRIDGE Next architecture features an Embedded Web Browser, a dual-core processor, up to 4GB RAM and a 320GB SED enabling the MFP to easily drive Toshiba's internally developed solutions or even third-party applications.

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**e-BRIDGE Next Print Specifications**

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

Source: https://web.archive.org/web/20201201175503/https://www.poota.com/lpbook/02-chp2.html

</td>
</tr>
<tr>
<td>an operating system for managing one or more application software running at the wireless printing device and for enabling installation of additional applications or application software for providing additional</td>
<td>

*The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes an embedded operating system (e.g., LINUX OS, firmware, etc.) for managing application software running at the wireless printing device and enabling installation of additional software application (e.g., software/firmware updates, etc.).*

**Wireless Printing Device:**
**Toshiba e-STUDIO 2510AC**

</td>
</tr>
</table>

<table>
<tr>
<td>functionalities to the wireless printing device;</td>
<td>

**Advanced e-BRIDGE Next Technology**

Built on Linux®, this latest e-BRIDGE Next architecture features an Embedded Web Browser, a dual-core processor, up to 4GB RAM and a 320GB SED enabling the MFP to easily drive Toshiba's internally developed solutions or even third-party applications.

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Advanced Applications**

Various applications are available to enhance the functionality of your equipment. The availability of applications varies by region. For details, contact your service technician or representative.

**Applications available for this equipment**

| e-BRIDGE Plus for Google Drive | Through the use of Google Drive (the cloud service of Google), you can upload scan data from this equipment to Google Drive, and can download and print a file in Google Drive. |
|---|---|
| e-BRIDGE Plus for Dropbox | Through the use of Dropbox (the cloud service of Dropbox), you can upload scan data from this equipment to Dropbox, and can download and print a file in Dropbox. |
| e-BRIDGE Plus for OneDrive | Through the use of OneDrive (the cloud service of Microsoft), you can upload scan data from this equipment to OneDrive, and can download and print a file in OneDrive. |
| e-BRIDGE Plus for Box | Through the use of Box (the cloud service of Box), you can upload scan data from this equipment to Box, and can download and print a file in Box. |
| e-BRIDGE Plus for USB Storage / e-BRIDGE Plus Auto Launcher | You can store scan data in a USB media and can print a file in a USB media. |
| e-BRIDGE Plus for Google Cloud Print | You can perform printing by means of Google Cloud Print (the cloud service of Google). |
| e-BRIDGE Plus for Green Information | You can check to what degree the reduction in paper use has been achieved, something which would contribute to environmental conservation, by collecting, tallying and storing the counter information from the equipment. |
| e-BRIDGE Plus for Zone OCR | You can scan characters and barcodes within the specified zones on originals scanned by the MFP with the OCR function and can save them in the shared folders on the network together with the recognized results. In addition, you can automatically give file names and create storage folders by using recognized results. Recognized results can be checked and edited using the attached tool. |
| e-BRIDGE Plus for WebDAV | Through the use of the WebDAV protocol, you can upload scan data from this equipment to a WebDAV server and can download and print a file in a WebDAV server. |
| e-BRIDGE Plus for SharePoint Online | Through the use of SharePoint Online (the cloud service Office 365 of Microsoft), you can upload scan data from this equipment to SharePoint Online, and can download and print a file in SharePoint Online. |
| e-BRIDGE Plus for Exchange Online | Through the use of Exchange Online (the cloud service Office 365 of Microsoft), you can send an e-mail by attaching originals scanned from this equipment and save it together with messages as a draft. |
| e-BRIDGE Plus for OneDrive for Business | Through the use of OneDrive for Business (the cloud service Office 365 of Microsoft), you can upload scan data from this equipment to OneDrive for Business, and can download and print a file in OneDrive for Business. |
| e-BRIDGE Plus for G Suite Google Drive | Through the use of G Suite Google Drive (the cloud service of Google), you can upload scan data from this equipment to Google Drive, and can download and print a file in Google Drive. |
| e-BRIDGE Plus for Gmail | Through the use of Gmail (the cloud service of Google), you can send an e-mail by attaching originals scanned from this equipment and save it together with messages as a draft. |

</td>
</tr>
</table>

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf




| | Item name | Description |
|---|---|---|
| 1 | Name | Displays the name of the System Firmware. |
| 2 | Version | Displays the version of the System Firmware. |
| 3 | Date Created | Displays the Created date of the System Firmware. |
| 4 | Date Installed | Displays the installed date of the System Firmware. |

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18236/eS5018A_TAG_EN_0004.pdf

**Security Features** User Authentication, On-Board Data Scramble Function, SCEP, Disable e-Filing, Disable Copy, Disk Overwrite, IP Address Filtering (10 Sets), MAC Address Filtering (10 Sets), Network Service Control, Network Port Control, SMB Packet Signing, SSL/TLS (HTTP, IPP, LDAP, SMTP, POP, FTP, DPWS, SYSLOG), IPsec (IKEv1, IKEv2), Security Mode Change, CC Certified (ISO/IEC15408)* with HCD-PP v1.0, IEEE802.1X (Wired/Wireless), Digital Signature for Client Utilities, Password Policy, Password Lock, Password Expiration, Self Testing, Job Access Control, Log Access Control for Job Log, Security Stamp, Role Based Access Control, Secure PDF, Digital Signature for Firmware Update, Integrity Check Function, Image Log, Card Authentication, NFC Authentication
*Conformance with HCD-PPv1.0 in High Security Mode.

