# EXHIBIT 9

# Application of U.S. Patent No. 10,140,071 to the Accused Printers*†

* The term "Accused Printers" refers to Toshiba's wireless printers, including but not limited to, printer and multifunction printer models compatible with the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, including at least the e-STUDIO, B-FP, B-EP, BV, B-FV, DB, B, BA, B-EX, and B-SX series printers and multifunction printers, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

**Application of U.S. Patent No. 10,140,071 to the Accused Printers**

1. A printing device supporting wireless printing of digital content, comprising:

*A printing device (e.g., Toshiba e-STUDIO2510AC printer, etc.) supporting wireless printing of digital content (e.g., photos, documents, etc.).*

*The Accused Printers provide wireless printing via Toshiba e-BRIDGE Print & Capture App, Apple AirPrint, Mopria Print, etc. over wireless communication (i.e., Wi-Fi communication).*

**Printing Device:**
**Toshiba e-STUDIO2510AC**




| | |
|---|---|
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Printing device wirelessly printing digital content via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

*e-BRIDGE Print & Capture*

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play    Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#


TOSHIBA
e-BRIDGE Print & Capture
This application will allow you to utilize TOSHIBA MFPs to print and scan.
WHAT'S NEW
Fix some bugs
READ MORE


Preview
TOSHIBA e-STUDIO5005AC-11672229
http://10.1.200.53
- Paper Out
Page 1 of 6
Copies
1
Color Mode
Auto
Print Mode
Normal Print
Duplex
Off
Staple
Not all paper sizes are supported.
Off
Paper Size
Same as original
Print
to the MFP




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo




**Print Photos with e-BRIDGE Print & Capture (Android)**




**Print Photos with e-BRIDGE Print & Capture (Android)**

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s






Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

***Note:*** *Please note that the printing device can receive the content from the smartphone with Toshiba e-BRIDGE Print & Capture app via Wi-Fi direct connection, only if the Wi-Fi direct option is supported by the printing device.*

"e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.
***MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN.***
Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other ofices.
**** Wi-Fi Direct is an option.***
***Supported models:*** e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, ***2510AC Series***, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series"

Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu — Select a device from a printer list — Input the print setting — Tap "Print"

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

### > The *How* of Mopria Print

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).
If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

| | |
|---|---|
| | **What Can I Print?**<br>With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.<br>Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.<br><br><br>**How It Works**<br>Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.<br><br><br>Find the print option Select a nearby printer Tap print<br><br>Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria |
| a memory or storage hardware component to store at least part of an output device profile, the output device profile includes at least one attribute related to the printing device; and | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes memory or storage hardware component (e.g., 4GB RAM, 320 SED, etc.) to store at least part of an output device profile, the output device profile includes at least one attribute (e.g., name, model number, device firmware, printer capabilities such as language, duplex printing, formats, color support, etc.) related to the printing device.*<br><br>**Printing Device:**<br>**Toshiba e-STUDIO2510AC** |

e-STUDIO 2510AC series

- Color Multifunction Printer
- Up to 25 PPM
- Small Workgroup
- Copy, Print, Scan, Fax
- Secure MFP
- Customizable UI

# e-STUDIO™ 2010AC/2510AC

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

| | |
|---|---|
| **Duplex** | Standard Automatic Duplex Unit: 16 lb Bond-90 lb Index |
| **Reproduction Ratio** | 25% to 400% |
| **Max Duty Cycle** | Max. 67.2K Month (e-STUDIO 2010AC)<br>Max. 84K Month (e-STUDIO 2510AC) |
| **Weight** | Approx. 126 lb |
| **Approx. Dimensions** | 22.6" (W) x 23" (D) x31" (H) |
| **CMYK Toner Yield** | CMY: 33.6K, BK: 38.4K @ 5% |
| **Power Source** | 120 Volts, 50/60 Hz, 12 Amps |
| **Power Consumption** | Maximum 1.5kW (120V) |
| **CPU** | Intel Atom™ 1.33GHz (Dual-Core) |
| **Memory** | 2GB, Max. 4GB |
| **Hard Disk Drive** | 320GB Self-Encrypting Drive |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

## e-STUDIO2010AC/2510AC

The e-STUDIO2010AC/2510AC comprises an A3/LD-size color MFP series that offers print speeds of 20/25 ppm. For group projects, for business and for those who need color print function, we are here to assist you. The series incorporates with industry-leading technology and innovations that are designed to help small groups of people stay connect and simple.

