# EXHIBIT 11

# Application of U.S. Patent No. 10,761,791 to the Accused Printers*†

* The term "Accused Printers" refers to Toshiba's wireless printers, including but not limited to, printer and multifunction printer models compatible with the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, including at least the e-STUDIO, B-FP, B-EP, BV, B-FV, DB, B, BA, B-EX, and B-SX series printers and multifunction printers, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 10,761,791 to the Accused Printers</th></tr>
<tr>
<td>1. A printing device that is a wireless printing device for wirelessly providing printing services to one or more client devices over a network without a need for the one or more client devices to install, at the one or more client devices, a device specific printer driver or device specific software that is device specific to the printing device for printing to the printing device and without a need for the one or more client devices to use the device specific printer driver or device specific software for printing to the printing device, the one or more client devices being distinct devices from the printing device,</td>
<td>

*A printing device (e.g., Toshiba e-STUDIO2510AC printer, etc.) provides printing services (e.g., printing of documents, photos, etc.) to client devices (e.g., iOS/Android smartphones, etc.) over a network (e.g., Wi-Fi network, etc.) without the need for installing any device specific printer drivers at the client devices (e.g., iOS/Android smartphones, etc.) and without a need for the one or more client devices to use the device specific printer driver or device specific software for printing, the one or more client devices (e.g., iOS or Android device) being distinct devices from the printing device (e.g., Toshiba e-STUDIO 2510AC printer).*

*The Accused Printers provide printing services via Toshiba e-BRIDGE Print & Capture App, Apple AirPrint, Mopria Print, etc.*

<u>**Printing Device:**</u><br>
<u>**Toshiba e-STUDIO 2510AC**</u>







</td>
</tr>
</table>

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Client device:**
**Android phone (Samsung Galaxy S10):**



Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS device (iPhone 11):**



Source: https://www.apple.com/newsroom/2019/09/apple-introduces-dual-camera-iphone-11/

**Operating System**

iOS

iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.

See what's new in iOS

**Cellular and Wireless**

- Model A2111*
  - FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)
  - TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  - CDMA EV-DO Rev. A (800, 1900 MHz)
  - UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
- All models
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

For details on LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/en-us/111865

**Printing device provides printing service to the client device via:**

***Note:** Both the devices should be on the same network for the printing device to provide the printing services to the client device over Wi-Fi network.*

**(A) Toshiba e-BRIDGE Print & Capture App**

Mobile > Mobile Printing and Scanning

Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

TOSHIBA

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/)





TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.

5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.

6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on this screen until the data transmission has completed and then retrieve your print document.



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.





Source:
https://web.archive.org/web/20200810154625/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source:
https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily. When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.

Source:
https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.

| | |
|---|---|
| | <br>What are the requirements for printing with Mopria Print Service?<br><br>1. An Android smartphone or tablet with the Mopria Print Service app installed<br>2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)<br>3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.<br><br>**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.<br><br>Source: https://web.archive.org/web/20201124170930/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria |
| the printing device comprises: one or more interfaces for interacting with a user; | *The printing device (e.g., Toshiba e-STUDIO2510AC printer, etc.) includes interface (e.g., touch panel display, etc.) for interacting with a user.*<br><br>**Printing Device:**<br>**Toshiba e-STUDIO 2510AC** |



elevate™
RAISE YOUR EXPECTATIONS

**Simple, smart and stylish.**
A larger 10.1" tablet-style touch screen with an embedded web browser is easy to use, and customizable to meet your needs, enhancing the sleek and modern look of the complete series.

**Touch and Swipe with Ease**
An easy-to-use, tablet style 10.1" color touch screen panel works intuitively, helping you find instructions, functions, and commands with the swipe of the finger.

## Main Specifications

| | |
|---|---|
| **Copy System** | Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing |
| **Display** | 10.1" Color WSVGA Touch Screen Tilting Display |
| **Copy Speed** | 20/25 PPM (LT) |

Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf

## Control panel

Make for various operations and settings.



**6. Digital keys (Optional)**
Use to enter numbers.

**7. [PROGRAMMABLE1] button / [PROGRAMMABLE2] button**
Register frequently used functions to these buttons and press them for quick access.
**MFP Management Guide** (PDF) : "Chapter 2: SETTING ITEMS (Admin)"

**13. Touch panel**
Configure various functions such as copying.
P.15 "Using the Touch Panel"

## Using the Touch Panel

The touch panel supports swipe and pinch operations.

### Press (Tap)

Lightly press buttons on the screen with your finger and lift it immediately.




### Swipe

Press the screen with your finger and slide it in one direction. Turns pages on the home screen and scrolls up and down in a list.






**Drag & Drop**

You can replace the RECALL button on the home screen. Press the button with your finger, drag it to another place, and lift your finger.




**Pinch (pinch and spread)**

Press the screen with two fingers, pinch them together or spread them apart on the screen. You can use this operation in previews of the Simple Scan, Scan, and Fax functions, etc.




Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf




Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

| | |
|---|---|
| wireless communication circuitry for the printing device to establish a wireless connection to a wireless local area network, the wireless | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) comprises wireless communication circuitry including a wireless communication unit (e.g., Wi-* |

