# EXHIBIT 12

# Application of U.S. Patent No. 10,140,073 to the Accused Printers*†

* The term "Accused Printers" refers to Toshiba's wireless printers, including but not limited to, printer and multifunction printer models compatible with the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, including at least the e-STUDIO, B-FP, B-EP, BV, B-FV, DB, B, BA, B-EX, and B-SX series printers and multifunction printers, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 10,140,073 to the Accused Printers | |
|---|---|
| 8. A wireless device for establishing a wireless connection with a mobile information apparatus, the wireless device being a distinct device from the mobile information apparatus, and | *A wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) establishes a wireless connection (e.g., Wi-Fi connection, etc.) using a wireless printing technology (e.g., Apple AirPrint, Mopria Print Service, Toshiba e-BRIDGE Print & Capture App, etc.) with a mobile information apparatus (e.g., Android/iOS device, etc.).*<br><br>*The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) is a distinct/separate device from the mobile information apparatus (e.g., Android/iOS device, etc.).*<br><br>**Wireless Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br><br> |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Mobile information apparatus:**
**Samsung Galaxy S10 (Android smartphone)**



Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz) Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iPhone 11 (iOS smartphone)**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

**Operating System**

iOS

iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.

See what's new in iOS

**Cellular and Wireless**

- **Model A2111***
  - FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)
  - TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  - CDMA EV-DO Rev. A (800, 1900 MHz)
  - UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

For details on LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/en-us/111865

**Wireless device establishes wireless connection with the mobile information apparatus via:**

***Note:*** *Both the devices should be on the same network for the mobile information apparatus to establish connection with the wireless device over Wi-Fi network.*

**(A) AirPrint**

| | |
|---|---|
| | **> The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.<br><br><br><br>Select "print" from menu Select a device from a printer list Input the print setting Tap "Print"<br><br>Source:<br>http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/<br><br>**Use AirPrint to print from your iPhone, iPad, or iPod touch**<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>**Before you begin**<br><br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range. |

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFPs).
If you want to check to see if your printer is Mopria® certified before installing the Mopria Print Service, check here: http://mopria.org/certified-products....

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.




### How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

| | |
|---|---|
| |  |

e-BRIDGE Print & Capture

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

Main screen
Easy task switching using PRINT and CAPTURE tabs

Preview screen
Preview to prevent mistakes

Print Service screen
Easy Android Print Service for e-mail and browser pages



Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/









Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

***Note:*** *Please note that the information apparatus with Toshiba e-BRIDGE Print & Capture app can output content to the wireless device via Wi-Fi direct connection, only if the Wi-Fi direct option is supported by the output device.*

"e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.
***MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN.***

<table>
<tr>
<td></td>
<td>Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other ofices.<br>* <u>Wi-Fi Direct is an option.</u><br><u>Supported models:</u> e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, <u>2510AC Series</u>, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series”<br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/</td>
</tr>
<tr>
<td>the wireless device includes wireless communication circuitry and</td>
<td>The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) includes wireless communication circuitry (e.g., Wi-Fi module, etc.).<br><br><u>Wireless Device:</u><br><u>Toshiba e-STUDIO 2510AC</u><br><br>e-BRIDGE Next Print Specifications
<table>
<tr><td>PDL</td><td>PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG</td></tr>
<tr><td>Print Speed</td><td>20/25 Pages Per Minute (LT)</td></tr>
<tr><td>Print Resolution</td><td>600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only</td></tr>
<tr><td>Operating Systems</td><td>Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®</td></tr>
<tr><td>Network Protocols</td><td>TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments</td></tr>
<tr><td>Printing Protocols</td><td>SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP</td></tr>
<tr><td>Print Drivers</td><td>Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4</td></tr>
<tr><td><u>Interface</u></td><td>RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), <u>Optional 802.11b/g/n, Wireless LAN,</u> Optional Bluetooth</td></tr>
<tr><td>Wireless Device</td><td>AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)</td></tr>
<tr><td>Device Management</td><td>TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)</td></tr>
<tr><td>Account Control</td><td>Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function</td></tr>
<tr><td>Accessibility Features</td><td>Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts</td></tr>
</table>
<br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf</td>
</tr>
</table>

TOSHIBA

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /
MULTIFUNCTIONAL DIGITAL SYSTEMS

# Quick Start Guide

e-STUDIO2010AC
e-STUDIO2510AC
e-STUDIO2515AC
e-STUDIO3015AC
e-STUDIO3515AC
e-STUDIO4515AC
e-STUDIO5015AC
e-STUDIO2018A
e-STUDIO2518A
e-STUDIO3018A
e-STUDIO3518A
e-STUDIO4518A
e-STUDIO5018A

## Options

The following are sold separately, and upgrade the performance of the equipment. For details, contact your service technician or representative.