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

---

an interpreter for receiving the intermediate output data over the short range wireless communication link from the one or more wireless information apparatus and for retrieving image data from said intermediate output data, the image data including two or more image layers or color channels;

*The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes an interpreter (e.g., processor) for receiving intermediate output data (e.g., data related to print job, etc.) from the wireless information apparatus (e.g., Android/iOS devices, etc.) over the short range wireless communication link (e.g., Wi-Fi communication link, etc.) and for retrieving the image data from the intermediate output data received from the wireless information apparatus. The image data includes two or more image layers or color channels (e.g., cyan (C), magenta (M), yellow (Y), and black (K) channels, etc.).*

**Wireless Printing Device**
**Toshiba e-STUDIO 2510AC**

e-STUDIO™ 2510AC series

- 20 & 25 PPM
- Affordable, high-resolution color
- High-volume black & white and color
- Advanced e-BRIDGE Next technology
- Fast dual-core processor

| | |
|---|---|
| **Weight** | Approx. 126 lb |
| **Approx. Dimensions** | 22.6" (W) x 23" (D) x31" (H) |
| **CMYK Toner Yield** | CMY: 33.6K, BK: 38.4K @ 5% |
| **Power Source** | 120 Volts, 50/60 Hz, 12 Amps |
| **Power Consumption** | Maximum 1.5kW (120V) |
| **CPU** | Intel Atom™ 1.33GHz (Dual-Core) |
| **Memory** | 2GB, Max. 4GB |
| **Hard Disk Drive** | 320GB Self-Encrypting Drive |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

## The Printer Controller

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

### Interpretation

The interpretation function of the controller, normally called the interpreter, examines the data sent from the computer and identifies the command embedded in the data. The commands will fall into several categories, such as printer control, page format, font management, text layout and graphics, and must be arranged and submitted to the formatter in the correct order and priority, incorrect or invalid commands must also be processed and signalled to the user. The interpreter is usually responsible for implementing the printer control commands, these are commands which perform generic operations such as selecting duplex or simplex, manual feed, and other commands which have no impact on the formatting of the page. In some printers this is all that the interpreter does, in other printers the interpreter may also translate the commands into a shorthand or "tokenised" form which the formatter can process more efficiently. The interpreter passes the structured print data to the formatter.

### Rasterising

The rasteriser is the final stage in the process of preparing an image for printing, and converts the commands received from the formatter into an array of dots to be used by the laser. It takes the bitmap for each character of text, and places it at the specified position in the array, then overlays the array with any bitmap graphics, to form the pattern to be printed. As the array of dots for a full page can be very large, there are alternate methods for constructing the array; it can be made as a Page Buffer, or several Band Buffers. Once the array is ready it is passed to the print engine, where the laser writes it onto the photoreceptor.

Source: https://web.archive.org/web/20201201175503/https://www.poota.com/lpbook/02-chp2.html

e-STUDIO2010AC
e-STUDIO2510AC

Product brochure

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

Source: https://docs.aspose.com/page/net/page-description-languages/

| | |
|---|---|
| | **Raster Image Processor**<br><br>In computer graphics and imaging, the hardware and software configuration used in output devices to determine what value each pixel or spot of output should possess, driven by commands from a page description language such as PostScript. All computer-generated output (such as that produced on an imagesetter) is composed of very small spots. The RIP converts a vector-based image, or an image—such as type or line art—stored by the computer as a series of mathematical formulas that describe lines and curves, into the pattern of spots needed to generate the output. (The conversion of a vector image to a raster image is called ripping or RIPing.) Essentially, an interpreter in the hardware converts a PostScript file into a display list, which is then converted into a bit map describing the page. Most PostScript output devices have a RIP built into the hardware.<br><br>The earliest RIPs had difficulty with halftone screening, but PostScript screening (via PostScript Level 2) is now of very high quality. Another problem service bureaus have had with PostScript-driven RIPs is the occasional PostScript error and the lack of editability of the PostScript file, which often necessitated going back to the original application file and modifying it. Newer PostScript interpreters allow the editing of the display list before ripping, enabling operators to clean up problematic PostScript files.<br><br>Source: https://web.archive.org/web/20200725222549/http://printwiki.org/Raster_Image_Processor<br><br>**5.2 Raster Image Processing**<br><br>Wayne Collins<br><br>The raster image processor (RIP) is the core technology that does the computational work to convert the broad range of data we use to create a computer graphic into the one-bit data that drives a physical imaging device. Let's examine the creation of a single character of the alphabet, or **glyph**. A font file delivers PostScript language to the RIP that describes a series of points and **vector** curves between those points to outline the letter A. The RIP has a matrix grid at the resolution of the output device and computes which spots on the grid get turned on and which are turned off to create the shape of that letter A on the output device. The spots on the grid can only be turned on or off — which is how binary data is encoded — either as 0 or 1. The grid then acts as a switch to turn a mechanical part of the imaging engine on or off.<br><br>Source: https://opentextbc.ca/graphicdesign/chapter/5-2-raster-image-processing/<br><br>"A means of dividing a full color photograph into four separate components, corresponding to ***the four primary colors used in process color printing—cyan, magenta, yellow, and black. Process color printing involves overprinting halftone dots of each of these four colors in varying densities, the various combinations producing the wide range of reproducible colors. Consequently, a different printing plate needs to be made of each color and this, in turn, requires separate negatives or positives***. (The term color separation refers to both the process and the products of that process.) The process of color separation can be accomplished photographically, electronically, or on the desktop."<br><br>Source: https://web.archive.org/web/20200810004504/http://printwiki.org/Color_Separation<br><br>"***To reproduce color and continuous-tone images, printers usually separate artwork into four plates—one plate for each of the cyan (C), yellow (Y), magenta (M), and black (K) portions of the image. When inked with the appropriate color and printed in register with one another, these colors combine to reproduce the original artwork***. The process of dividing the image into two or more colors is called color separating, and the films from which the plates are created are called the separations." |