**Specifications**

| Model | | e-STUDIO2010AC | e-STUDIO2510AC |
|---|---|---|---|
| **General Feature** | | | |
| Copy / Print Speed (ppm) | Color | 20 | 25 |
| | B & W | 20 | 25 |
| Warm-up Time | | Approx. 21 sec. | |
| Memory | | Std. 2 GB/ Expandability: Max 4 GB | |
| Storage | | 320GB Self-Encryption HDD | |
| Dimension (W × D × H) | | 575 × 586* × 662 mm / 22.6" × 23"* × 26.1" | |
| Weight | | Less than 57 kg / 125.7 lbs | |

Source:
https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/

**[Device] Item List**

TopAccess opens the [Device] tab which includes a picture indicating the device status. At any time, the end user may click [REFRESH] to update the TopAccess status information.
This tab shows the following information about the device. The screen shows information, depending on the model and options you use.




| | Item name | Description |
|---|---|---|
| 1 | Device Information | The following information is displayed.<br>• **Status** — Displays the device status.<br>• **Name** — Displays the name of this equipment.<br>• **Location** — Displays the equipment's location.<br>• **Copier Model** — Displays the model name of this equipment.<br>• **Serial Number** — Displays the serial number of this equipment.<br>• **MAC Address** — Displays the MAC address of this equipment. |

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18236/eS5018A_TAG_EN_0004.pdf?_ga=2.113637700.2112731335.1786439894-1430903890.1784025910

**(A) Toshiba e-BRIDGE Print & Capture App**







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Source:
https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(C) Mopria Print Service**

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

<table>
<tr>
<td></td>
<td>

Source: https://www.youtube.com/watch?v=SbHPXvCkMYo</td>
</tr>
<tr>
<td>one or more wireless communication units for wireless communication, the one or more wireless communication units include one or more wireless communication chips or chipsets, at least one wireless communication chip or chipset of the one or more wireless communication chips or chipsets being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards; and</td>
<td>The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes one or more wireless communication units for wireless communication, that include one or more wireless communication chips or chipsets (e.g., Wi-Fi module, etc.), at least one wireless communication chip or chipset is compatible within IEEE 802.11 wireless standards.<br><br>
<u>Printing Device:</u><br>
<u>Toshiba e-STUDIO2510AC</u><br><br>
<table>
<tr><td>Interface</td><td>RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth</td></tr>
<tr><td>Wireless Device</td><td>AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)</td></tr>
</table>
<br>
<table>
<tr><td colspan="2">Connectivity/Security Options</td></tr>
<tr><td>FAX Unit/2nd Line for FAX Unit</td><td>GD1370N</td></tr>
<tr><td>FAX Over IP License Key</td><td>GS1100NODE</td></tr>
<tr><td>Wireless LAN/Bluetooth</td><td>GN4020</td></tr>
<tr><td>Bluetooth Keyboard</td><td>GR9000</td></tr>
<tr><td>Accessory Tray</td><td>GR1330</td></tr>
<tr><td>Panel 10-Key Option</td><td>GR1340</td></tr>
</table>
<br>
Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf</td>
</tr>
</table>

| | |
|---|---|
| | **e-STUDIO2010AC/2510AC**<br><br>**Printer Feature**<br>Resolution: 600 x 600 dpi, 5bit<br>PDL: PCL6 Emulation, PS3 Emulation, XPS<br>Interface – Standard: USB (High speed), 10/100/1000BASE-T<br>Interface – Option: Wireless LAN (IEEE802.11 b/g/n), Bluetooth<br><br>Source:<br>https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/<br><br>TOSHIBA<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br>**Quick Start Guide**<br>e-STUDIO2010AC e-STUDIO2018A<br>e-STUDIO2510AC e-STUDIO2518A<br>e-STUDIO2515AC e-STUDIO3018A<br>e-STUDIO3015AC e-STUDIO3518A<br>e-STUDIO3515AC e-STUDIO4518A<br>e-STUDIO4515AC e-STUDIO5018A<br>e-STUDIO5015AC<br><br>**Wireless LAN/Bluetooth Module (GN-4020)**<br>Allows you to print over wireless LAN and Bluetooth.<br>You can also use a Bluetooth keyboard.<br>• Installed inside the equipment.<br><br>Source:<br>https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br>**Wireless LAN/Bluetooth Precautions for Use**<br>**GN-4020** |

### ❑ Model and series names in this manual

In this manual, each model name is replaced with the series name as shown below.