<table>
<tr>
<td>communication circuitry includes one or more wireless communication units that are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for wirelessly establishing the wireless connection to the wireless local area network;</td>
<td>
Fi module, etc.) for establishing a wireless connection to the wireless local area network (e.g., Wi-Fi network).
The one or more wireless communication units (e.g., Wi-Fi module, etc.) are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for wirelessly establishing the wireless connection to the wireless local area network.
<u>Printing Device:</u><br><u>Toshiba e-STUDIO 2510AC</u>
Additional Option Highlights
<ul>
<li>Multi-Station Print Enabler</li>
<li>Embedded OCR Enabler</li>
<li>Wireless LAN/Bluetooth</li>
<li>IPsec Security Enabler</li>
<li>Single & Dual-Line Facsimile</li>
<li>Hidden Card Reader Pocket</li>
</ul>
Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf
e-STUDIO2010AC/2510AC
<table>
<tr><th colspan="3">Printer Feature</th></tr>
<tr><td colspan="2">Resolution</td><td>600 x 600 dpi, 5bit</td></tr>
<tr><td colspan="2">PDL</td><td>PCL6 Emulation, PS3 Emulation, XPS</td></tr>
<tr><td rowspan="2">Interface</td><td>Standard</td><td>USB (High speed), 10/100/1000BASE-T</td></tr>
<tr><td>Option</td><td>Wireless LAN (IEEE802.11 b/g/n), Bluetooth</td></tr>
</table>
Source: https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/
TOSHIBA
MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /<br>MULTIFUNCTIONAL DIGITAL SYSTEMS
Quick Start Guide
e-STUDIO2010AC<br>e-STUDIO2510AC<br>e-STUDIO2515AC<br>e-STUDIO3015AC<br>e-STUDIO3515AC<br>e-STUDIO4515AC<br>e-STUDIO5015AC<br>e-STUDIO2018A<br>e-STUDIO2518A<br>e-STUDIO3018A<br>e-STUDIO3518A<br>e-STUDIO4518A<br>e-STUDIO5018A
</td>
</tr>
</table>

**Wireless LAN/Bluetooth Module (GN-4020)**
Allows you to print over wireless LAN and Bluetooth.
You can also use a Bluetooth keyboard.
• Installed inside the equipment.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

**MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS**

# Wireless LAN/Bluetooth Precautions for Use

# GN-4020

**❑ Model and series names in this manual**

In this manual, each model name is replaced with the series name as shown below.

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

**■ About TOSHIBA Wireless Solution**

**❑ Wireless Interoperability**

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

**❑ Bluetooth Interoperability**

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.***

| | |
|---|---|
| | By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| an output controller or a printer controller; and | *The wireless printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) includes an output controller or printer controller (e.g., Advanced e-bridge next and/or processor) for processing (e.g., processing print data) the digital content.*<br><br>**Printing Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br>e-STUDIO™ 2510AC series<br><br>› 20 & 25 PPM<br>› Affordable, high-resolution color<br>› High-volume black & white and color<br>› Advanced e-BRIDGE Next technology<br>› Fast dual-core processor<br><br>**Advanced e-BRIDGE Next Technology**<br>Built on Linux®, this latest e-BRIDGE Next architecture features an Embedded Web Browser, a dual-core processor, up to 4GB RAM and a 320GB SED enabling the MFP to easily drive Toshiba's internally developed solutions or even third-party applications.<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>e-STUDIO™ 2010AC/2510AC<br><br>The e-STUDIO2010ac/2510ac series has been designed for small and medium-sized businesses and workgroups that need color with a small footprint. This series is packed with industry-leading e-BRIDGE Next technology and innovations designed to help workgroups connect, integrate and simplify. Speeds of up to 25 pages per minute, affordable high-resolution color and high-volume black and white make the e-STUDIO2510ac series a sensible and attractive choice. |

**FEATURES AT A GLANCE:**

- 20/25 PPM Color / B&W
- 600 x 600 DPI Resolution Color / B&W
- First Copy Out Time of 9.5 Seconds Color, 7.1 Seconds B&W
- Up to 2,900-Sheet Input Capacity
- Next-Generation e-BRIDGE Next Open Platform Support
- SecureMFP
- Remote Management
- Versatile Paper-Handling and Finishing Options

Source: https://tbs.toshiba.com/media/tabs/downloads/products/mfps_full_line.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

Source: https://web.archive.org/web/20201201175503/https://www.poota.com/lpbook/02-chp2.html

memory or storage storing software or firmware for connecting to one or more computing devices over the network, the network includes at least the wireless local area network, the one or more computing devices being distinct devices from the printing device, and

*The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) comprises memory or storage storing software or firmware (e.g., system firmware) for connecting to one or more computing devices (e.g., Android or iOS smartphone) over the network. The network includes at least the wireless local area network and the one or more computing device being distinct devices from the printing device.*

**Printing Device**
**Toshiba e-STUDIO 2510AC**

| | |
|---|---|
| **Duplex** | Standard Automatic Duplex Unit: 16 lb Bond-90 lb Index |
| **Reproduction Ratio** | 25% to 400% |
| **Max Duty Cycle** | Max. 67.2K Month (e-STUDIO 2010AC)<br>Max. 84K Month (e-STUDIO 2510AC) |
| **Weight** | Approx. 126 lb |
| **Approx. Dimensions** | 22.6" (W) x 23" (D) x31" (H) |
| **CMYK Toner Yield** | CMY: 33.6K, BK: 38.4K @ 5% |
| **Power Source** | 120 Volts, 50/60 Hz, 12 Amps |
| **Power Consumption** | Maximum 1.5kW (120V) |
| **CPU** | Intel Atom™ 1.33GHz (Dual-Core) |
| **Memory** | 2GB, Max. 4GB |
| **Hard Disk Drive** | 320GB Self-Encrypting Drive |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

## e-STUDIO2010AC/2510AC

The e-STUDIO2010AC/2510AC comprises an A3/LD-size color MFP series that offers print speeds of 20/25 ppm. For group projects, for business and for those who need color print function, we are here to assist you. The series incorporates with industry-leading technology and innovations that are designed to help small groups of people stay connect and simple.