**Wireless LAN/Bluetooth Module (GN-4020)**
Allows you to print over wireless LAN and Bluetooth.
You can also use a Bluetooth keyboard.
• Installed inside the equipment.

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /
MULTIFUNCTIONAL DIGITAL SYSTEMS

# Wireless LAN/Bluetooth Precautions for Use

## GN-4020

<table>
<tr>
<td></td>
<td>

❑ **Model and series names in this manual**

In this manual, each model name is replaced with the series name as shown below.

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

■ **About TOSHIBA Wireless Solution**

❑ **Wireless Interoperability**

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

❑ **Bluetooth Interoperability**

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

</td>
</tr>
<tr>
<td>memory storing device information related to the wireless device,</td>
<td>

*The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) includes memory for storing device information (e.g., device name, capability information such as duplex printing, supported printer resolution, firmware included, etc.) related to the wireless device.*

**Wireless Device:**
**Toshiba e-STUDIO 2510AC**

**Main Specifications**

| | |
|---|---|
| **Power Source** | 120 Volts, 50/60 Hz, 12 Amps |
| **Power Consumption** | Maximum 1.5kW (120V) |
| **CPU** | Intel Atom™ 1.33GHz (Dual-Core) |
| **Memory** | 2GB, Max. 4GB |
| **Hard Disk Drive** | 320GB Self-Encrypting Drive |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

</td>
</tr>
</table>

| | |
|---|---|
| | **e-STUDIO™ 2510AC series**<br>› Color Multifunction Printer<br>› Up to 25 PPM<br>› Small Workgroup<br>› Copy, Print, Scan, Fax<br>› Secure MFP<br>› Customizable UI<br><br>**Main Specifications**<br>**Duplex** Standard Automatic Duplex Unit: 16 lb Bond-90 lb Index<br>**Reproduction Ratio** 25% to 400%<br>**Max Duty Cycle** Max. 67.2K Month (e-STUDIO 2010AC)<br>Max. 84K Month (e-STUDIO 2510AC)<br>**Weight** Approx. 126 lb<br>**Approx. Dimensions** 22.6" (W) x 23" (D) x31" (H)<br>**CMYK Toner Yield** CMY: 33.6K, BK: 38.4K @ 5%<br>**Power Source** 120 Volts, 50/60 Hz, 12 Amps<br>**Power Consumption** Maximum 1.5kW (120V)<br>**CPU** Intel Atom™ 1.33GHz (Dual-Core)<br>**Memory** 2GB, Max. 4GB<br>**Hard Disk Drive** 320GB Self-Encrypting Drive<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br><br>**Security Features** User Authentication, On-Board Data Scramble Function, SCEP, Disable e-Filing, Disable Copy, Disk Overwrite, IP Address Filtering (10 Sets), MAC Address Filtering (10 Sets), Network Service Control, Network Port Control, SMB Packet Signing, SSL/TLS (HTTP, IPP, LDAP, SMTP, POP, FTP, DPWS, SYSLOG), IPsec (IKEv1, IKEv2), Security Mode Change, CC Certified (ISO/IEC15408)* with HCD-PP v1.0, IEEE802.1X (Wired/Wireless), Digital Signature for Client Utilities, Password Policy, Password Lock, Password Expiration, Self Testing, Job Access Control, Log Access Control for Job Log, Security Stamp, Role Based Access Control, Secure PDF, Digital Signature for Firmware Update, Integrity Check Function, Image Log, Card Authentication, NFC Authentication<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf |
| wherein the wireless device:<br>(1) uses the wireless communication circuitry of the wireless device to wirelessly detect the mobile information apparatus, the wireless detection is based, at least in part, on physical distance between the wireless device and the mobile information apparatus, and the wireless detection of the mobile information apparatus includes | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) uses the wireless communication circuitry (e.g., Wi-Fi module, etc.), to wirelessly detect by the mobile information apparatus (e.g., Android/iOS device, etc.). The wireless detection includes the mobile information apparatus wirelessly detecting the wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) based, at least in part, on physical distance and on short range wireless communication (e.g., Wi-Fi communication) between the wireless device and the mobile information apparatus.*<br><br>**<u>Mobile information apparatus wirelessly detecting wireless device over Wi-Fi communication via:</u>**<br><br>**<u>(A) AirPrint</u>** |