| | |
|---|---|
| | Source:<br>https://web.archive.org/web/20210612213431/https://helpx.adobe.com/acrobat/using/printing-color-pdfs-acrobat-pro.html |
| an image processor for carrying out at least one image processing operation on at least part of the image data, said image processing operation including at least one of a bit depth operation, a color space operation, a color correction operation, an output size operation, and a resolution operation of the image data, individually or in any combination; and | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes an image processor to conduct image processing operations including color correction operation and a resolution operation of the image data.*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br>e-STUDIO™ 2510AC series<br><br>› 20 & 25 PPM<br>› Affordable, high-resolution color<br>› High-volume black & white and color<br>› Advanced e-BRIDGE Next technology<br>› Fast dual-core processor<br><br>**Weight** Approx. 126 lb<br>**Approx. Dimensions** 22.6” (W) x 23” (D) x31” (H)<br>**CMYK Toner Yield** CMY: 33.6K, BK: 38.4K @ 5%<br>**Power Source** 120 Volts, 50/60 Hz, 12 Amps<br>**Power Consumption** Maximum 1.5kW (120V)<br>**CPU** Intel Atom™ 1.33GHz (Dual-Core)<br>**Memory** 2GB, Max. 4GB<br>**Hard Disk Drive** 320GB Self-Encrypting Drive<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**The Printer Controller**<br><br>The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.<br><br>Source:<br>https://web.archive.org/web/20201201175503/https://www.poota.com/lpbook/02-chp2.html |

| | |
|---|---|
| | **e-BRIDGE Next Print Specifications**<br><br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**IMAGE QUALITY**<br><br>Patented ASICs provide superb clarity and rich text renditions in all scanning, printing and copying jobs<br><br>Up to 600 x 600 dpi print resolution<br><br>Automatic Image quality control function<br><br>Source: https://web.archive.org/web/20200615162221/http://business.toshiba.com/products/mfps/details.jsp?model=e-STUDIO2510AC<br><br>**Color commands attention.**<br>**Technology makes it possible.**<br>It's important that an MFP is powerful, reliable, and efficient. Add color to that and you have even more ways to make your documents impactful.<br><br>› Up to 600 dpi x 1,200 dpi (PS3)<br>› 256 gradations provide ultra-smooth transitions in photos and illustrations<br>› Auto-calibration ensures consistency of color across small and large print jobs<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf |

| | |
|---|---|
| | “***To reproduce color and continuous-tone images, printers usually separate artwork into four plates—one plate for each of the cyan (C), yellow (Y), magenta (M), and black (K) portions of the image. When inked with the appropriate color and printed in register with one another, these colors combine to reproduce the original artwork***. The process of dividing the image into two or more colors is called color separating, and the films from which the plates are created are called the separations.”<br><br>Source:<br>https://web.archive.org/web/20210612213431/https://helpx.adobe.com/acrobat/using/printing-color-pdfs-acrobat-pro.html |
| a print engine for receiving at least part of the image data from said image processor and employing at least part of the image data received from the image processor to print an image corresponding to at least part of the digital content onto a substrate with a marking engine included in the wireless printing device; and | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes a print engine (e.g., printer drum, etc.) to receive image data to print onto the substrate (e.g., paper) with a marking engine (e.g., copy system) included in the wireless printing device.*<br><br>**Wireless Printing Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br>**SPECIFICATIONS OF EQUIPMENT**<br><br>**e-STUDIO2010AC/2510AC**<br><br>**Weight** — e-STUDIO2010AC/2510AC: Approx. 57 kg (125.7 lb.) (equipment including developer and drum)<br><br>Source:<br>https://business.toshiba.com/downloads/KB/f1Ulds/18234/eS5018A_SPECG_EN_0003.pdf<br><br>**Genuine Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit**<br><br><br>***Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit (Genuine)*** - Genuine Toshiba Part - Made in China<br>**Out of Stock**<br>*Usually ships in:* 10 business days<br>**Mfr Part #:** Toshiba 6LK49103000, 6LK49100000, 6LJ54263000, 6LJ70685000, 6LJ70638000, 6LJ70541000, 6LJ70376000<br>**PR Order #:** K6134<br>Your Price **$189.95**<br>***+ Free Shipping***<br>Qty 1 **Add to Cart**<br>Add To Favorites<br>The Precision Guarantee Up to 1 Full Year! (Click for details)<br><br>Source: https://www.precisionroller.com/drum-units-for-toshiba-e-studio-2510ac/details_91607.html |