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

### ■ About TOSHIBA Wireless Solution

#### ❑ Wireless Interoperability

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

#### ❑ Bluetooth Interoperability

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

---

wherein the printing device uses the one or more wireless communication chips or chipsets to:

wirelessly broadcast availability of the printing device for one or more wireless information apparatuses to wirelessly discover the printing device for service;

*The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) uses the wireless communication chips or chipsets (e.g., Wi-Fi module, etc.) to wirelessly broadcast availability of the printing device for wireless information apparatuses (e.g., iOS/Android devices, etc.) to wirelessly discover the printing device for service (e.g., wireless printing, etc.).*

**<u>Wireless information apparatus:</u>**
**<u>Android smartphone (Samsung Galaxy S10):</u>**



| | | |
|---|---|---|
| | | |
| | | COMMS |
| WLAN | Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct | |
| | Bluetooth | 5.0, A2DP, LE, aptX |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | FM radio (USA & Canada only) |
| | USB | USB Type-C 3.1, OTG, DisplayPort |

Source: https://web.archive.org/web/20201126141918/https://www.gsmarena.com/samsung_galaxy_s10-9536.php

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11):**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

## iPhone 11 - Technical Specifications

| | |
|---|---|
| Operating System | iOS<br>iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.<br>See what's new in iOS |

- All models
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

Source: https://support.apple.com/en-us/111865

**<u>Printing device broadcasting its availability for wireless discovery by wireless information apparatus via</u>:**

**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.

3. Select desired photo to print.

4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.

5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.

6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |




**Print Photos with e-BRIDGE Print & Capture (Android)**

**Transcript**

Search in video

| | |
|---|---|
| 0:00 | download the eBridge print and capture |
| 0:02 | app from google play note your mobile |
| 0:04 | device will need to be connected via |
| 0:06 | **Wi-Fi to the same network as your** |
| 0:08 | toshiba e-studio system after |
| 0:10 | installation is complete launch the |
| 0:13 | application on your Android device by |
| 0:15 | tapping the eBridge print and capture |
| 0:17 | icon tap images in the print section of |
| 0:20 | the application menu when prompted allow |
| 0:23 | the eBridge print and capture app to |

| | |
|---|---|
| | 0:25 access your photos select the desired<br>0:28 photo to print on first use of the app<br>0:31 for printing the system will attempt to<br>0:33 locate your toshiba e-studio system on<br>0:35 the Wi-Fi network if no devices are<br>0:38 discovered you can enter the IP address<br>0:40 manually to manually input the IP<br>0:43 address for your system click manual on<br>0:45 the upper right side of app enter the IP<br>0:48 address or full hostname of your system<br>0:50 and tap start discovery tap the right<br><br>Source: https://www.youtube.com/watch?v=BxSh4yfAr_s<br><br>**(B) AirPrint**<br><br>> **The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |




Select "print" from menu




Select a device from a printer list

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ···.
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

AirPrint has many supportive ways to find and use printers. The main method which most people associate with AirPrint is Local Bonjour. There is no setup required. The printer automatically appears as an available printer in the list without any setup.

AirPrint has also always supported Wide-Area Bonjour. Bonjour is based on DNS Service Discovery. And if a DNS server is configured with the correct records, printers can be discovered this way and I'll go over how to do this. Both iOS and Mac OS also now support Mobile Device Management or MDM profiles with a configured AirPrint payload.

Source: https://developer.apple.com/videos/play/wwdc2016/725/

**(C) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

| | |
|---|---|
| | <br><br><br>Source: [https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria](https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria) |
| wirelessly transmit at least part of the output device profile, stored within the printing device, to the one or more wireless information apparatuses that have wirelessly discovered the printing device; and | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly transmits the output device profile (e.g., device name, model number, print capabilities information such as PDLs, Duplex printing, print size, resolution, color supported, etc.) to the wireless information apparatuses (e.g., iOS/Android devices, etc.) that have wirelessly discovered the printing device.*<br><br>**<u>Printing device transmits stored output device profile to the wireless information apparatus via:</u>**<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**<br><br><br> |

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:

- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

-------------------------

Source:
https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid

| | |
|---|---|
| |     Source: https://www.youtube.com/watch?v=SbHPXvCkMYo<br><br>**(B) AirPrint**<br><br>> **The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |




Select "print" from menu    Select a device from a printer list    Input the print setting

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**iOS Wireless Printer Discovery**

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

**Multicast DNS**

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

**(C) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

| | |
|---|---|
| | **> The *How* of Mopria Print** |

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily. When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.