**Specifications**

| Model | | e-STUDIO2010AC | e-STUDIO2510AC |
|---|---|---|---|
| General Feature | | | |
| Copy / Print Speed (ppm) | Color | 20 | 25 |
| | B & W | 20 | 25 |
| Warm-up Time | | Approx. 21 sec. | |
| Memory | | Std. 2 GB/ Expandability: Max 4 GB | |
| Storage | | 320GB Self-Encryption HDD | |
| Dimension (W × D × H) | | 575 × 586* × 662 mm / 22.6" × 23"* × 26.1" | |
| Weight | | Less than 57 kg / 125.7 lbs | |

Source: https://web.archive.org/web/20200628163114/https://www.toshibatec.com/cnt/products_overseas/MFP/eS2510AC_series/

| | |
|---|---|
| **Security Features** | User Authentication, On-Board Data Scramble Function, SCEP, Disable e-Filing, Disable Copy, Disk Overwrite, IP Address Filtering (10 Sets), MAC Address Filtering (10 Sets), Network Service Control, Network Port Control, SMB Packet Signing, SSL/TLS (HTTP, IPP, LDAP, SMTP, POP, FTP, DPWS, SYSLOG), IPsec (IKEv1, IKEv2), Security Mode Change, CC Certified (ISO/IEC15408)* with HCD-PP v1.0, IEEE802.1X (Wired/Wireless), Digital Signature for Client Utilities, Password Policy, Password Lock, Password Expiration, Self Testing, Job Access Control, Log Access Control for Job Log, Security Stamp, Role Based Access Control, Secure PDF, Digital Signature for Firmware Update, Integrity Check Function, Image Log, Card Authentication, NFC Authentication<br>*Conformance with HCD-PPv1.0 in High Security Mode. |
| **Environmental Stds.** | ENERGY STAR® (V3.0), EPEAT Gold |
| **Certification** | WHQL (Windows® 8.1, 10, 2008 R2, 2012, 2012 R2, 2016, 2019), Novell®, Citrix®, SAP, AirPrint® and Mopria® |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Computing device: Android or iOS smartphone**
**Android phone (Samsung Galaxy S10):**



Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS device (iPhone 11):**



Source: https://www.apple.com/newsroom/2019/09/apple-introduces-dual-camera-iphone-11/

| Operating System | iOS<br><br>iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy. |
|---|---|

See what's new in iOS

| | |
|---|---|
| | Cellular and Wireless<br>• Model A2111*<br>∘ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)<br>∘ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>∘ CDMA EV-DO Rev. A (800, 1900 MHz)<br>∘ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>∘ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• All models<br>∘ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>∘ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>∘ Bluetooth 5.0 wireless technology<br>∘ Ultra Wideband chip for spatial awareness[7]<br>∘ NFC with reader mode<br>∘ Express Cards with power reserve<br>For details on LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source: https://support.apple.com/en-us/111865<br><br>**Printing device connecting to computing devices over the network via:**<br><br>**(A) Toshiba e-BRIDGE Print & Capture App**<br><br>Mobile > Mobile Printing and Scanning<br><br>Mobile Printing and Scanning<br><br>Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.<br><br>Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html |

TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (iOS)

Print Photos with e-BRIDGE Print & Capture (iOS)

Download the e-BRIDGE Print & Capture app from the Apple App Store.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

Perform the following steps to print photos with e-BRIDGE Print and Capture.

1. After installation is complete, launch the application on your iOS device by tapping the e-BRIDGE Print & Capture icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Navigate to the location of the photo that you wish to print on your device.



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

**(B) AirPrint**

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

| | |
|---|---|
| | Source:<br>https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387<br><br>**(C) Mopria Print Service**<br><br>Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.<br><br>If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.<br><br>Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.<br><br>Source:<br>https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US |
| wherein the printing device:<br>(1) obtains, via an interface of the one or more interfaces of the printing device and from the user, security information or authentication information; | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) obtains security or authentication information (e.g., Wi-Fi password, etc.), via its interface (e.g., touch panel display, etc.), from the user.*<br><br>**Printing device obtains authentication information from the interface:**<br><br><br><br>Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html |

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS

# Specifications Guide

e-STUDIO2010AC/2510AC

## ■ Wireless LAN and Bluetooth units

### ❑ Wireless LAN

| | |
|---|---|
| **Transmission Format** | IEEE 802.11b/g/n standard<br>Direct Sequence Spread Spectrum (DSSS)<br>Orthogonal Frequency Division Multiplexing (OFDM) |
| **Data Rate** | GN-4020: 150 Mbps at a maximum (11n, 40 MHz)<br>GN-4030: 300 Mbps at a maximum (11n, 40 MHz) |
| **Access Method** | CSMA/CA |
| **Frequency Band** | 2.4 GHz (2412 to 2462 MHz) |
| **Transmitter Power** | Max. 20 dBm |
| **Security** | Static WEP<br>Key Length: 64 bit, 128 bit<br>WPA2-PSK (AES (CCMP), TKIP+AES (CCMP))<br>WPA/WPA2-PSK (AES (CCMP), TKIP+AES (CCMP))<br>WPA2-PEAP/EAP-TLS (AES (CCMP), TKIP+AES (CCMP))<br>WPA/WPA2-PEAP/EAP-TLS (AES (CCMP), TKIP+AES (CCMP))<br>802.1X: PEAP/EAP-TLS (DYNAMIC WEP)<br>WPS: WPS-PBC, WPS-PIN<br>PEAP/EAP-TLS supported RADIUS server (TLS 1.2)<br>Windows Server 2016 or later<br>Linux hostapd v2.0 |
| **Operation Mode** | Infrastructure Mode,<br>Wi-Fi Direct (Group Owner: ON/OFF, When "ON" is selected, 8 units can be connected at a maximum.) |
| **Wireless ON/OFF** | Available |
| **Wired LAN/Wireless LAN Simultaneous Operation** | Wired/Wireless LAN (Infrastructure mode): Not available<br>Wired/Wireless LAN (Wi-Fi Direct): Available<br>Wireless LAN (Infrastructure mode and Wi-Fi Direct): Available |

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18234/eS5018A_SPECG_EN_0003.pdf

MULTIFUNCTIONAL DIGITAL SYSTEMS

# User's Guide

e-STUDIO with GN-4020

### ❑ WIRELESS SETTING

You can configure the Wireless LAN /Bluetooth Module if it is installed.
Select Infrastructure Mode or Ad Hoc Mode to specify the security mode.

**Notes**

- If you do not set no security, anyone knows how the SSID can connect to the wireless network. Therefore, it is recommended to set the security if it is possible.
- Once the WIRELESS SETTING (except WPS) has been set up, exit from USER FUNCTIONS menu by pressing [CANCEL] or [USER FUNCTIONS] button. When "APPLY AND REBOOT?" message appears, select "YES", and then press [OK]. The equipment is automatically rebooted and the WIRELESS SETTING is applied.