| | |
|---|---|
| either one of (i) the wireless device wirelessly detecting the mobile information apparatus or (ii) the mobile information apparatus wirelessly detecting the wireless device, and the wireless detection is further based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | > **The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.<br><br><br>Select "print" from menu Select a device from a printer list Input the print setting Tap "Print"<br><br>Source: http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/<br><br>**Use AirPrint to print from your iPhone, iPad, or iPod touch**<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>**Before you begin**<br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range. |

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

AirPrint has many supportive ways to find and use printers. The main method which most people associate with AirPrint is Local Bonjour. There is no setup required. The printer automatically appears as an available printer in the list without any setup.

AirPrint has also always supported Wide-Area Bonjour. Bonjour is based on DNS Service Discovery. And if a DNS server is configured with the correct records, printers can be discovered this way and I'll go over how to do this. Both iOS and Mac OS also now support Mobile Device Management or MDM profiles with a configured AirPrint payload.

Source: https://developer.apple.com/videos/play/wwdc2016/725/

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**

mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed

2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)

3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**


TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.

3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.
5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.
6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

| | |
|---|---|
| | TOSHIBA<br>e-BRIDGE Print & Capture<br>TOSHIBA TEC CORPORATION<br>Everyone<br>3.9<br>This application will allow you to utilize TOSHIBA MFPs to print and scan.Discover<br>RECENT<br>QR<br>WI-FI<br>MANUAL<br>Loading<br>Please Wait. Retrieving Data.<br>Cancel |

| | |
|---|---|
| | <br>Source: [https://www.youtube.com/watch?v=SbHPXvCkMYo](https://www.youtube.com/watch?v=SbHPXvCkMYo) |
| (2) uses the wireless communication circuitry of the wireless device to wirelessly transmit at least part of the device information that is stored in the memory of the wireless device, from the wireless device to the mobile information apparatus, the wireless transmission of the device information is based on the wireless device having wirelessly detected the mobile information apparatus in (1), and the wireless transmission of the device information is based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) uses the wireless communication circuitry (e.g., Wi-Fi module, etc.) to wirelessly transmit at least part of the device information (e.g., device name, etc.) that is stored in the memory of the wireless device to the mobile information apparatus (e.g., Android/iOS device, etc.). The wireless transmission of the device information is based on the wireless device having wirelessly detected the mobile information apparatus in (1).*<br>*Further, the wireless transmission of the device information is based, at least in part, on short range direct wireless communication (e.g., Wi-Fi communication) between the wireless device and the mobile information apparatus.*<br><br>**<u>Wireless device transmitting device information to the mobile information apparatus over Wi-Fi communication via:</u>**<br><br>**<u>(A) AirPrint</u>**<br><br>> **The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |

| | |
|---|---|
| |  <br>Select "print" from menu    Select a device from a printer list    Input the print setting    Tap "Print"<br><br>Source:<br>http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/<br><br>**Use AirPrint to print from your iPhone, iPad, or iPod touch**<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>**Before you begin**<br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.<br><br>**Print with AirPrint**<br>1. Open the app that you want to print from.<br>2. To find the print option, tap the app's share icon — or — or tap ••• .<br>3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.<br>4. Tap Select Printer and choose an AirPrint-enabled printer.<br>5. Choose the number of copies or other options, like which pages you want to print.<br>6. Tap Print in the upper-right corner.<br><br>  |

Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(B) Mopria Print Service**

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**



Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/






| | |
|---|---|
| | <br><br><br>Source: [https://www.youtube.com/watch?v=SbHPXvCkMYo](https://www.youtube.com/watch?v=SbHPXvCkMYo) |
| (3) uses the wireless communication circuitry of the wireless device to wirelessly receive a service request or a connection request from the mobile information apparatus; | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.), uses the wireless communication circuitry (e.g., Wi-Fi module, etc.) to wirelessly receive a service request or connection request (e.g., tapping on the name of the wireless device on smartphone screen to select it, etc.) from the mobile information apparatus (e.g., Android/iOS device, etc.).*<br><br>**<u>Wireless device receives connection request from the mobile information apparatus via:</u>**<br><br>**<u>(A) AirPrint</u>**<br><br>> **The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source: https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ⋯.
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(B) Mopria Print Service**

mopria®

*MOPRIA®*

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play | Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages



<table>
<tr>
<td></td>
<td>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br><br><br><br><br><br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo</td>
</tr>
<tr>
<td>(4) uses the wireless communication circuitry of the wireless device to wirelessly establish a wireless</td>
<td>The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) uses the wireless communication circuitry (e.g., Wi-Fi module, etc.) to establish a wireless communication link (e.g., Wi-Fi communication link, etc.) with the mobile information apparatus (e.g., Android/iOS device, etc.) in response to having wirelessly received the service request</td>
</tr>
</table>

<table>
<tr>
<td>communication link between the wireless device and the mobile information apparatus in response to having wirelessly received the service request or the connection request from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information from the wireless device to the mobile information apparatus in (2); and</td>
<td>

*or the connection request from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information (e.g., device name, etc.) from the wireless device to the mobile information apparatus in (2).*

**<u>Wireless device establishes wireless communication link with mobile information apparatus via</u>:**

**<u>(A) AirPrint</u>**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

## Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

### Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

</td>
</tr>
</table>

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(B) Mopria Print Service**

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/



What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

**Anytime, anywhere, any data**

- You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
- Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
- Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/




Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| (5) uses the wireless communication circuitry of the wireless device to wirelessly receive, via the established wireless communication link in (4), data or information from the mobile information apparatus; and | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) uses the wireless communication circuitry (e.g., Wi-Fi module, etc.) to receive data (e.g., print job related to photo, document, etc.) from the mobile information apparatus (e.g., Android/iOS device, etc.) via the established wireless communication link (e.g., Wi-Fi communication link) in (4).*<br><br>**Wireless device receives data from the mobile information apparatus via:**<br><br>**(A) AirPrint**<br><br>**The *How* of AirPrint**<br><br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |



Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.



Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387

**(B) Mopria Print Service**

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Office Mobile

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Find the print option Select a nearby printer Tap print

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**



**Print setting screen**

Print settings according to application




Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/






Source: https://www.youtube.com/watch?v=SbHPXvCkMYo



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SdF4RBtqdH8 |
| wherein, subsequent to the wireless detection in step (1) or subsequent to having wirelessly transmitted the device information, related to the wireless device, from the wireless device to the mobile information apparatus in step (2), the wireless device is operable to repeat one or more other steps that include step (3), step (4), or step (5), without the need to repeat at least part of step (1) and step (2). | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) repeats the step of receiving the service/connection request (e.g., when the wireless device is selected for printing, etc.), establishing the wireless communication link (e.g., Wi-Fi link, etc.), and receiving the data (e.g., photos, documents, etc.) without repeating the steps of wireless detection (e.g., wireless discovery, etc.) and transmission of device information (e.g., device name, etc.), when priting new content.*<br><br>**(A) AirPrint**<br><br>Use AirPrint to print from your iPhone, iPad, or iPod touch<br><br>Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.<br><br>Before you begin<br>• Confirm that your printer supports AirPrint.<br>• Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range. |

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.




Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387




Click to view larger image

The first time you print, you need to select the printer you want to use. On the Printer Options screen, tap Select Printer. Then tap the printer you want to use. You move back to the Printer Options screen and see the printer you selected.

The next time you print, if you want to use the same printer, you can skip the printer selection process because the iPhone remembers the last printer you used. To change the printer, tap Printer and tap the printer you want to use.

Source: https://www.informit.com/articles/article.aspx?p=2952396&seqNum=9

**(B) Mopria Print Service**

**How do I discover a Mopria-certified printer?**

1. Go to **Settings > Printing** and enable Mopria Print Service. (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

Why are devices grayed out in the printer device list?

Printers may be grayed out if they were used previously, but then disconnected from the wireless network the printer is on or the printer is offline / powered off.