# e-STUDIO™ 2010AC/2510AC

## Main Specifications

| | |
|---|---|
| **Copy System** | Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing |
| **Display** | 10.1" Color WSVGA Touch Screen Tilting Display |
| **Copy Speed** | 20/25 PPM (LT) |
| **First Copy Out** | Color: 9.5/9.5 Seconds<br>Monochrome: 7.1/7.1 Seconds |
| **Warm-Up Time** | Approx. 21 Seconds |
| **Copy Resolution** | 600 x 600 dpi |
| **Stack Feed Bypass** | ST-R to LD, Envelope |
| **Multiple Copying** | Up to 999 Copies |
| **Paper Capacity** | Standard 350 Sheets/Max. 2,900 Sheets |
| **Original Feed** | Optional 100-Sheet RADF |
| **Scan Speed & Weights** | RADF Scan: Up to 73 IPM (Monochrome or Color), Simplex: 9.3-41.8 lb Bond, Duplex: 13.3-41.8 lb Bond |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

An electrophotographic printer that uses a matrix of LEDs as its light source. The LED mechanism is much simpler than its laser printer counterpart. A stationary array of LEDs is used instead of numerous moving parts, and the LEDs are selectively beamed onto the drum. LED printers are available from inexpensive personal printers to huge digital printing presses that print more than 700 pages per minute (ppm). See LED.




**LED vs. Laser Printing**

| | |
|---|---|
| | Source: https://www.pcmag.com/encyclopedia/term/led-printer#:~:text=An%20electrophotographic%20printer%20that%20uses,selectively%20beamed%20onto%20the%20drum |
| wherein the wireless printing device is configured to interface with the user over the touch screen user interface and to enable installation of additional applications or application software at the wireless printing device for providing additional functionalities to the wireless printing device or for upgrading the wireless printing device; and | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes a user interface (e.g., LCD Touch Screen/control panel buttons, etc.) for interfacing with the user and enabling installation of additional software application (e.g., software/firmware updates, etc.).*<br><br>**<u>Wireless Printing Device:</u>**<br>**<u>Toshiba e-STUDIO 2510AC</u>**<br><br><br><br><br>Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf<br><br>**Advanced e-BRIDGE Next Technology**<br>Built on Linux®, this latest e-BRIDGE Next architecture features an Embedded Web Browser, a dual-core processor, up to 4GB RAM and a 320GB SED enabling the MFP to easily drive Toshiba's internally developed solutions or even third-party applications.<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf |




| | Item name | Description |
|---|---|---|
| 1 | Name | Displays the name of the System Firmware. |
| 2 | Version | Displays the version of the System Firmware. |
| 3 | Date Created | Displays the Created date of the System Firmware. |
| 4 | Date Installed | Displays the installed date of the System Firmware. |

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18236/eS5018A_TAG_EN_0004.pdf

# Advanced Applications

Various applications are available to enhance the functionality of your equipment. The availability of applications varies by region. For details, contact your service technician or representative.

## Applications available for this equipment

| | |
|---|---|
| **e-BRIDGE Plus for Google Drive** | Through the use of Google Drive (the cloud service of Google), you can upload scan data from this equipment to Google Drive, and can download and print a file in Google Drive. |
| **e-BRIDGE Plus for Dropbox** | Through the use of Dropbox (the cloud service of Dropbox), you can upload scan data from this equipment to Dropbox, and can download and print a file in Dropbox. |
| **e-BRIDGE Plus for OneDrive** | Through the use of OneDrive (the cloud service of Microsoft), you can upload scan data from this equipment to OneDrive, and can download and print a file in OneDrive. |
| **e-BRIDGE Plus for Box** | Through the use of Box (the cloud service of Box), you can upload scan data from this equipment to Box, and can download and print a file in Box. |
| **e-BRIDGE Plus for USB Storage / e-BRIDGE Plus Auto Launcher** | You can store scan data in a USB media and can print a file in a USB media. |
| **e-BRIDGE Plus for Google Cloud Print** | You can perform printing by means of Google Cloud Print (the cloud service of Google). |
| **e-BRIDGE Plus for Green Information** | You can check to what degree the reduction in paper use has been achieved, something which would contribute to environmental conservation, by collecting, tallying and storing the counter information from the equipment. |
| **e-BRIDGE Plus for Zone OCR** | You can scan characters and barcodes within the specified zones on originals scanned by the MFP with the OCR function and can save them in the shared folders on the network together with the recognized results. In addition, you can automatically give file names and create storage folders by using recognized results. Recognized results can be checked and edited using the attached tool. |
| **e-BRIDGE Plus for WebDAV** | Through the use of the WebDAV protocol, you can upload scan data from this equipment to a WebDAV server and can download and print a file in a WebDAV server. |

<table>
<tr>
<td></td>
<td>

| | |
|---|---|
| **e-BRIDGE Plus for SharePoint Online** | Through the use of SharePoint Online (the cloud service Office 365 of Microsoft), you can upload scan data from this equipment to SharePoint Online, and can download and print a file in SharePoint Online. |
| **e-BRIDGE Plus for Exchange Online** | Through the use of Exchange Online (the cloud service Office 365 of Microsoft), you can send an e-mail by attaching originals scanned from this equipment and save it together with messages as a draft. |
| **e-BRIDGE Plus for OneDrive for Business** | Through the use of OneDrive for Business (the cloud service Office 365 of Microsoft), you can upload scan data from this equipment to OneDrive for Business, and can download and print a file in OneDrive for Business. |
| **e-BRIDGE Plus for G Suite Google Drive** | Through the use of G Suite Google Drive (the cloud service of Google), you can upload scan data from this equipment to Google Drive, and can download and print a file in Google Drive. |
| **e-BRIDGE Plus for Gmail** | Through the use of Gmail (the cloud service of Google), you can send an e-mail by attaching originals scanned from this equipment and save it together with messages as a draft. |