Source:
http://web.archive.org/web/20210611083850/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_IN&gl=US

**What new functionalities are available with the latest release v1.2?**

The current release of the Mopria Print Service v1.2 includes a significant list of enhancements and features, including:

- Support for x86/Intel Android devices
- Capability to add a printer manually with an IP address
- Wi-Fi Direct connection
- Duplex printing
- Default media settings for documents or photos
- Print resolution enhancement
- Added media sizes
  - A3
  - A5
  - US Legal
  - 11" x 17"
  - 5" x 7"
  - Hagaki (100 x 148 mm)
  - 89 x 119mm
  - 54 x 86mm
  - JIS B4
  - JIS B5
  - L (3.5" x 5" Photo)
  - 8" x 10"

Source: https://cbpnow.com/wp-content/uploads/2024/08/Mopria_FAQs.pdf




Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

**Printing Device:**
**Toshiba e-STUDIO2510AC**

| | |
|---|---|
| | **e-BRIDGE Next Print Specifications**<br><br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is IPP?**<br><br>The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can als submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes legacy network protocols including port 9100 printing and LPD/lpr.<br><br>A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.<br><br>A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.<br><br>**What are Printers?**<br><br>Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.<br><br>**Printer Capability Attributes**<br><br>Printers have many capability attributes, including:<br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cance Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11i and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'tw sided-short-edge'.<br>• "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high). |

<table>
<tr>
<td></td>
<td>

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are support
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printe
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-passwor repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printer support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers al support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

</td>
</tr>
<tr>
<td>wirelessly receive, from the one or more wireless information apparatuses and via the at least one wireless communication chip or chipset that is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards, print data that is related to at least part of the digital content for printing at the printing device, and wherein the print data is further related, at least partly, to the at least one attribute included in the output device profile that is wirelessly transmitted from the printing device to the one or more wireless information apparatuses.</td>
<td>

*The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly receives, via the wireless communication chip that is compatible with protocol within IEEE802.11 wireless standards, the print data (e.g., digital content for printing, etc.) from the wireless information apparatus (e.g., iOS/Android devices, etc.) that is related to at least part of the digital content (e.g., photos, documents, etc.) for printing at the printing device.*
*The print data is related to the attributes included in the output device profile (e.g., duplex printing, color format, printer language, etc.) that is transmitted by the printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.).*
*Once the user selects the printing device and configures the desired print settings such as print quality, paper size, color mode, and duplex printing based on the received printer profile, the iOS/Android smartphone (via Apple AirPrint, Mopria print service, Toshiba e-BRIDGE Print & Capture App, etc.) generates and transmits the print data (i.e., print job) in a format supported by the selected printer.*

**Printing Device:**
**Toshiba e-STUDIO2510AC**

*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.

**e-BRIDGE Next Print Specifications**

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**What is page description language?**

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc. and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

</td>
</tr>
</table>

| | |
|---|---|
| | **How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br>5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.<br>6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.<br>7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.<br>8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.<br><br>**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/<br><br>**Printing device receives print data from the wireless information apparatus via:**<br><br>**(A) Toshiba e-BRIDGE Print & Capture App** |

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:

- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

------------------------

Source: https://web.archive.org/web/20200810002629/https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid

TOSHIBA

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/







Source: https://www.youtube.com/watch?v=SbHPXvCkMYo







Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.



Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

## Overview

UIPrintInteractionController is the central class for printing in iOS. The shared instance of it represents a print job. A print job includes the content to print and information and options related to its printing, such as output type, job name, paper size, and orientation.

UIPrintInteractionController has four mutually exclusive properties for giving it the content to print:

- printingItem takes a single print-ready object.
- printingItems takes an array of print-ready objects.
- printFormatter takes a print formatter, an object that knows how to lay out content of a certain type.
- printPageRenderer takes a page renderer, a custom object that draws the content for printing.