- WPS
  WPS is a standard to allow easy wireless LAN configurations. This equipment supports Push Button Configuration and PIN methods.
  The Push Button Configuration method completes the configuration by transmitting the ESSID and encryption key to the wireless LAN device as you press the button on the Access Point.
  Whereas the PIN method completes the configuration by transmitting the ESSID and encryption key to the wireless LAN device as you register the PIN generated by the wireless LAN device to the Access Point.
- WPA2-PSK, WPA2/WPA-PSK
  WPA2 and WPA2/WPA-PSK are authentication methods using the PSK (Pre-Shared Key) between the Access Point and other wireless devices.
  To access the wireless network using the WPA2-PSK or WPA2/WPA-PSK authentication, the same PSK passphrase must be assigned in both the Access Point and other wireless devices. If the PSKs are same between the Access Point and other wireless devices, the Access Point allows them to access the wireless network through the Access Point.
- WEP
  WEP is a data encryption method using the WEP key between the Access Point and other wireless devices.
  WEP is less secure compared with WPA2 and WPA2/WPA-PSK. If the wireless network is configured in the Infrastructure Mode and the Access Point supports WPA2-PSK or WPA2/WPA-PSK, it is recommended to use WPA2-PSK or WPA2/WPA-PSK rather than WEP.

Source: https://fccid.io/BJI-GN4020/User-Manual/Users-Manual-2732348




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna

Source: https://www.youtube.com/watch?v=prW9faARaPk

| | |
|---|---|
| (2) wirelessly couples, using the one or more wireless communication units of the printing device, the printing device to the wireless local area network, the coupling to the wireless local area network includes a wireless communication link that is compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards;<br><br>(3) wirelessly accesses, via the one or more wireless communication units of the printing device and over the wireless local area network wirelessly coupled in (2), the network; | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly couples (e.g., establishes Wi-Fi network connection), using the wireless communication unit (e.g., Wi-Fi module, etc.), to the wireless local area network (e.g., Wi-Fi network). The coupling to the wireless local area network includes a wireless communication link that is compatible, at least in part, with at least part of a protocol under IEEE 802.11 standards.*<br><br>*The printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) wirelessly accesses the network (e.g., Wi-Fi network, etc.) over the established wireless local area network connection.*<br><br>**<u>Printing device couples and accesses the wireless local area network:</u>**<br><br>TOSHIBA<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /<br>MULTIFUNCTIONAL DIGITAL SYSTEMS<br>Quick Start Guide<br><br>e-STUDIO2010AC e-STUDIO2018A<br>e-STUDIO2510AC e-STUDIO2518A<br>e-STUDIO2515AC e-STUDIO3018A<br>e-STUDIO3015AC e-STUDIO3518A<br>e-STUDIO3515AC e-STUDIO4518A<br>e-STUDIO4515AC e-STUDIO5018A<br>e-STUDIO5015AC<br><br>Wireless LAN/Bluetooth Module (GN-4020)<br>Allows you to print over wireless LAN and Bluetooth.<br>You can also use a Bluetooth keyboard.<br>• Installed inside the equipment.<br><br>Source:<br>https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf |




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=prW9faARaPk (0:56 to 1:42 of 2:29) |
| (4) wirelessly connects, via the one or more wireless communication units of the printing device and using the software or firmware stored in the memory or the storage of the printing device, to the one or more computing devices over the network wirelessly accessed in (3); | *The printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.), wirelessly connects (e.g., over Wi-Fi connection), via the one or more wireless communication units (e.g., Wi-Fi module, etc.) of the printing device and using the software or firmware stored in the memory or the storage of the printing device, to the one or more computing devices (e.g., iOS and Android smartphone, etc.) over the network wirelessly accessed in (3).*<br><br>*Note: For Toshiba printer to be discovered by the Android or iPhone smartphone, both devices need to be connected to the same Wi-Fi network.*<br><br>**<u>Printing device wirelessly connects with the computing device via:</u>**<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>**<br><br><br><br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |

**Mobile > Mobile Printing and Scanning**

## Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

**TOSHIBA e-STUDIO2010AC/2510AC**

**Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)**

### Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**




Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html







Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source:
https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).
If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....

Source:
https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.

| | |
|---|---|
| | <br>What are the requirements for printing with Mopria Print Service?<br>1. An Android smartphone or tablet with the Mopria Print Service app installed<br>2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)<br>3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.<br>**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.<br><br>Source: https://web.archive.org/web/20201124170930/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria |
| (5) wirelessly transmits, via the one or more wireless communication units of the printing device and over the network wirelessly accessed in (3), device information related to the printing device, from the printing device, over the network, to the one or more computing devices wirelessly connected in (4), the device information being stored in the memory or the storage of the printing device, and the device information includes at least one of identification information, capability information, brand information, model information, language information, format | *The printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) wirelessly transmits the device information (e.g., device name, model number, print capabilities information such as PDLs, duplex printing, print size, resolution, color supported, etc.) to the computing devices (e.g., iOS/Android device,s etc.) over the network wirelessly accessed in (3).*<br>*The device information is stored in the memory or the storage of the printing device and the device information includes identification information, capability information, brand information, model information, language information, format information, duplex printing information, color space information, bit depth information, resolution information, or attribute information, individually or in any combination, related to the printing device.*<br><br>**<u>Printing device</u>**<br>**<u>Toshiba e-STUDIO 2510AC</u>** |

| | |
|---|---|
| information, duplex printing information, color space information, bit depth information, resolution information, or attribute information, individually or in any combination, related to the printing device; | **e-BRIDGE Next Print Specifications**<br><br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is IPP?**<br><br>The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.<br><br>A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.<br><br>A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.<br><br>**What are Printers?**<br><br>Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.<br><br>**Printer Capability Attributes**<br><br>Printers have many capability attributes, including:<br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'. |

- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).
- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

**Printing device providing device information to computing device via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

e-BRIDGE Print & Capture

TOSHIBA TEC CORPORATION Business ★★★★★ 551

Everyone

This app is available for your device

Add to wishlist Install

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10 or later)
- Authentication and department codes are recommended to maintain office security
* Optional Enabler required

Source: https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US




Source:
[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/)









Toshiba How-To Video #8 - Mobile Printing

Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

Works with Apple AirPrint

**AirPrint™ means air-easy !**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's easy, intuitive, totally mobile. As natural as breathing. It's *air-easy*.