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

e-BRIDGE Print & Capture

About this app

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilising your Android device.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's camera
- Print web pages and emails with Android print services
- Utilise advanced MFP print settings such as number of copies, duplex, colour mode (BW/Colour/Twin Colour), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs

Source: https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_US

<table>
<tr><td></td><td>

Source: https://www.youtube.com/watch?v=SbHPXvCkMYo


Print Photos with e-BRIDGE Print & Capture (Android)
Source: https://www.youtube.com/watch?v=BxSh4yfAr_s</td></tr>
<tr><td>9. The wireless device according to claim 8, wherein the device information, wirelessly transmitted to the mobile information apparatus, includes at least one of identification information, identity information, capability information, compatibility information, a name, service information, security</td><td>The device information (e.g., device name), wirelessly transmitted to the mobile information apparatus (e.g., Android/iOS device, etc.), includes at least one of identification information, identity information, a name, etc.
<br><br>
<u>Wireless device transmits device information to the mobile information apparatus via:</u>
<br><br>
<u>(A) AirPrint</u></td></tr>
</table>

<table>
<tr>
<td>information, a PIN, biometric information, or authentication information, individually or in any combination; and</td>
<td>

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.



Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

<u>**(B) Mopria Print Service**</u>

mopria®

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.
</td>
</tr>
</table>

| | |
|---|---|
| |  <br>Source: [http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/](http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/)<br><br>**How It Works**<br>Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.<br><br> <br>Source: [https://mopria.org/print-from-android#What-is-Mopria](https://mopria.org/print-from-android#What-is-Mopria)<br><br>**<u>(C) Toshiba e-BRIDGE Print & Capture App</u>** |



## e-BRIDGE Print & Capture

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs

**Preview screen**

Preview to prevent mistakes

**Print Service screen**

Easy Android Print Service for e-mail and browser pages



Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/



<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=SbHPXvCkMYo
</td>
</tr>
<tr>
<td>wherein the wireless transmitting of the device information from the wireless device to the mobile information apparatus is to facilitate, at least in part, the mobile information apparatus identifying or selecting the wireless device for making the service request or the connection request to the wireless device.</td>
<td>
The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) transmits the device information (e.g., device name, etc.) to the mobile information apparatus (e.g., Android/iOS smartphone, etc.) to facilitate, at least in part, the mobile information apparatus identifying or selecting (e.g., by tapping on the name of the wireless device on smartphone screen) the wireless device for making the service request or the connection request to the wireless device.
<br><br>
<u>Wireless device receives connection request from the mobile information apparatus via:</u>
<br><br>
<u>(A) AirPrint</u>
<br><br>
> The How of AirPrint
<br><br>
Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.
</td>
</tr>
</table>




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

# Use AirPrint to print from your iPhone, iPad, or iPod touch

Learn how to print from your iPhone, iPad, or iPod touch to an AirPrint-enabled printer.

## Before you begin

- Confirm that your printer supports AirPrint.
- Make sure that your iPhone, iPad, or iPod touch and your printer are connected to the same Wi-Fi network and that you're within range.

## Print with AirPrint

1. Open the app that you want to print from.
2. To find the print option, tap the app's share icon — or — or tap ••• .
3. Scroll down and tap or Print. If you can't find the print option, check the app's User Guide or Help section. Not all apps support AirPrint.
4. Tap Select Printer and choose an AirPrint-enabled printer.
5. Choose the number of copies or other options, like which pages you want to print.
6. Tap Print in the upper-right corner.



| | |
|---|---|
| | Source: https://web.archive.org/web/20210303195617/https://support.apple.com/en-us/HT201387 |

**(B) Mopria Print Service**

***MOPRIA®***
***Easy*: Totally *Mobile* Printing**
Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***
Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

> **The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.
Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: [https://mopria.org/print-from-android#What-is-Mopria](https://mopria.org/print-from-android#What-is-Mopria)