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

| | |
|---|---|
| **Security Features** | User Authentication, On-Board Data Scramble Function, SCEP, Disable e-Filing, Disable Copy, Disk Overwrite, IP Address Filtering (10 Sets), MAC Address Filtering (10 Sets), Network Service Control, Network Port Control, SMB Packet Signing, SSL/TLS (HTTP, IPP, LDAP, SMTP, POP, FTP, DPWS, SYSLOG), IPsec (IKEv1, IKEv2), Security Mode Change, CC Certified (ISO/IEC15408)* with HCD-PP v1.0, IEEE802.1X (Wired/Wireless), Digital Signature for Client Utilities, Password Policy, Password Lock, Password Expiration, Self Testing, Job Access Control, Log Access Control for Job Log, Security Stamp, Role Based Access Control, Secure PDF, Digital Signature for Firmware Update, Integrity Check Function, Image Log, Card Authentication, NFC Authentication<br>*Conformance with HCD-PPv1.0 in High Security Mode. |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

</td>
</tr>
<tr>
<td>wherein the wireless printing device further enables the one or more wireless information apparatus to wireless device discover the wireless printing device over the short range wireless communication link between the one or more wireless information apparatus and the wireless printing device for enabling the wireless printing device to be selected for service; and</td>
<td>

*The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) enables the one or more wireless information apparatus (e.g., iOS/Android devices, etc.) to wirelessly discover the wireless printing device over the short range wireless communication link (e.g., Wi-Fi communication, etc.) between the one or more wireless information apparatus and the wireless printing device for enabling the wireless printing device to be selected for service (e.g., printing, etc.).*

**Wireless printing device enables wireless discovery at the wireless information apparatus via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

</td>
</tr>
</table>

TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.

3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.
5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.
6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on




Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

| | |
|---|---|
| | <br>TOSHIBA<br>e-BRIDGE Print & Capture<br>TOSHIBA TEC CORPORATION<br>Everyone<br>10<br>3.9<br>This application will allow you to utilize TOSHIBA MFPs to print and scan<br>WHAT'S NEW<br>Fix some Bugs<br>READ MORE<br><br>Discover<br>RECENT<br>QR<br>WI-FI<br>MANUAL<br>Loading<br>Please Wait. Retrieving Data...<br>Cancel |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo




**Print Photos with e-BRIDGE Print & Capture (Android)**

| | |
|---|---|
| | **Transcript**<br>Search in video<br>0:00 download the eBridge print and capture<br>0:02 app from google play note your mobile<br>0:04 device will need to be connected via<br>0:06 Wi-Fi to the same network as your<br>0:08 toshiba e-studio system after<br>0:10 installation is complete launch the<br>0:13 application on your Android device by<br>0:15 tapping the eBridge print and capture<br>0:17 icon tap images in the print section of<br>0:20 the application menu when prompted allow<br>0:23 the eBridge print and capture app to<br>0:25 access your photos select the desired<br>0:28 photo to print on first use of the app<br>0:31 for printing the system will attempt to<br>0:33 locate your toshiba e-studio system on<br>0:35 the Wi-Fi network if no devices are<br>0:38 discovered you can enter the IP address<br>0:40 manually to manually input the IP<br>0:43 address for your system click manual on<br>0:45 the upper right side of app enter the IP<br>0:48 address or full hostname of your system<br>0:50 and tap start discovery tap the right<br><br>Source: https://www.youtube.com/watch?v=BxSh4yfAr_s |

**(B) Mopria Print Service**

### > The *How* of Mopria Print

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

### How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How It Works**

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://web.archive.org/web/20201124170930/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

**(C) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

| | |
|---|---|
| | <br>Select "print" from menu — Select a device from a printer list — Input the print setting — Tap "Print"<br><br>Source:<br>http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/<br><br>**Use AirPrint to print from your iPhone, iPad, or iPod touch**<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>**Before you begin**<br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.<br><br>**Print with AirPrint**<br>1. Open the app that you want to print from.<br>2. To find the print option, tap the app's share icon — or — or tap ••• .<br>3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.<br>4. Tap Select Printer and choose an AirPrint-enabled printer.<br>5. Choose the number of copies or other options, like which pages you want to print.<br>6. Tap Print in the upper-right corner.<br><br><br>Source:<br>https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387 |