If the showsPageRange property is true, the number of pages is more than 1, and you assign an object to any of these properties except for the printingItems property, the printing options include a control that allows users to select a page range.

When users tap a print button on the app's user interface, a controller object of the app should respond to the action message by obtaining the shared instance of UIPrintInteraction Controller and preparing it for the print job. When the app calls one of the present... methods (for example, present(animated:completionHandler:)), UIPrint InteractionController displays a view containing printing options. This interface is simple, allowing users to select a printer, specify the number of copies and possibly a range of pages, and choose single-sided or double-sided printing (if the printer supports duplex printing). When users make their selections and tap Print, the print job begins.

Source: http://web.archive.org/web/20210819022641/https://developer.apple.com/documentation/uikit/uiprintinteractioncontroller

| | |
|---|---|
| | *"**When a print job rises to the top of the queue**, **the system printing daemon*** (printd) considers the destination printer's requirements and, if necessary, ***converts the print data to a form that is usable by the printer***."<br><br>Source: http://web.archive.org/web/20210507004757/https://developer.apple.com/library/archive/documentation/2DDrawing/Conceptual/DrawingPrintingiOS/Printing/Printing.html#//apple_ref/doc/uid/TP40010156-CH12-SW1#//apple_ref/doc/uid/TP40010156-CH12-SW1<br><br>**AirPrint through iPrint**<br><br>When iOS devices such as iPhone, iPad, and iPod touch connect to the wireless network, they are automatically assigned an IP address. This opens an opportunity to exploit the IP network service for printer discovery, and submit the print job. iOS devices convert Microsoft Office files, images, and Web pages into PDF; construct an IPP print request; and send the print request to the AirPrint enabled IPP printer. The AirPrint enabled IPP printer renders the PDF or image file into a printer-specific language such as post script. The printer consumes this data and the document is printed. This is called AirPrint.<br><br>Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html#b14n99xo<br><br>**(C) Mopria Print Service**<br><br>**Create a print adapter**<br><br>A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.<br><br>The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:<br><br>• `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.<br>• `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.<br>• `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.<br>• `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.<br><br>**Compute print document info**<br><br>Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`: |

### Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

### Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source:
http://web.archive.org/web/20210611083850/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_IN&gl=US

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/



## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.



| | |
|---|---|
| | **Mopria Print Service**<br>What functionalities does the Mopria Print Service include?<br>The Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing and accounting.<br><br>Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria |
| 2. The printing device of claim 1, wherein the printing device, using the one or more wireless communication chips or chipsets, further wirelessly sends identification information to the one or more wireless information apparatuses, the identification information includes one or more of a brand name, a model, an identifier, a registration, or IP address information, individually or in any combination, associated with the printing device. | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) uses its wireless communication chips or chipsets (e.g., Wi-Fi module, etc.), to wirelessly send identification information (e.g., device name, model number, etc.) to the wireless information apparatuses (e.g., Android / iOS devices, etc.), the identification information includes one or more of a brand name, a model, an identifier, etc. associated with the printing device.*<br><br>**<u>Printing device sends identification information to the wireless information apparatus via:</u>**<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**<br><br>***e-BRIDGE Print & Capture***<br>Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.<br>Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.<br>All the information you need is with you all the time anywhere you go.<br>GET IT ON Google play   Download on the App Store<br><br>**Main screen**<br>Easy task switching using PRINT and CAPTURE tabs<br>**Preview screen**<br>Preview to prevent mistakes<br>**Print Service screen**<br>Easy Android Print Service for e-mail and browser pages<br><br><br>Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ··· .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.

| | |
|---|---|
| | <br><br><br>Source: [http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/](http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/)<br><br><br><br><br>Source: [https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria](https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria) |
| 3. The printing device of claim 1, wherein the output device profile includes capability information related to the printing device, the capability information includes at least an attribute related to at least one of a duplex printing, a color space, a bit depth, or a | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly transmits, to the wireless information apparatuses (e.g., iOS/Android devices, etc.), the output device profile including capability information related to the printing device, the capability information includes at least an attribute related to at least one of a duplex printing, a color space, a resolution, etc.*<br><br>**<u>Printing Device:</u>**<br>**<u>Toshiba e-STUDIO2510AC</u>** |

resolution, individually or in any combination, and

*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.

| | |
|---|---|
| **Duplex** | Standard Automatic Duplex Unit: 16 lb Bond-90 lb Index |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

## e-STUDIO2010AC/2510AC

The e-STUDIO2010AC/2510AC comprises an A3/LD-size color MFP series that offers print speeds of 20/25 ppm. For group projects, for business and for those who need color print function, we are here to assist you. The series incorporates with industry-leading technology and innovations that are designed to help small groups of people stay connect and simple.