**AirPrint™ means *iOS* easy**
AirPrint lets you to print from your iOS or Mac device without installing drivers or downloading extra software. It's just super easy.

- About Apple AirPrint
- Toshiba Tec Press Releases

**Summary Screen**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

> **Summary Screen**




**Operation is *simple***




Select "print" from menu　　Select a device from a printer list　　Input the print setting

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## iOS Wireless Printer Discovery

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

## Multicast DNS

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

***<u>"Printers report the Document formats they support in the 'document-format-supported' Printer capability attribute.</u>*** *Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg).* ***<u>AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').</u>***
*Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages."*

Source: https://www.pwg.org/ipp/ippguide.html?utm_source#printer-capability-attributes

**<u>(C) Mopria Print Service</u>**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. <u>Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.</u>
<u>And you have lots of choice. You can set the number of copies, duplex printing and page range.</u> A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

| | |
|---|---|
| | Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.<br><br>If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.<br><br>Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.<br><br>The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily. When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.<br><br>Source:<br>https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US |
| (6) wirelessly receives, via the one or more wireless communication units of the printing device, output data from the one or more computing devices subsequent to the printing device having wirelessly transmitted the device information in (5) to the one or more computing devices over the network, the output data is related to digital content for printing at the printing device, and wherein the output data is in accordance, at least in part, with the device information that is related to the printing device, which was previously wirelessly transmitted in (5) from the printing device to the one or more computing devices over the network; and | *The printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.), via the wireless communication unit (e.g., Wi-Fi module, etc.), wirelessly receives the output data (e.g., print job related to digital content such as photo, documents, etc.) from the computing devices (e.g., Android or iOS smartphone, etc.) for printing at the printing device, subsequent to the printing device having wirelessly transmitted the device information in (5).*<br><br>*The output data is in accordance, at least in part, on the device information (e.g., printer capabilities information such as print settings including duplex printing, color supported, etc.) which was previously transmitted by the printing device (5) to the one or more computing devices over the network.*<br><br>*Once the user selects the printing device and configures the desired print settings such as color mode, duplex printing, etc. based on the received printer information (i.e., capabilities), the Android or iOS device generates and transmits the print data (i.e., the print job) in a format supported by the selected printer.*<br><br>**Printing Device:**<br>**Toshiba e-STUDIO 2510AC Printer**<br><br>*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing. |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

### What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

### How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

### The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives output data from the computing device via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

TOSHIBA

*e-BRIDGE Print & Capture*

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play    Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages



| | |
|---|---|
| | **Print setting screen**<br>Print settings according to application<br><br>Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br>e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your iOS device.<br><br>Key Features:<br>- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) through TOSHIBA MFPs<br>- Print images stored in iOS Photos or captured by the device's Camera<br>- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save<br>- Scan documents from TOSHIBA MFP and upload it to a cloud storage service or send it by Email<br>- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured<br>- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs<br>- Authentication and department codes are recommended to maintain office security<br>* Optional Enabler required in MFP<br><br>Source: https://web.archive.org/web/20201120211838/https://apps.apple.com/us/app/e-bridge-print-capture/id835518313 |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo<br><br>**(B) AirPrint** |

# UIPrintInteractionController

A user interface that manages the printing of documents, images, and other printable content in iOS.

iOS 4.2+ | iPadOS 4.2+ | Mac Catalyst 13.1+ | visionOS 1.0+

## Overview

`UIPrintInteractionController` is the central class for printing in iOS. The shared instance of it represents a print job. A print job includes the content to print and information and options related to its printing, such as output type, job name, paper size, and orientation.

`UIPrintInteractionController` has four mutually exclusive properties for giving it the content to print:

- `printingItem` takes a single print-ready object.
- `printingItems` takes an array of print-ready objects.
- `printFormatter` takes a print formatter, an object that knows how to lay out content of a certain type.
- `printPageRenderer` takes a page renderer, a custom object that draws the content for printing.

If the `showsPageRange` property is `true`, the number of pages is more than 1, and you assign an object to any of these properties except for the `printingItems` property, the printing options include a control that allows users to select a page range.

When users tap a print button on the app's user interface, a controller object of the app should respond to the action message by obtaining the shared instance of `UIPrintInteractionController` and preparing it for the print job. When the app calls one of the `present...` methods (for example, `present(animated:completionHandler:)`), `UIPrintInteractionController` displays a view containing printing options. This interface is simple, allowing users to select a printer, specify the number of copies and possibly a range of pages, and choose single-sided or double-sided printing (if the printer supports duplex printing). When users make their selections and tap Print, the print job begins.

Source:
https://developer.apple.com/documentation/uikit/uiprintinteractioncontroller

Works with Apple AirPrint

**AirPrint™ means air-easy !**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's easy, intuitive, totally mobile. As natural as breathing. It's *air-easy.*

- About Apple AirPrint
- Toshiba Tec Press Releases

**AirPrint™ means *iOS* easy**
AirPrint lets you to print from your iOS or Mac device without installing drivers or downloading extra software. It's just super easy.

**Summary Screen**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

> **Summary Screen**



| | |
|---|---|
| | **Operation is *simple*** |




Select "print" from menu — Select a device from a printer list — Input the print setting

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

## Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

### Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

"***When a print job rises to the top of the queue***, ***the system printing daemon*** (printd) considers the destination printer's requirements and, if necessary, ***converts the print data to a form that is usable by the printer***."