**(C) Toshiba e-BRIDGE Print & Capture App**

TOSHIBA

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play | Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages



| | |
|---|---|
| | Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br><br><br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| 11. The wireless device according to claim 8, wherein the wireless device includes one or more chips or chipsets, | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) includes a wireless communication circuitry (e.g., Wi-Fi module, etc.) which is compatible with protocols under IEEE 802.11 standards and is used for establishing wireless communication link (e.g., Wi-Fi link, etc.).* |

| | |
|---|---|
| and the wireless communication circuitry either includes the one or more chips or chipsets, or is part of the one or more chips or chipsets; and wherein the one or more chips or chipsets are compatible, at least in part, to at least a protocol within Bluetooth specifications or within IEEE 802.11 standards, and the wireless device uses the one or more chips or chipsets for establishing the wireless communication link that is compatible with at least part of a protocol within Bluetooth specifications or within IEEE 802.11 standards. | **Wireless Device:**<br>**Toshiba e-STUDIO 2510AC**<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>TOSHIBA<br><br>MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS / MULTIFUNCTIONAL DIGITAL SYSTEMS<br>**Quick Start Guide**<br>e-STUDIO2010AC e-STUDIO2018A<br>e-STUDIO2510AC e-STUDIO2518A<br>e-STUDIO2515AC e-STUDIO3018A<br>e-STUDIO3015AC e-STUDIO3518A<br>e-STUDIO3515AC e-STUDIO4518A<br>e-STUDIO4515AC e-STUDIO5018A<br>e-STUDIO5015AC |

# Options

The following are sold separately, and upgrade the performance of the equipment. For details, contact your service technician or representative.

**Wireless LAN/Bluetooth Module (GN-4020)**
Allows you to print over wireless LAN and Bluetooth.
You can also use a Bluetooth keyboard.
• Installed inside the equipment.

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

**Wireless device establishes wireless communication link with mobile information apparatus via:**

**(A) AirPrint**

> **The *How* of AirPrint**

Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.
And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever.



Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

**(B) Mopria Print Service**

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

### > The *How* of Mopria Print

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.

**Operation is *simple***




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap the print icon

* Android (10) smartphone

Source: http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or cellular data connections.

Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

**Anytime, anywhere, any data**

- You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
- Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
- Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.

**Main screen**

Easy task switching using PRINT and CAPTURE tabs

**Preview screen**

Preview to prevent mistakes

**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| 14. The wireless device according to claim 11, wherein the wireless device further includes an interface with at least one of a button, a display, a voice command interface, or other interface controls operable by a user, and | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) includes an interface with at least a button (e.g., home button, power button, etc.), a display (e.g., touch screen display/control panel, etc.) and other interface controls operable by a user.*<br><br>**Wireless Device:**<br>**Toshiba e-STUDIO 2510AC** |




e-STUDIO™ 2010AC/2510AC

## Main Specifications

| | |
|---|---|
| **Copy System** | Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing |
| **Display** | 10.1" Color WSVGA Touch Screen Tilting Display |
| **Copy Speed** | 20/25 PPM (LT) |
| **Operation Method** | Color Touch Screen Control Panel or Client PC |
| **Number of Boxes** | 1 Public Box, 200 Private User Boxes |
| **Capacity of Boxes** | 100 Folders Per Box, 400 Documents Per Folder/Box, 200 Pages Per Document |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

# Control panel

Make for various operations and settings.




**1. [HOME] button**
Displays the home screen.
📖 P.14 "Names and Functions on the Home Screen"

**2. [POWER] button**
Turns the power on or off.

**3. MAIN POWER lamp**
Turns on when the main power switch is on.

**4. [ENERGY SAVER] button**
Enter or recover from energy saving mode.

**5. [ACCESS] button**
For when the department code or user information has been set.
📖 P.77 "Logging in"

**6. Digital keys (Optional)**
Use to enter numbers.

**7. [PROGRAMMABLE1] button / [PROGRAMMABLE2] button**
Register frequently used functions to these buttons and press them for quick access.
📖 **MFP Management Guide** (PDF) : "Chapter 2: SETTING ITEMS (Admin)"

**8. MEMORY RX lamp**
Turns on when receiving fax data and fax communications.

**9. Alarm lamp**
Turns on when an error occurs and action needs to be taken.

**10. PRINT DATA lamp**
Turns on when receiving data such as print data.

**11. [START] button**
Starts operations such as copying. The blue lamp on the left of the button turns on when the equipment is ready.