<table>
<tr>
<td></td>
<td>AirPrint has many supportive ways to find and use printers. The main method which most people associate with AirPrint is Local Bonjour. There is no setup required. The printer automatically appears as an available printer in the list without any setup.<br><br>AirPrint has also always supported Wide-Area Bonjour. Bonjour is based on DNS Service Discovery. And if a DNS server is configured with the correct records, printers can be discovered this way and I'll go over how to do this. Both iOS and Mac OS also now support Mobile Device Management or MDM profiles with a configured AirPrint payload.<br><br>Source:<br>http://web.archive.org/web/20201111171948/https://developer.apple.com/videos/play/wwdc2016/725/#</td>
</tr>
<tr>
<td>wherein the wireless printing device is further operable to facilitate a digital halftoning operation on at least part of the digital content for printing an image corresponding to at least part of the digital content onto a substrate.</td>
<td>The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) is operable to facilitate a digital half-toning operation on digital content for printing an image onto a substrate.<br><br><u>Wireless Printing Device:</u><br><u>Toshiba e-STUDIO 2510AC</u><br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /<br>MULTIFUNCTIONAL DIGITAL SYSTEMS<br>Printing Guide<br><br>e-STUDIO2010AC/2510AC<br>e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC<br>e-STUDIO2518A/3018A/3518A/4518A/5018A<br>e-STUDIO5516AC/6516AC/7516AC<br>e-STUDIO5518A/6518A/7518A/8518A<br>e-STUDIO330AC/400AC<br><br>■ Adjusting the image quality<br>P.49 "Considering designs for light sections (Halftone)"<br>P.49 "Smoothing out text and graphics (Smoothing)"<br>P.50 "Distinguishing thin lines"<br>P.50 "Adjusting the density and color balance"<br>P.51 "Enhancing images (Resolution)"<br><br>❑ Considering designs for light sections (Halftone)<br>Sets how to print halftones.<br>1 Display the [Image Quality] tab menu.<br>2 For color MFP, click [Setting], and then select the [Basic] tab.<br>3 Set how to print halftones in [Halftone].<br><br>Auto: Prints using the correct halftone depending on the contents in the document.<br>Detail: Prints halftone in detail.<br>Smooth: Prints halftone smoothly.<br>4 Set other printing functions as needed, and then click [OK].<br>5 Click [Print] or [OK] to send the job.</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>

**Halftone**

This sets the appropriate processing on halftone images. The halftone can be selected using the following options.

| Option Value | Alternate Value | Description |
|---|---|---|
| halftone=AUTO | | Set the proper halftone depending on the contents in the document automatically. |
| halftone=DETAIL | | Set the halftone in detail. |
| halftone= SMOOTH | | Set the halftone smoothly. |

Example: The command to set the auto halftone for the print job is "lp -o halftone=AUTO <filename>"

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18229/eS5018A_PG_EN_0003.pdf

**Halftone Screening**

It is important to stop here for a discussion about halftone screening that a RIP applies to photographs and graphics to represent grey levels or tonal values in a graphic element. We described how the RIP makes a grid of one-bit data, but graphics are not just black and white — they have tonal values from 0% (nothing) printing to 100% (solid) printing. If we want to render the tonal values in-between in half percent increments, we need 200 addresses to record the different values. Computer data is recorded in bits, two values (on and off), and bytes, which are eight bits strung together in one switch. The number of values a byte can record is 256 — the number of combinations of on and off that the eight bits in the byte can express. A computer records a byte of data for each primary colour (red, green, and blue — RGB) for each detail in a photo, as a *pixel* (picture element), which controls the phosphors on electronic imaging devices. A RIP must convert the eight-bit RGB values into the four primary printing ink colours (cyan magenta, yellow, and black — CMYK). There are two distinct steps here: (1) conversion from RGB to CMYK continuous tone data (24 bit RGB to 32 bit CMYK); and (2) continuous tone to one-bit screening algorithms. We have to be in the output colour space before we can apply the one-bit conversion. It converts the eight-bit tonal values into one-bit data by dividing the area into cells that can render different sizes and shapes of dots by turning spots on and off in the cell. A cell with a grid that is 10 laser spots wide by 10 laser spots deep can render different 100 dot sizes (10 x 10), from 1% to 99%, by turning on more and more of the laser spots to print. If we think back to the plate-setter for lithographic platemaking, we know it is capable of firing the laser 2,000 to 3,000 times per inch. If the cells making up our printing dots are 10 spots square, we can make dot sizes that have a resolution of 200 to 300 halftone screened dots in one inch. A RIP has screening (dot cell creation) algorithms that convert the data delivered in RGB pixels at 300 pixels per inch into clusters of laser spots (dots) for each printing primary colour (CMYK).

Source:
https://web.archive.org/web/20210228183859/https://opentextbc.ca/graphicdesign/chapter/5-2-raster-image-processing/

</td>
</tr>
<tr>
<td>5. The wireless printing device of claim 1 in which the managing of the short range wireless communication link further comprises sending or receiving a security key for enabling restricted short range wireless communication over the short range wireless communication</td>
<td>

*The wireless printing device (e.g., Toshiba e-STUDIO 2510 printer, etc.), via its radio wireless communication unit (e.g., Wi-Fi module) receives a security key (e.g., PIN, username and password, etc.) over the short-range wireless communication link (e.g., Wi-Fi communication link, etc.) enabling the restricted short range wireless communication link.*

**Wireless printing device receives security key over short range wireless communication link via:**

</td>
</tr>
</table>

link and via the radio wireless communication unit.

**(A) Toshiba e-BRIDGE Print & Capture App**

**Stronger MFP security and access!**

- e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.
- MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN. Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other offices.
  * Wi-Fi Direct is an option.
  Supported models: e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, 2510AC Series, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series

Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

### 2.2.1.4.2. Check the Use Password Authentication for Print Job

Please enable the "Use Password Authentication for Print Job" via TopAccess.

| User Authentication Setting | |
|---|---|
| User Authentication | Enable |
| Authentication failed print job/Raw Print Job | Delete |
| Auto Release on Login | Disable |
| ☑ Use Password Authentication for Print Job | |

*It is not able to print from other than Windows Client when this function is enabled.