**Specifications**

| Model | | e-STUDIO2010AC | e-STUDIO2510AC |
|---|---|---|---|
| General Feature | | | |
| Copy / Print Speed (ppm) | Color | 20 | 25 |
| | B & W | 20 | 25 |

Source: https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/

**Printing device transmits output device profile to the wireless information apparatus via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

------------------------

Source:
https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

### iOS Wireless Printer Discovery

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

### Multicast DNS

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

**(C) Mopria Print Service**

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

### > The *How* of Mopria Print

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily. When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.

Source:
http://web.archive.org/web/20210611083850/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US




**Mopria Print Service**

What functionalities does the Mopria Print Service include?

The Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing and accounting.

| | |
|---|---|
| | Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria |
| the wirelessly received print data from the one or more wireless information apparatuses is in accordance, at least in part, to the capability information included in the output device profile. | *The wireless received print data (e.g., print job) from the wireless information apparatus (e.g., Android/iOS smartphone) is in accordance at least in part to the capability information (e.g., print capabilities information such as PDLs, duplex printing, resolution, color supported, etc.) included in the output device profile.*<br><br>*After selecting the printing device, the user configures the desired print settings such as print quality, paper size, color mode, and duplex printing based on the received printer attributes, i.e., capabilities. The Android/iOS smartphone generates the print data (e.g., the print job) by taking into account the user defined print settings.*<br><br>**<u>Printing Device:</u>**<br>**<u>Toshiba e-STUDIO2510AC</u>**<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is page description language?**<br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.<br><br>**How PDLs function in conjunction with printers and other output devices?**<br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br><br>5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.<br>6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.<br>7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.<br>8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents. |

| | |
|---|---|
| | **The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/<br><br>**Printing device receives print data from the wireless information apparatus via:**<br><br>**(A) Toshiba e-BRIDGE Print & Capture App** |

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

-------------------------

Source:
https://web.archive.org/web/20200810002629/https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/







Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

## Overview

UIPrintInteractionController is the central class for printing in iOS. The shared instance of it represents a print job. A print job includes the content to print and information and options related to its printing, such as output type, job name, paper size, and orientation.

UIPrintInteractionController has four mutually exclusive properties for giving it the content to print:

- printingItem takes a single print-ready object.
- printingItems takes an array of print-ready objects.
- printFormatter takes a print formatter, an object that knows how to lay out content of a certain type.
- printPageRenderer takes a page renderer, a custom object that draws the content for printing.

If the showsPageRange property is true, the number of pages is more than 1, and you assign an object to any of these properties except for the printingItems property, the printing options include a control that allows users to select a page range.

When users tap a print button on the app's user interface, a controller object of the app should respond to the action message by obtaining the shared instance of UIPrintInteraction Controller and preparing it for the print job. When the app calls one of the present... methods (for example, present(animated:completionHandler:)), UIPrint InteractionController displays a view containing printing options. This interface is simple, allowing users to select a printer, specify the number of copies and possibly a range of pages, and choose single-sided or double-sided printing (if the printer supports duplex printing). When users make their selections and tap Print, the print job begins.

Source: http://web.archive.org/web/20210819022641/https://developer.apple.com/documentation/uikit/uiprintinteractioncontroller

"***When a print job rises to the top of the queue***, ***the system printing daemon*** (printd) considers the destination printer's requirements and, if necessary, ***converts the print data to a form that is usable by the printer***."