Source: http://web.archive.org/web/20210507004757/https://developer.apple.com/library/archive/documentation/2DDrawing/Conceptual/DrawingPrintingiOS/Printing/Printing.html#//apple_ref/doc/uid/TP40010156-CH12-SW1#//apple_ref/doc/uid/TP40010156-CH12-SW1

**(C) Mopria Print Service**

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### Connect to the print manager

When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process.

| | |
|---|---|
| | **Create a print adapter**<br><br>A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.<br><br>The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:<br><br>• `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.<br>• `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.<br>• `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.<br>• `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.<br><br>**Compute print document info**<br><br>Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:<br><br>**Write a print document file**<br><br>When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.<br><br>**Drawing PDF page content**<br><br>When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.<br><br>Source: https://developer.android.com/training/printing/custom-docs |

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source:
https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Office Mobile

Source: https://web.archive.org/web/20201124170930/https://mopria.org/print-from-android#What-is-Mopria#What-is-Mopria

(7) renders or processes, by the output controller or the printer controller included in the printing device, at least part of the output data wirelessly received in (6) for printing of at least part of the digital content at the printing device.

*The output controller or the printer controller (e.g., Toshiba e-Bridge Next and/or processor) included in the printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) renders or processes, at least part of the output data (e.g., print job) wirelessly received in (6) for printing of at least part of the digital content (e.g., photo, document, etc.) at the printing device.*

**Printing Device**
**Toshiba e-STUDIO 2510AC**

e-STUDIO™ 2510AC series

- 20 & 25 PPM
- Affordable, high-resolution color
- High-volume black & white and color
- Advanced e-BRIDGE Next technology
- Fast dual-core processor

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

e-STUDIO™ 2010AC/2510AC

The e-STUDIO2010ac/2510ac series has been designed for small and medium-sized businesses and workgroups that need color with a small footprint. This series is packed with industry-leading e-BRIDGE Next technology and innovations designed to help workgroups connect, integrate and simplify. Speeds of up to 25 pages per minute, affordable high-resolution color and high-volume black and white make the e-STUDIO2510ac series a sensible and attractive choice.

Source: https://tbs.toshiba.com/media/tabs/downloads/products/mfps_full_line.pdf

### The Printer Controller

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

### Interpretation

The interpretation function of the controller, normally called the interpreter, examines the data sent from the computer and identifies the command embedded in the data. The commands will fall into several categories, such as printer control, page format, font management, text layout and graphics, and must be arranged and submitted to the formatter in the correct order and priority, incorrect or invalid commands must also be processed and signalled to the user. The interpreter is usually responsible for implementing the printer control commands, these are commands which perform generic operations such as selecting duplex or simplex, manual feed, and other commands which have no impact on the formatting of the page. In some printers this is all that the interpreter does, in other printers the interpreter may also translate the commands into a shorthand or "tokenised" form which the formatter can process more efficiently. The interpreter passes the structured print data to the formatter.

### Rasterising

The rasteriser is the final stage in the process of preparing an image for printing, and converts the commands received from the formatter into an array of dots to be used by the laser. It takes the bitmap for each character of text, and places it at the specified position in the array, then overlays the array with any bitmap graphics, to form the pattern to be printed. As the array of dots for a full page can be very large, there are alternate methods for constructing the array; it can be made as a Page Buffer, or several Band Buffers. Once the array is ready it is passed to the print engine, where the laser writes it onto the photoreceptor.

Source: https://web.archive.org/web/20201201175503/https://www.poota.com/lpbook/02-chp2.html

**<u>Printing device prints the output data received from the computing device via:</u>**

**(A) Toshiba e-Bridge Print & Capture App**




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/









Source: https://www.youtube.com/watch?v=SbHPXvCkMYo







Source: https://www.youtube.com/watch?v=SdF4RBtqdH8

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

| | |
|---|---|
| |  |



Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/





Select "print" from menu | Select a device from a printer list | Input the print setting

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

**(C) Mopria Print Service**



| | |
|---|---|
| | <br>**The *How* of Mopria Print**<br>Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.<br>Print wherever -- whenever.<br><br>Source:<br>http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/ |
| 2. The printing device of claim 1, wherein subsequent to having obtained, via the interface of the one or more interfaces of the printing device, the security information or the authentication information from the user in (1), the printing device provides the printing services over the network to the one or more computing devices that are wirelessly connected in (4), wherein the printing services include wirelessly receiving, via the one or more wireless communication units of the printing device, the output data from the one or more computing devices in (6) for printing at least part of the digital content at the printing device. | *The printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) provides printing services (e.g., mobile printing) after successfully obtaining the security or authentication information (e.g., Wi-Fi password, etc.) from the user in (1) via the interface (e.g., touch panel display) of the printing device, the printing device provides the printing services over the network to the one or more computing devices (e.g., Android or iOS smartphone) that are wirelessly connected in (4), wherein the printing services include wirelessly receiving, via the one or more wireless communication units (e.g., Wi-Fi module) of the printing device, the output data (e.g., print job related to digital content) from the one or more computing devices (6) for printing at least part of the digital content (e.g., photo) at the printing device.*<br><br>**<u>Printing device obtaining security or authentication information:</u>** |




Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna

Source: https://www.youtube.com/watch?v=prW9faARaPk (0:56 to 1:42 of 2:29)

**Printing device providing printing services over the network via:**

**(A) Toshiba e-BRIDGE Print & Capture App**







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

**(B) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu    Select a device from a printer list    Input the print setting    Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source:
https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(C) Mopria Print Service**

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).
If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.



| | |
|---|---|
| | <br><br><br>Source: https://mopria.org/print-from-android#What-is-Mopria |
| 3. The printing device of claim 1, wherein the device information, which is wirelessly transmitted from the printing device to the one or more computing devices in (5), includes the identification information of the printing device, the identification information includes one or more of a name, a model, a brand, an identifier, a registration, or an IP address, individually or in any combination, and the identification information is to facilitate identification of the printing device for service. | *The device information, which is wirelessly transmitted from the printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) to the one or more computing devices (e.g., Android or iOS smartphone) in (5), includes the identification information (e.g., device name, model number, etc.) of the printing device, the identification information includes name, a model, a brand, an identifier individually or in any combination, and the identification information is to facilitate identification of the printing device for service.*<br><br>**<u>Printing device provides identification information to computing device via:</u>**<br><br>**<u>(A) Toshiba e-BRIDGE Print & Capture App</u>** |

| | |
|---|---|
| | <br>Source:<br>[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/)<br> |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

Works with Apple AirPrint

**AirPrint™ means air-easy !**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's easy, intuitive, totally mobile. As natural as breathing. It's *air-easy.*

**AirPrint™ means *iOS* easy**

AirPrint lets you to print from your iOS or Mac device without installing drivers or downloading extra software. It's just super easy.