**12. [FUNCTION CLEAR] button**
Clears all selected functions and return to the default settings.

**13. Touch panel**
Configure various functions such as copying.
📖 P.15 "Using the Touch Panel"

| | |
|---|---|
| | **Names and Functions on the Home Screen**<br>Displayed when you turn the equipment on or press the [HOME] button. Displays buttons for various functions.<br><br><br>**Using the Touch Panel**<br>The touch panel supports swipe and pinch operations.<br>**Press (Tap)**<br>Lightly press buttons on the screen with your finger and lift it immediately.<br><br> |

## Swipe

Press the screen with your finger and slide it in one direction. Turns pages on the home screen and scrolls up and down in a list.







## Drag & Drop

You can replace the RECALL button on the home screen. Press the button with your finger, drag it to another place, and lift your finger.




## Pinch (pinch and spread)

Press the screen with two fingers, pinch them together or spread them apart on the screen. You can use this operation in previews of the Simple Scan, Scan, and Fax functions, etc.




Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

<table>
<tr>
<td>wherein the wireless detection of the mobile information apparatus or the wireless detection by the mobile information apparatus is subsequent to having received, via the interface of the wireless device, at least an indication for initiating the wireless detection; and</td>
<td>

*The wireless detection by the mobile information apparatus (e.g., Android/iOS device, etc.) is subsequent to wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) having received, via the interface (e.g., touch screen display/control panel, etc.) at least an indication (e.g., connecting the printer to Wi-Fi network, etc.) for initiating the wireless detection.*

<u>**Wireless device receives an indication for initiating the wireless detection:**</u>




**Putting Toshiba Estudio on wireless network with antenna**




**Putting Toshiba Estudio on wireless network with antenna**

</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>


Putting Toshiba Estudio on wireless network with antenna



Putting Toshiba Estudio on wireless network with antenna

Source: https://www.youtube.com/watch?v=prW9faARaPk
</td>
</tr>
<tr>
<td>wherein the mobile information apparatus is at least one of a smart phone, an information pad, an Internet-Phone, a digital camera, an e-book, or an Internet appliance, individually or in any combination.</td>
<td>The mobile information apparatus (e.g., iOS/Android device, etc.) is a smartphone, an information pad, an Internet-Phone, and/or an internet appliance.<br><br><u>Mobile information apparatus:</u><br><u>Samsung Galaxy S10 (Android smartphone)</u></td>
</tr>
</table>




Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e| S10| S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz) Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iPhone 11 (iOS smartphone)**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

<table>
<tr>
<td></td>
<td>
Operating System<br>
iOS<br>
iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.<br>
See what's new in iOS<br><br>
Cellular and Wireless<br>
• Model A2111*<br>
◦ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)<br>
◦ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>
◦ CDMA EV-DO Rev. A (800, 1900 MHz)<br>
◦ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>
◦ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>
• All models<br>
◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>
◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>
◦ Bluetooth 5.0 wireless technology<br>
◦ Ultra Wideband chip for spatial awareness[7]<br>
◦ NFC with reader mode<br>
◦ Express Cards with power reserve<br>
For details on LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>
Source: https://support.apple.com/en-us/111865
</td>
</tr>
<tr>
<td>15. The wireless device according to claim 8, wherein the wireless device includes an output device, and the wireless device is embodied as one or more of a display device, a projection device, a printer, a television, or a television controller device connectable to a television, individually or in any combination, and</td>
<td>
The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) is a printer and the wireless device includes an output device (e.g., printer drum, etc.).<br><br>
<u>Wireless Device:</u><br>
<u>Toshiba e-STUDIO 2510AC</u><br>


</td>
</tr>
</table>

| | |
|---|---|
| | **e-STUDIO™2510AC series**<br>› Color Multifunction Printer<br>› Up to 25 PPM<br>› Small Workgroup<br>› Copy, Print, Scan, Fax<br>› Secure MFP<br>› Customizable UI<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**SPECIFICATIONS OF EQUIPMENT**<br><br>**e-STUDIO2010AC/2510AC**<br><br>**Weight** — e-STUDIO2010AC/2510AC: Approx. 57 kg (125.7 lb.) (equipment including developer and drum)<br><br>Source: https://business.toshiba.com/downloads/KB/f1Ulds/18234/eS5018A_SPECG_EN_0003.pdf |