[TopAccess-> Administration->Security->User Authentication Setting->Use Password Authentication for Print

This setting is not supported by e-STUDIO6550/4540/856/456 Series.

### 2.3.2. How to set user/department information

If authentication mode is enabled at MFP, user has to input the user information to application.
If user information is once inputted at the time of a print or scanning functional use, these information will be automatically reflected at the time of other functional use.

[Android]




Department authentication




Local authentication




Windows Domain/LDAP Authentication

[iOS]



Department authentication | Local authentication | Windows Domain/LDAP Authentication

Confidential

| Authentication mode | Input information | Example |
|---|---|---|
| Department authentication | Department code | Department code: 123456 |
| MFP local authentication | User name and password | User name: user<br>Password:123456 |
| Windows domain authentication | Domain name, user name and password | Domain name: eBPC.tec.local<br>User name: user<br>Password: 123456 |
| LDAP authentication | LDAP server name、user name and password | LDAP server name: eBPC.tec.local<br>User name: user<br>Password:123456 |

When LDAP authentication is enabled at MFP, eBPC don't support scan function.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf

## e-BRIDGE Print & Capture and e-BRIDGE Print & Capture Lite, collected data and privacy

The data collected by this app and its purpose are as follows.

| Category | Data Type | Destination | Purpose |
|---|---|---|---|
| Credentials | Username & password for shared folder | Network Share Folder | To print documents or save scanned documents in Network Share Folder, this App will access to the shared folder with the specified username and password. |
| | Username / Password for MFP authentication | MFP | If you enable MFP User Authentication, this App will access to the MFP with the specified username and password to use print or scan function. Username will be logged in MFP logs. |
| | Password for private print | MFP | When you use private print function, this app will send the specified password with print job to MFP. If you select a job and input the correct password, MFP will print the job. The password will be discarded after printing. |

Source: https://www.toshibatec.com/cnt/products_overseas/MFP/privacy_ebpc.html







Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ

**(B) Mopria Print Service**

What functionalities does the Mopria Print Service include?

Depending on your printer's capabilities, the Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type, and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing, and accounting.

Source: https://mopria.org/faq

| | |
|---|---|
| | **Printing Administration**<br><br>Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.<br><br>• Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.<br>• For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.<br>• Administrators can track printing behaviors of individual users via User and Account IDs.<br><br>Source: https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service<br><br>Since its launch, the Mopria Print Service has enabled printing on Android smartphones and tablets to Mopria certified printers. It lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation, as well as workplace features like user authentication, pin printing and accounting capabilities all without having to install printer brand specific apps.<br><br>Source: https://mopria.org/Documents/MPS%202%203%20Press%20Release%20FINAL.pdf<br><br>For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.<br><br>Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf<br><br>The Mopria Print Service 2.0 release includes enterprise features allowing for user authentication, which will enable Mopria users to print to printers that require credentials or pin codes. In addition, the update will allow for accounting, transport security, and stapling. Together, these features will enable secure and seamless mobile printing from a range of mobile devices to any Mopria-certified business printer.<br><br>"The Mopria Print Service 2.0 gives business users a new, simple way to print from their mobile devices to Mopria certified enterprise-class printers, regardless of printer brand, while at the office, traveling for work or at home," said Greg Kuziej, Chairman of the Board at Mopria Alliance. "With the rise of BYOD and the mobile enterprise, the need for standardized printing from mobile devices in the workplace has never been clearer."<br><br>Source: https://mopria.org/Documents/Mopria_Alliance_2_0_Press_Release.pdf |

| | |
|---|---|
| | **(C) AirPrint**<br><br><br><br><br>Source: https://developer.apple.com/videos/play/wwdc2016/725/ |

<table>
<tr>
<td>6. The wireless printing device of claim 1 in which establishing the short range wireless communication link between the one or more wireless information apparatus and the wireless printing device includes accessing a wireless local area network and the short range wireless communication link is compatible with at least part of one protocol operating within an IEEE 802.11 wireless protocol standard.</td>
<td>
The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) accesses a wireless local area network connection (e.g., Wi-Fi network, etc.) for establishing the short-range wireless communication link (e.g., Wi-Fi communication link, etc.) between the wireless information apparatus and the wireless printing device. The short-range communication link (e.g., Wi-Fi communication link, etc.) is compatible with at least part of one protocol operating within an IEEE 802.11 wireless protocol standard.
<u>Wireless printing device supports wireless local area network connection:</u>
e-BRIDGE Next Print Specifications
<table>
<tr><td>PDL</td><td>PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG</td></tr>
<tr><td>Print Speed</td><td>20/25 Pages Per Minute (LT)</td></tr>
<tr><td>Print Resolution</td><td>600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only</td></tr>
<tr><td>Operating Systems</td><td>Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®</td></tr>
<tr><td>Network Protocols</td><td>TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments</td></tr>
<tr><td>Printing Protocols</td><td>SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP</td></tr>
<tr><td>Print Drivers</td><td>Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4</td></tr>
<tr><td><u>Interface</u></td><td>RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), <u>Optional 802.11b/g/n, Wireless LAN</u>, Optional Bluetooth</td></tr>
<tr><td>Wireless Device</td><td>AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)</td></tr>
<tr><td>Device Management</td><td>TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)</td></tr>
<tr><td>Account Control</td><td>Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function</td></tr>
<tr><td>Accessibility Features</td><td>Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts</td></tr>
</table>
Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf
</td>
</tr>
</table>