Source: http://web.archive.org/web/20210507004757/https://developer.apple.com/library/archive/documentation/2DDrawing/Conceptual/DrawingPrintingiOS/Printing/Printing.html#//apple_ref/doc/uid/TP40010156-CH12-SW1#//apple_ref/doc/uid/TP40010156-CH12-SW1

### iOS Wireless Printer Discovery

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

### Multicast DNS

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

**(C) Mopria Print Service**

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source: http://web.archive.org/web/20210611083850/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

## > The *How* of Mopria Print

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/




Find the print option | Select a nearby printer | Tap print

<table>
<tr>
<td></td>
<td>

**Mopria Print Service**

What functionalities does the Mopria Print Service include?

The Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing and accounting.

Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria
</td>
</tr>
<tr>
<td>4. The printing device of claim 1, wherein the output device profile includes information related to one or more languages or formats supported by the printing device, and wherein the print data received at the printing device is in accordance, at least partly, to the one or more languages or formats supported by the printing device and specified in the output device profile.</td>
<td>

*The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly sends, to the wireless information apparatus (e.g., iOS/Android devices, etc.), the output device profile including information related to one or more languages or formats supported by the printing device (e.g., color format, B/W format, duplex format, PCL, PDL, PDF, etc.).*

*The print data received at the printing device is in accordance to one or more languages or formats supported by the printing device and specified in the output device profile.*

**Printing Device:**
**Toshiba e-STUDIO2510AC**

*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.

**e-BRIDGE Next Print Specifications**

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**e-STUDIO2010AC/2510AC**

The e-STUDIO2010AC/2510AC comprises an A3/LD-size color MFP series that offers print speeds of 20/25 ppm. For group projects, for business and for those who need color print function, we are here to assist you. The series incorporates with industry-leading technology and innovations that are designed to help small groups of people stay connect and simple.

**Specifications**

| Model | | e-STUDIO2010AC | e-STUDIO2510AC |
|---|---|---|---|
| General Feature | | | |
| Copy / Print Speed (ppm) | Color | 20 | 25 |
| | B & W | 20 | 25 |

Source: https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/
</td>
</tr>
</table>

| | |
|---|---|
| | **What is IPP?**<br><br>The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.<br><br>A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.<br><br>A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.<br><br>**What are Printers?**<br><br>Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.<br><br>**Printer Capability Attributes**<br><br>Printers have many capability attributes, including:<br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.<br>• "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).<br>• "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.<br>• "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.<br>• "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.<br>• "page-ranges-supported": Specifies whether page ranges are supported (boolean).<br>• "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.<br>• "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.<br>• "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.<br><br>Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').<br><br>Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.<br><br>Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

| | |
|---|---|
| | **How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br><br>5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.<br>6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.<br>7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.<br>8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.<br><br>**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/ |
| 5. The printing device of claim 1, wherein wirelessly discovering the printing | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) is wirelessly discovered by the wireless information apparatus (e.g., iOS/Android devices, etc.) via short range wireless communication (e.g., Wi-Fi communication, etc.) between the* |

device, by the one or more wireless information apparatuses, is based, at least in part, on short range wireless communication between the printing device and the one or more wireless information apparatuses.

*printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) and the one or more wireless information apparatuses (e.g., iOS/Android devices, etc.).*

**<u>Wireless information apparatus discovers the printing device over Wi-Fi communication via:</u>**

**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

| | |
|---|---|
| |  TOSHIBA<br>e-BRIDGE Print & Capture<br>TOSHIBA TEC CORPORATION<br>Everyone<br>10<br>Downloads<br>3.9<br>Business<br>Similar<br>This application will allow you to utilize TOSHIBA MFPs to print and scan.<br>WHAT'S NEW<br>Fix some Bugs<br>READ MORE  Discover<br>RECENT<br>QR<br>WI-FI<br>MANUAL<br>Loading<br>Please Wait, Retrieving Data...<br>Cancel |

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=SbHPXvCkMYo   Print Photos with e-BRIDGE Print & Capture (Android) |

**Transcript**

Search in video

0:00 download the eBridge print and capture
0:02 app from google play note your mobile
0:04 device will need to be connected via
0:06 Wi-Fi to the same network as your
0:08 toshiba e-studio system after
0:10 installation is complete launch the
0:13 application on your Android device by
0:15 tapping the eBridge print and capture
0:17 icon tap images in the print section of
0:20 the application menu when prompted allow
0:23 the eBridge print and capture app to
0:25 access your photos select the desired
0:28 photo to print on first use of the app
0:31 for printing the system will attempt to
0:33 locate your toshiba e-studio system on
0:35 the Wi-Fi network if no devices are
0:38 discovered you can enter the IP address
0:40 manually to manually input the IP
0:43 address for your system click manual on
0:45 the upper right side of app enter the IP
0:48 address or full hostname of your system
0:50 and tap start discovery tap the right

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu




Select a device from a printer list

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ··· .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

AirPrint has many supportive ways to find and use printers. The main method which most people associate with AirPrint is Local Bonjour. There is no setup required. The printer automatically appears as an available printer in the list without any setup.