- About Apple AirPrint
- Toshiba Tec Press Releases

**Summary Screen**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

> **Summary Screen**

13:14
Print Summary
Document BR_e-BRIDGE-Next...121_DRAFT_v4.pdf




Select "print" from menu   Select a device from a printer list   Input the print setting

Source: [http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/](http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/)

### iOS Wireless Printer Discovery

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

### Multicast DNS

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: [https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html](https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html)

**(C) Mopria Print Service**

| | |
|---|---|
| | <br>Source:<br>http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/ |
| 4. The printing device of claim 3, wherein the device information, which is wirelessly transmitted from the printing device to the one or more computing devices in (5), includes the capability information related to one or more languages or formats supported by the printing device, and | *The device information which is wirelessly transmitted from the printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) to the one or more computing devices (e.g., Android or iOS device, etc.) in (5), includes the capability information (e.g., printer capabilities information such as PDL format, duplex printing, print size, resolution, color supported, etc.) related to one or more languages or formats supported by the printing device.*<br><br>**Printing device**<br>**Toshiba e-STUDIO 2510AC** |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google® Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

### What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

### What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

#### Printer Capability Attributes

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Atributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.

- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).
- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

**Printing device providing device information to computing device via:**

**(A) Toshiba e-BRIDGE Print & Capture App**

TOSHIBA

e-BRIDGE Print & Capture

TOSHIBA TEC CORPORATION Business ★★★★★ 551

Everyone

This app is available for your device

Add to wishlist

Install

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10 or later)
- Authentication and department codes are recommended to maintain office security
* Optional Enabler required

Source: https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US







Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/


Discover
RECENT
QR
WI-FI
MANUAL
Loading
Please Wait. Retrieving Data...
Cancel


Discover
RECENT
QR
WI-FI
MANUAL
TOSHIBA e-STUDIO5008A-11665544
Auto discovery
or manually input




**Toshiba How-To Video #8 - Mobile Printing**

Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

## (B) AirPrint



Works with Apple AirPrint

**AirPrint™ means air-easy !**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's easy, intuitive, totally mobile. As natural as breathing. It's *air-easy*.

**AirPrint™ means *iOS* easy**
AirPrint lets you to print from your iOS or Mac device without installing drivers or downloading extra software. It's just super easy.

- About Apple AirPrint
- Toshiba Tec Press Releases

**Summary Screen**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

> **Summary Screen**

13:14
Print Summary
Document BR_e-BRIDGE-Next...121_DRAFT_v4.pdf

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting

Source: http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## iOS Wireless Printer Discovery

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

## Multicast DNS

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

*"**Printers report the Document formats they support in the 'document-format-supported' Printer capability attribute.** Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). **AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').***
*Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages."*

Source: https://www.pwg.org/ipp/ippguide.html?utm_source#printer-capability-attributes

**(C) Mopria Print Service**

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source:
https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

<table>
<tr>
<td></td>
<td>



Source:<br>http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/
</td>
</tr>
<tr>
<td>wherein the output data wirelessly received at the printing device in (6) is in accordance, at least in part, with the one or more languages or formats supported by the printing device and specified in the device information.</td>
<td>
The output data (e.g., digital content related to photo, document, etc.) wirelessly received at the printing device (e.g., Toshiba e-STUDIO 2510AC printer, etc.) in (6) is in accordance, at least in part, with the one or more languages or formats supported by the printing device and specified in the device information (e.g., printer capabilities information such as PDLs, duplex printing, print size, resolution, color supported, etc.).<br><br>
The conversion process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options such as print quality, size, duplex printing, and color settings via AirPrint, Mopria Print Service, e-BRIDGE Print & Capture App, etc.<br><br>
Once the user selects a printing device and configures the desired print settings such as print quality, paper size, color mode, and duplex printing based on the received printer's attributes (i.e., capabilities), the Android or iOS device generates output data (i.e., print job) in a format that the selected Accused Printer can process.<br><br>
<u>Printing Device:</u><br>
<u>Toshiba e-STUDIO 2510AC Printer</u><br><br>
Heavy-Media Duplex Support can also handle 16 lb bond to 90 lb index for heavy duty duplexing.<br><br>
e-BRIDGE Next Print Specifications<br>
PDL PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>
Print Speed 20/25 Pages Per Minute (LT)<br>
Print Resolution 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br><br>
Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf
</td>
</tr>
</table>

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.
4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives output data from the computing device via:**

**(A) Toshiba e-BRIDGE Print & Capture App**



## Print setting screen

Print settings according to application




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your iOS device.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) through TOSHIBA MFPs
- Print images stored in iOS Photos or captured by the device's Camera
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and upload it to a cloud storage service or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Authentication and department codes are recommended to maintain office security
* Optional Enabler required in MFP

Source: https://web.archive.org/web/20201120211838/https://apps.apple.com/us/app/e-bridge-print-capture/id835518313







Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**(B) AirPrint**

# UIPrintInteractionController

A user interface that manages the printing of documents, images, and other printable content in iOS.

iOS 4.2+ | iPadOS 4.2+ | Mac Catalyst 13.1+ | visionOS 1.0+

## Overview

`UIPrintInteractionController` is the central class for printing in iOS. The shared instance of it represents a print job. A print job includes the content to print and information and options related to its printing, such as output type, job name, paper size, and orientation.

`UIPrintInteractionController` has four mutually exclusive properties for giving it the content to print:

- `printingItem` takes a single print-ready object.
- `printingItems` takes an array of print-ready objects.
- `printFormatter` takes a print formatter, an object that knows how to lay out content of a certain type.
- `printPageRenderer` takes a page renderer, a custom object that draws the content for printing.