## Genuine Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit



***Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit (Genuine)*** - Genuine Toshiba Part - Made in China

Out of Stock

*Usually ships in:* 10 business days

**Mfr Part #:** Toshiba 6LK49103000, 6LK49100000, 6LJ54263000, 6LJ70685000, 6LJ70638000, 6LJ70541000, 6LJ70376000

**PR Order #:** K6134

Your Price **$189.95**

***+ Free Shipping***

Qty 1 **Add to Cart**

Add To Favorites

The Precision Guarantee **Up to 1 Full Year!** (Click for details)

Source: https://www.precisionroller.com/drum-units-for-toshiba-e-studio-2510ac/details_91607.html

# e-STUDIO™ 2010AC/2510AC

## Main Specifications

| | |
|---|---|
| **Copy System** | Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing |
| **Display** | 10.1" Color WSVGA Touch Screen Tilting Display |
| **Copy Speed** | 20/25 PPM (LT) |
| **First Copy Out** | Color: 9.5/9.5 Seconds<br>Monochrome: 7.1/7.1 Seconds |
| **Warm-Up Time** | Approx. 21 Seconds |
| **Copy Resolution** | 600 x 600 dpi |
| **Stack Feed Bypass** | ST-R to LD, Envelope |
| **Multiple Copying** | Up to 999 Copies |
| **Paper Capacity** | Standard 350 Sheets/Max. 2,900 Sheets |
| **Original Feed** | Optional 100-Sheet RADF |
| **Scan Speed & Weights** | RADF Scan: Up to 73 IPM (Monochrome or Color), Simplex: 9.3-41.8 lb Bond, Duplex: 13.3-41.8 lb Bond |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

An electrophotographic printer that uses a matrix of LEDs as its light source. The LED mechanism is much simpler than its laser printer counterpart. A stationary array of LEDs is used instead of numerous moving parts, and the LEDs are selectively beamed onto the drum. LED printers are available from inexpensive personal printers to huge digital printing presses that print more than 700 pages per minute (ppm). See LED.

| | |
|---|---|
| | <br>**LED vs. Laser Printing**<br>Source: https://www.pcmag.com/encyclopedia/term/led-printer#:~:text=An%20electrophotographic%20printer%20that%20uses,selectively%20beamed%20onto%20the%20drum. |
| wherein the data or the information wirelessly received in (5) includes digital content for outputting or for playing at the output device. | *The wireless device (e.g., Toshiba e-STUDIO 2510AC, etc.) receives the data (e.g., digital content such as photos, documents, etc.) from the mobile information apparatus (e.g., Android/iOS device, etc.) for outputting at the output device (e.g., printer drum, etc.).*<br><br>**Wireless device receives data from the mobile information apparatus via:**<br><br>**(A) AirPrint**<br><br>**The *How* of AirPrint**<br>Your iPhone®, iPad®, iPod touch® and Mac will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even data stored in the Cloud. As we've said, it's easy -- no special apps or drivers required.<br>And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance. Print wherever -- whenever. |




Select "print" from menu | Select a device from a printer list | Input the print setting | Tap "Print"

Source:
http://web.archive.org/web/20200628163134/http:/www.toshibatec.com/cnt/products_overseas/mobile_solutions/AirPrint/

**(B) Mopria Print Service**

mopria®

***MOPRIA®***

***Easy*: Totally *Mobile* Printing**

Now you can print wherever you are -- whenever you need to. And you don't need to install a driver. It's intuitive, totally mobile. EASY!

**Android-*Easy***

Mopria is one of those must-have services for people on the go. Forget the hassle of drivers, print from your Android phone or tablet -- easily.

**> The *How* of Mopria Print**

Just download Mopria Print Service from Google Play. Your Android device will automatically detect an output device on the network so you can print photos, emails, web pages and the like -- even cloud data! As we've said, it's easy -- no special apps or drivers required.

And you have lots of choice. You can set the number of copies, duplex printing and page range. A screen shows you all the settings at a glance.

Print wherever -- whenever.




Source:
http://web.archive.org/web/20200628163144/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/Mopria/

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.




Source: https://mopria.org/print-from-android#What-is-Mopria

**(C) Toshiba e-BRIDGE Print & Capture App**

***e-BRIDGE Print & Capture***

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play | Download on the App Store

**Main screen**

Easy task switching using PRINT and CAPTURE tabs

**Preview screen**

Preview to prevent mistakes

**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/