| | |
|---|---|
| | TOSHIBA<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br><br>**Quick Start Guide**<br><br>e-STUDIO2010AC e-STUDIO2018A<br>e-STUDIO2510AC e-STUDIO2518A<br>e-STUDIO2515AC e-STUDIO3018A<br>e-STUDIO3015AC e-STUDIO3518A<br>e-STUDIO3515AC e-STUDIO4518A<br>e-STUDIO4515AC e-STUDIO5018A<br>e-STUDIO5015AC<br><br>**Wireless LAN/Bluetooth Module (GN-4020)**<br>Allows you to print over wireless LAN and Bluetooth. You can also use a Bluetooth keyboard.<br>• Installed inside the equipment.<br><br>Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br><br>**Wireless LAN/Bluetooth Precautions for Use**<br><br>**GN-4020**<br><br>❑ **Model and series names in this manual**<br>In this manual, each model name is replaced with the series name as shown below. |

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

| | |
|---|---|
| | **■ About TOSHIBA Wireless Solution**<br><br>**❑ Wireless Interoperability**<br>The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.<br>• Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.<br>• Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).<br><br>**❑ Bluetooth Interoperability**<br>Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.<br>• The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.<br>• Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.<br><br>Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf<br><br>**❑ WIRELESS SETTING**<br>You can configure the Wireless LAN /Bluetooth Module if it is installed.<br>Select Infrastructure Mode or Ad Hoc Mode to specify the security mode.<br><br>Notes<br>• If you do not set no security, anyone knows how the SSID can connect to the wireless network. Therefore, it is recommended to set the security if it is possible.<br>• Once the WIRELESS SETTING (except WPS) has been set up, exit from USER FUNCTIONS menu by pressing [CANCEL] or [USER FUNCTIONS] button. When "APPLY AND REBOOT?" message appears, select "YES", and then press [OK]. The equipment is automatically rebooted and the WIRELESS SETTING is applied.<br><br>• WPS<br>WPS is a standard to allow easy wireless LAN configurations. This equipment supports Push Button Configuration and PIN methods.<br>The Push Button Configuration method completes the configuration by transmitting the ESSID and encryption key to the wireless LAN device as you press the button on the Access Point.<br>Whereas the PIN method completes the configuration by transmitting the ESSID and encryption key to the wireless LAN device as you register the PIN generated by the wireless LAN device to the Access Point.<br>• WPA2-PSK, WPA2/WPA-PSK<br>WPA2 and WPA2/WPA-PSK are authentication methods using the PSK (Pre-Shared Key) between the Access Point and other wireless devices.<br>To access the wireless network using the WPA2-PSK or WPA2/WPA-PSK authentication, the same PSK passphrase must be assigned in both the Access Point and other wireless devices. If the PSKs are same between the Access Point and other wireless devices, the Access Point allows them to access the wireless network through the Access Point.<br>• WEP<br>WEP is a data encryption method using the WEP key between the Access Point and other wireless devices.<br>WEP is less secure compared with WPA2 and WPA2/WPA-PSK. If the wireless network is configured in the Infrastructure Mode and the Access Point supports WPA2-PSK or WPA2/WPA-PSK, it is recommended to use WPA2-PSK or WPA2/WPA-PSK rather than WEP.<br><br>The following functions are available on the Wireless LAN menu. |

| Menu Functions | | | Settings | Description |
|---|---|---|---|---|
| ON | INFRASTRUCTURE | WPS | - | Selects the connection method from [PBC] or [PIN]. Press the WPS button on the Access Point within 2 minutes of selecting the PBC method. Register the PIN generated by this equipment to the Access Point within 2 minutes of selecting the PIN method. |
| | | SSID/SECURITY | - | WPA2-PSK, WPA2/WPA-PSK: Specify the passphrase after selecting AES if you are using WPA2-PSK, or after selecting TKIP+AES if you are using WPA2/WPA-PSK.<br>WEP: Selects the WEP encryption and key entry method, and then enter the WEP key.<br>NONE: Sets no security for wireless access. |

Source: https://fccid.io/BJI-GN4020/User-Manual/Users-Manual-2732348

**Wireless information establishing wireless communication link with wireless printing device via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

Mobile > Mobile Printing and Scanning

Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

**Anytime, anywhere, any data**

- You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
- Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
- Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.

| | |
|---|---|
| | <br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br><br><br>Source:<br>https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US |


3:59
TOSHIBA
e-BRIDGE Print & Capture
TOSHIBA TEC CORPORATION
Everyone
10
3.9
This application will allow you to utilize TOSHIBA MFPs to print and scan.
WHAT'S NEW
Fix some Bugs
READ MORE


Discover
RECENT
QR
WI-FI
MANUAL
TOSHIBA e-STUDIO5008A-11665544




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).
If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://web.archive.org/web/20201124170930/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

**(C) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

**AirPrint Cerified TOSHIBA Printing Devices**

## Color MFPs

**> e-STUDIO2510AC series**

- e-STUDIO2510AC
- e-STUDIO2010AC



Source:
https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

<table>
<tr>
<td></td>
<td>

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

</td>
</tr>
</table>