AirPrint has also always supported Wide-Area Bonjour. Bonjour is based on DNS Service Discovery. And if a DNS server is configured with the correct records, printers can be discovered this way and I'll go over how to do this. Both iOS and Mac OS also now support Mobile Device Management or MDM profiles with a configured AirPrint payload.

Source: https://developer.apple.com/videos/play/wwdc2016/725/

**(C) Mopria Print Service**

| | |
|---|---|
| | ***MOPRIA®*** <br> ***Easy*: Totally *Mobile* Printing** <br> Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY! <br> **Android-*Easy*** <br> Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily. <br><br> **> The *How* of Mopria Print** <br> Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required. <br> And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. <br> Print wherever -- whenever. <br><br> **Operation is *simple*** <br>   <br> Select "print" from menu Select a device from a printer list <br><br> Source: <br> http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/ <br><br> Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs). <br> If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.... |

Source: https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: https://web.archive.org/web/20210116065632/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

| | |
|---|---|
| 6. The printing device of claim 1, wherein the wireless receiving of the print data at the printing device from the one or more wireless information apparatuses is via a wireless local area network connection between the printing device and the one or more wireless information apparatuses. | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly receives the print data (e.g., print job) from the one or more wireless information apparatuses (e.g., iOS/Android devices) via a wireless local area network connection (e.g., Wi-Fi connection) between the printing device and the one or more wireless information apparatuses.*<br><br>**<u>Printing device receives print data from the wireless information apparatus via:</u>**<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**<br><br>TOSHIBA<br>***e-BRIDGE Print & Capture***<br>Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.<br>Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.<br>All the information you need is with you all the time anywhere you go.<br>GET IT ON Google play Download on the App Store<br><br>**Main screen**<br>Easy task switching using PRINT and CAPTURE tabs<br>**Preview screen**<br>Preview to prevent mistakes<br>**Print Service screen**<br>Easy Android Print Service for e-mail and browser pages<br><br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

| | |
|---|---|
| |  e-BRIDGE Print & Capture<br>TOSHIBA TEC CORPORATION<br>This application will allow you to utilize TOSHIBA MFPs to print and scan.  Preview<br>TOSHIBA e-STUDIO5005AC-11672229<br>http://10.1.200.53 - Paper Out<br>Page 1 of 6<br>Copies<br>1<br>Color Mode<br>Auto<br>Print Mode<br>Normal Print<br>Duplex<br>Off<br>Staple<br>Not all paper sizes are supported.<br>Off<br>Paper Size<br>Print<br>to the MFP |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo






Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source:
http://web.archive.org/web/20210611083850/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_IN&gl=US

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

| | |
|---|---|
| | <br>Source:<br>[http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/](http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/) |
| 7. The printing device of claim 6, wherein the printing device is operable to provide a printing service without requiring the one or more wireless information apparatuses to install a device specific driver or device specific software associated with the printing device. | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) is operable to provide a printing service without requiring the one or more wireless information apparatuses to install a device specific driver or device specific software associated with the printing device.*<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**<br><br>**The *How* of e-BRIDGE Print & Capture**<br><br>With e-BRIDGE Print & Capture, simply install a free app on your mobile device to easily interface with Toshiba MFPs, print documents and photos, and capture scanned data without interrupting your workflow. Using your mobile, you can do most everything that you would with your desktop.<br>e-BRIDGE Print & Capture's user interface improves usability. Operation is natural and user friendly. As mobile technology evolves, so too does e-BRIDGE Print & Capture.<br>*e-BRIDGE Print & Capture Entry does not support Cloud and Android Print Service.<br><br>**Anytime, anywhere, any data**<br><br>• You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.<br><br>Source:<br>[http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/) |

TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.

5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.

6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on this screen until the data transmission has completed and then retrieve your print document.




Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required. And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/