If the `showsPageRange` property is `true`, the number of pages is more than 1, and you assign an object to any of these properties except for the `printingItems` property, the printing options include a control that allows users to select a page range.

When users tap a print button on the app's user interface, a controller object of the app should respond to the action message by obtaining the shared instance of `UIPrintInteractionController` and preparing it for the print job. When the app calls one of the `present...` methods (for example, `present(animated:completionHandler:)`), `UIPrintInteractionController` displays a view containing printing options. This interface is simple, allowing users to select a printer, specify the number of copies and possibly a range of pages, and choose single-sided or double-sided printing (if the printer supports duplex printing). When users make their selections and tap Print, the print job begins.

Source:
https://developer.apple.com/documentation/uikit/uiprintinteractioncontroller

Works with Apple AirPrint

**AirPrint™ means air-easy !**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's easy, intuitive, totally mobile. As natural as breathing. It's *air-easy.*

**AirPrint™ means *iOS* easy**
AirPrint lets you to print from your iOS or Mac device without installing drivers or downloading extra software. It's just super easy.

- About Apple AirPrint
- Toshiba Tec Press Releases

**Summary Screen**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.

> **Summary Screen**



**Operation is *simple***




Select "print" from menu

Select a device from a printer list

Input the print setting

Source:
http://web.archive.org/web/20200628163134/http://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## About AirPrint

AirPrint is an Apple technology that helps you create full-quality printed output without the need to download or install drivers.

With AirPrint, it's easy to print full-quality photos and documents from your Mac, iPhone, iPad, or iPod touch without having to install additional software (drivers). AirPrint is built into most popular printer models, such as the ones listed in this article. AirPrint features include easy discovery, automatic media selection, and enterprise-class finishing options.

Source: http://web.archive.org/web/20200912214916/https://support.apple.com/en-us/HT201311#printers

## Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

### Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**iOS Wireless Printer Discovery**

iOS devices have an inherent service discovery mechanism called Bonjour. Bonjour has the wireless service identifying capability known as mDNS (multicast DNS). iPrint uses the Linux Avahi daemon service to advertise iPrint printers to the iOS devices on a wireless network.

**Multicast DNS**

Domain Name Service provides translation from a Web address (starting with www) to the Internet Protocol (IP) addresses. mDNS (Multicast DNS protocol) is a method of network neighborhood resource discovery. mDNS forwards the DNS message to many endpoints on a network. Each device connected to an mDNS enabled network sends out a message detailing its name, function, and capabilities. On the receiving device, the information is stored so that it can route requests when an application requests a service, such as printing.

mDNS is useful in wireless networks. By monitoring mDNS advertisements, clients can learn the location of the service, then connect to it in the same way as any other service. mDNS transforms the manual process of configuring IP addresses and port numbers that provides a zero configuration experience where a user references the service using human-friendly types and names.

**AirPrint through iPrint**

When iOS devices such as iPhone, iPad, and iPod touch connect to the wireless network, they are automatically assigned an IP address. This opens an opportunity to exploit the IP network service for printer discovery, and submit the print job. iOS devices convert Microsoft Office files, images, and Web pages into PDF; construct an IPP print request; and send the print request to the AirPrint enabled IPP printer. The AirPrint enabled IPP printer renders the PDF or image file into a printer-specific language such as post script. The printer consumes this data and the document is printed. This is called AirPrint.

Many printers are not compatible with AirPrint. iPrint hides the printer's capabilities, and advertises the printer as an AirPrint enabled printer. This allows iPrint to extend the enterprise print service into the wireless network to exploit the iOS devices' inherent print capability, and provides additional advantages to consume iPrint features.

Source: https://www.novell.com/documentation/iprint-appliance1/iprint_appliance/data/b1b5pbfp.html

*"__When a print job rises to the top of the queue__, __the system printing daemon__* (printd) considers the destination printer's requirements and, if necessary, ***__converts the print data to a form that is usable by the printer__***.*"*

Source: http://web.archive.org/web/20210507004757/https://developer.apple.com/library/archive/documentation/2DDrawing/Conceptual/DrawingPrintingiOS/Printing/Printing.html#//apple_ref/doc/uid/TP40010156-CH12-SW1#//apple_ref/doc/uid/TP40010156-CH12-SW1

**(C) Mopria Print Service**

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

## Connect to the print manager

When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process.

## Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.
- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.
- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.
- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.


Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.
- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.
- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.
- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

**Drawing PDF page content**

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP) from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, Kyocera, Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.

If you want to check to see if you printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products.

Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®. Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features.

Source: https://web.archive.org/web/20210607044606/https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.

<table>
<tr>
<td></td>
<td>


<br>
Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/
<br><br>


<br>
Source: https://mopria.org/print-from-android#What-is-Mopria
</td>
</tr>
<tr>
<td>5. The printing device of claim 4, wherein the printing device further includes a display screen with a touch sensitive screen interface for interacting with the user, and wherein the security information or the authentication information in (1) is obtained via the touch sensitive screen interface.</td>
<td>The printing device (e.g., Toshiba e-STUDIO 2510AC Printer, etc.) further includes a display screen with a touch sensitive screen interface (e.g., touch panel display, etc.) for interacting with user. The security or authentication information (e.g., Wi-Fi password, etc.) is obtained via the touch sensitive screen interface of the printing device.
<br><br>
<u>Printing device includes touch sensitive screen interface for obtaining authentication information:</u></td>
</tr>
</table>




Source: http://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf

## Control panel

Make for various operations and settings.




**6. Digital keys (Optional)**
Use to enter numbers.

**7. [PROGRAMMABLE1] button / [PROGRAMMABLE2] button**
Register frequently used functions to these buttons and press them for quick access.
**MFP Management Guide** (PDF) : "Chapter 2: SETTING ITEMS (Admin)"

**13. Touch panel**
Configure various functions such as copying.
P.15 "Using the Touch Panel"

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna




Putting Toshiba Estudio on wireless network with antenna

| | |
|---|---|
| | <br><br>Putting Toshiba Estudio on wireless network with antenna<br><br>Source: https://www.youtube.com/watch?v=prW9faARaPk |