# EXHIBIT 13

# Application of U.S. Patent No. 10,846,031 to the Accused Apps*†

* The term "Accused Apps" refers to Toshiba's wireless printing apps, including but not limited to, the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. 10,846,031 to the Accused Apps** | |
|---|---|
| 8. A non-transitory computer readable storage medium having recorded therein software that is executable at a mobile device for wirelessly managing an output system, | *A non-transitory computer readable storage medium having recorded therein software (e.g., Toshiba e-BRIDGE Print & Capture app, etc.) that is executable at a mobile device (e.g., Android or iOS smartphone, etc.) for wirelessly managing (e.g., enabling Toshiba printer to print wirelessly via Wi-Fi, etc.) an output system (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>**Software:**<br>**Toshiba e-BRIDGE Print & Capture app**<br><br>"***e-BRIDGE Print & Capture***<br>***Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.***<br>All the information you need is with you all the time anywhere you go."<br><br>"The *How* of e-BRIDGE Print & Capture<br>***With e-BRIDGE Print & Capture, simply install a free app on your mobile device to easily interface with Toshiba MFPs, print documents and photos, and capture scanned data without interrupting your workflow.*** Using your mobile, you can do most everything that you would with your desktop.<br>e-BRIDGE Print & Capture's user interface improves usability. Operation is natural and user friendly. As mobile technology evolves, so too does e-BRIDGE Print & Capture.<br>*e-BRIDGE Print & Capture Entry does not support Cloud and Android Print Service.<br>Anytime, anywhere, any data<br>• ***You can output data easily from mobile devices and from files stored in the cloud.*** When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."<br><br>***Supported models:*** e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, ***2510AC Series***, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series"<br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |

Mobile > Mobile Printing and Scanning

## Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

**Mobile Device:**
**Android smartphone (Samsung Galaxy S10)**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | FM radio (USA & Canada only) |
| | USB | USB Type-C 3.1, OTG, DisplayPort |

Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |
|---|---|

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11)**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

## iPhone 11 - Technical Specifications

- All models
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

Source: https://support.apple.com/en-us/111865

**Output System:**
**Toshiba e-STUDIO 2510AC**


TOSHIBA


e-STUDIO™ 2510AC series
Color Multifunction Printer
Up to 25 PPM
Small Workgroup
Copy, Print, Scan, Fax
Secure MFP
Customizable UI

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Mobile device with Toshiba e-BRIDGE Print & Capture app wirelessly manages Toshiba Printer:**

***Note:*** *Both the devices should be on the same network for the mobile device with Toshiba e-BRIDGE Print & Capture app to connect with the output system over Wi-Fi network.*

***"You can output data easily from mobile devices and from files stored in the cloud.***
When there's a sudden need to output a document, as on a business trip, you can get it right away.
Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.

5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.

6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on this screen until the data transmission has completed and then retrieve your print document.



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo<br><br>"e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.<br>***MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN.***<br>Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other ofices.<br>* ***Wi-Fi Direct is an option.***<br>***Supported models:*** e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, ***2510AC Series***, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series"<br><br>Source: https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |
| the output system includes wireless communication circuitry for wireless | *The output system (e.g., Toshiba e-STUDIO 2510AC, etc.) includes wireless communication circuitry (e.g., Wi-Fi module, etc.) for wireless communication (e.g., Wi-* |

communication and at least a connection to an output device for outputting digital content, the mobile device is a separate device from the output system,

*Fi communication, etc.) and is connected to an output device (e.g., printer drum, etc.) for outputting digital content (e.g., photos, documents, etc.).*

*The mobile device (e.g., Android or iOS smartphone, etc.) is a separate device from the output system (e.g., Toshiba e-STUDIO 2510AC, etc.).*

**<u>Output System</u>:**
**<u>Toshiba e-STUDIO 2510AC</u>**




**e-BRIDGE Next Print Specifications**

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: <u>https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf</u>

TOSHIBA

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /
MULTIFUNCTIONAL DIGITAL SYSTEMS

# Quick Start Guide

e-STUDIO2010AC
e-STUDIO2510AC
e-STUDIO2515AC
e-STUDIO3015AC
e-STUDIO3515AC
e-STUDIO4515AC
e-STUDIO5015AC
e-STUDIO2018A
e-STUDIO2518A
e-STUDIO3018A
e-STUDIO3518A
e-STUDIO4518A
e-STUDIO5018A

## Options

The following are sold separately, and upgrade the performance of the equipment. For details, contact your service technician or representative.

**Wireless LAN/Bluetooth Module (GN-4020)**
Allows you to print over wireless LAN and Bluetooth.
You can also use a Bluetooth keyboard.
- Installed inside the equipment.

Source:
https://business.toshiba.com/downloads/KB/f1Ulds/18231/eS5018A_QS_EN_0004.pdf

MULTIFUNCTIONAL DIGITAL COLOR SYSTEMS /
MULTIFUNCTIONAL DIGITAL SYSTEMS

# Wireless LAN/Bluetooth Precautions for Use

## GN-4020

| | |
|---|---|
| | ❑ **Model and series names in this manual**<br>In this manual, each model name is replaced with the series name as shown below. |

| Model name | Series name |
|---|---|
| e-STUDIO2010AC/2510AC | e-STUDIO5015AC Series |
| e-STUDIO2515AC/3015AC/3515AC/4515AC/5015AC | |
| e-STUDIO2018A/2518A/3018A/3518A/4518A/5018A | e-STUDIO5018A Series |
| e-STUDIO5516AC/6516AC/7516AC | e-STUDIO7516AC Series |
| e-STUDIO5518A/6518A/7518A/8518A | e-STUDIO8518A Series |

■ **About TOSHIBA Wireless Solution**

❑ **Wireless Interoperability**

The Wireless LAN is designed to be interoperable with wireless LAN technology that is based on the DSSS/OFDM radio technology.

- Wi-Fi (Wireless Fidelity) certified by the Wi-Fi Alliance. This means that your Wireless hardware will communicate with other vendors' IEEE 802.11 B/G/N compliant wireless LAN product.
- Fully compatible with any of other wireless LAN system based on Direct Sequence Spread Spectrum (DSSS)/ Orthogonal Frequency Division Multiplexing (OFDM) radio technology that complies with the IEEE802.11 standard on wireless LANs (Revision B/G/N).

❑ **Bluetooth Interoperability**

Bluetooth module is designed to be interoperable with any product with Bluetooth wireless technology that is based on Adaptive Frequency Hopping (AFH) radio technology.

- The profile version 2.1, 3.0 as defined and approved by the Bluetooth Special Interest Group.
- Logo certification with Bluetooth wireless technology as defined by the Bluetooth Special Interest Group.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/16513/GN-4020_OM01_EN_0001.pdf

**Output Device:**
**Printer Drum**

# SPECIFICATIONS OF EQUIPMENT

## e-STUDIO2010AC/2510AC

| | |
|---|---|
| **Weight** | e-STUDIO2010AC/2510AC: Approx. 57 kg (125.7 lb.)<br>(equipment including developer and drum) |

Source: https://business.toshiba.com/downloads/KB/f1Ulds/18234/eS5018A_SPECG_EN_0003.pdf

## Genuine Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit



***Toshiba E STUDIO 2510AC Black Drum Unit / Includes Cleaning Unit (Genuine)*** - Genuine Toshiba Part - Made in China

Out of Stock

*Usually ships in:* 10 business days

**Mfr Part #:** Toshiba 6LK49103000, 6LK49100000, 6LJ54263000, 6LJ70685000, 6LJ70638000, 6LJ70541000, 6LJ70376000

**PR Order #:** K6134

Your Price **$189.95**
***+ Free Shipping***
Qty 1 **Add to Cart**
Add To Favorites

The Precision Guarantee Up to **1 Full Year!** (Click for details)

Source: https://www.precisionroller.com/drum-units-for-toshiba-e-studio-2510ac/details_91607.html

# e-STUDIO™ 2010AC/2510AC

## Main Specifications

| | |
|---|---|
| **Copy System** | Indirect Electrostatic Photographic Method/OPC/LED Printing/ Heat Roller Fusing |
| **Display** | 10.1" Color WSVGA Touch Screen Tilting Display |
| **Copy Speed** | 20/25 PPM (LT) |
| **First Copy Out** | Color: 9.5/9.5 Seconds<br>Monochrome: 7.1/7.1 Seconds |
| **Warm-Up Time** | Approx. 21 Seconds |
| **Copy Resolution** | 600 x 600 dpi |
| **Stack Feed Bypass** | ST-R to LD, Envelope |
| **Multiple Copying** | Up to 999 Copies |
| **Paper Capacity** | Standard 350 Sheets/Max. 2,900 Sheets |
| **Original Feed** | Optional 100-Sheet RADF |
| **Scan Speed & Weights** | RADF Scan: Up to 73 IPM (Monochrome or Color), Simplex: 9.3-41.8 lb Bond, Duplex: 13.3-41.8 lb Bond |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

An electrophotographic printer that uses a matrix of LEDs as its light source. The LED mechanism is much simpler than its laser printer counterpart. A stationary array of LEDs is used instead of numerous moving parts, and the LEDs are selectively beamed onto the drum. LED printers are available from inexpensive personal printers to huge digital printing presses that print more than 700 pages per minute (ppm). See LED.




**LED vs. Laser Printing**

Source: https://www.pcmag.com/encyclopedia/term/led-printer#:~:text=An%20electrophotographic%20printer%20that%20uses,selectively%20beamed%20onto%20the%20drum.

**Mobile Device:**
**Android smartphone (Samsung Galaxy S10)**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | FM radio (USA & Canada only) |
| | USB | USB Type-C 3.1, OTG, DisplayPort |

| | |
|---|---|
| | Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php<br><br>Connectivity[13] Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version)<br><br>Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf<br><br>**iOS smartphone (iPhone 11)**<br><br>iPhone 11<br><br><br><br>Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e<br><br>**iPhone 11 - Technical Specifications**<br><br>• All models<br>◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>◦ Bluetooth 5.0 wireless technology<br>◦ Ultra Wideband chip for spatial awareness[7]<br>◦ NFC with reader mode<br>◦ Express Cards with power reserve<br><br>Source: https://support.apple.com/en-us/111865 |
| the mobile device includes:<br><br>a touch sensitive screen interface for interacting with a user, | *The mobile device (e.g., Android or iOS smartphone, etc.) includes a touch sensitive screen interface (e.g., touchscreen display) for interacting with a user.*<br><br>**Mobile Device:**<br>**Android smartphone (Samsung Galaxy S10)** |



Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e| S10| S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

### Navigation

A touch screen responds best to a light touch from the pad of your finger or a capacitive stylus. Using excessive force or a metallic object on the touch screen may damage the tempered glass surface and void the warranty.

| | |
|---|---|
| | **Tap**<br><br>Lightly touch items to select or launch them.<br>• Tap an item to select it.<br>• Double-tap an image to zoom in or out.<br>**Swipe**<br><br>Lightly drag your finger across the screen.<br>• Swipe the screen to unlock the device.<br>• Swipe the screen to scroll through the Home screens or menu options. |

| | |
|---|---|
| | **Drag and drop**<br><br><br>Touch and hold an item, and then move it to a new location.<br>• Drag an app shortcut to add it to a Home screen.<br>• Drag a widget to place it in a new location.<br>**Zoom in and out**<br><br>Bring your thumb and forefinger together or apart to zoom in and out.<br>• Bring your thumb and forefinger together on the screen to zoom out.<br>• Move your thumb and forefinger apart on the screen to zoom in. |

**Touch and hold**




Touch and hold items to activate them.

- Touch and hold a field to display a pop-up menu of options.
- Touch and hold a Home screen to customize the Home screen.

Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Samsung/galaxy-s10/userguide/vzw-samsung-galaxy-s10-s10e-s10plus-en-ug-022019.pdf

**iOS smartphone (iPhone 11)**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

| | |
|---|---|
| | **Display**<br>• Liquid Retina HD display<br>• 6.1-inch (diagonal) all-screen LCD Multi-Touch display with IPS technology<br>• 1792-by-828-pixel resolution at 326 ppi<br>• 1400:1 contrast ratio (typical)<br>• True Tone display<br>• Wide color display (P3)<br>• Haptic Touch<br>• 625 nits max brightness (typical)<br>• Fingerprint-resistant oleophobic coating<br>• Support for display of multiple languages and characters simultaneously<br>*The iPhone 11 display has rounded corners that follow a beautiful curved design, and these corners are within a standard rectangle. When measured as a standard rectangular shape, the screen is 6.06 inches diagonally (actual viewable area is less).*<br><br>Source: https://support.apple.com/en-us/111865<br><br>**Learn basic gestures to interact with iPhone**<br>Control iPhone and its apps using a few simple gestures—tap, touch and hold, swipe, scroll, and zoom.<br>**Tap.** Touch one finger lightly on the screen.<br>**Touch and hold.** Touch and hold items in an app or in Control Center to preview contents and perform quick actions. On the Home screen, touch and hold an app icon briefly to open a quick actions menu.<br>**Swipe.** Move one finger across the screen quickly.<br>**Scroll.** Move one finger across the screen without lifting. For example, in Photos, you can drag a list up or down to see more. Swipe to scroll quickly; touch the screen to stop scrolling.<br>**Zoom.** Place two fingers on the screen near each other. Spread them apart to zoom in, or move them toward each other to zoom out.<br>You can also double-tap a photo or webpage to zoom in, and double-tap again to zoom out.<br>In Maps, double-tap and hold, then drag up to zoom in or drag down to zoom out.<br><br>Source: https://fccid.io/BCG-E3309A/User-Manual/UserGuide-Part1-4398205 |
| memory for storing at least part of the software, | *The mobile device (e.g., Android or iOS smartphone, etc.) includes memory for storing at least part of the software (e.g., Toshiba e-BRIDGE Print & Capture app, etc.).*<br><br>**Mobile Device:**<br>**Android smartphone (Samsung Galaxy S10)** |

| | |
|---|---|
| | **Galaxy S10e \| S10 \| S10+** |

## Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Memory[10]/ Storage[11] | S10e: 6 GB/128 GB; 8 GB/256 GB; expandable up to an additional 512 GB with microSD card[12]<br>S10: 8 GB/128 GB; 8 GB/512 GB; expandable up to an additional 512 GB with microSD card[12]<br>S10+: 8 GB/128 GB; 8 GB/512 GB; 12 GB/1 TB; expandable up to an additional 512 GB with microSD card[12] |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11)**

## iPhone 11 - Technical Specifications

**Finish**

- Black
- Green
- Yellow
- Purple
- (PRODUCT)[RED™]
- White

**Capacity[1]**

- 64GB
- 128GB
- 256GB

Source: https://support.apple.com/en-us/111865

**Software:**
**Toshiba e-BRIDGE Print & Capture app**

TOSHIBA

*e-BRIDGE Print & Capture*

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop.
Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

GET IT ON Google play

Download on the App Store

Source: https://web.archive.org/web/20210922234001/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

| | |
|---|---|
| | **Mobile > Mobile Printing and Scanning**<br><br>Mobile Printing and Scanning<br><br>Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.<br><br>Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html<br><br><br><br><br>Source: https://apps.apple.com/us/app/e-bridge-print-capture/id835518313 |
| one or more processors, and | *The mobile device (e.g., Android or iOS smartphone, etc.) includes a processor (e.g., Qualcomm Snapdragon, A13 Bionic chip, etc.).*<br><br>**Mobile Device:**<br>**Android smartphone (Samsung Galaxy S10)**<br><br>**Galaxy S10e I S10I S10+**<br><br>Specifications — Galaxy S10e \| S10 \| S10+<br>Display[3]: S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen; S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen; S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>Processor: Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |

| | |
|---|---|
| | Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf<br><br>**iOS smartphone (iPhone 11)**<br><br>Chip<br>• A13 Bionic chip<br>• 6-core CPU with 2 performance and 4 efficiency cores<br>• 4-core GPU<br>• 8-core Neural Engine<br><br>Source: https://support.apple.com/en-us/111865 |
| one or more wireless communication units that include circuitry for wireless communication; and | *The mobile device (e.g., Android or iOS smartphone, etc.) includes one or more wireless communication units (e.g., Wi-Fi module, etc.) that include circuitry for wireless communication (e.g., Wi-Fi communication, etc.).*<br><br>**Mobile Device:**<br>**Android smartphone (Samsung Galaxy S10)**<br><br>Galaxy S10e \| S10 \| S10+<br><br>Connectivity[13] Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version)<br><br>Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf<br><br>**iOS smartphone (iPhone 11)**<br><br>Cellular and Wireless<br>• Model A2111*<br>◦ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)<br>◦ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>◦ CDMA EV-DO Rev. A (800, 1900 MHz)<br>◦ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>◦ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• All models<br>◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>◦ Bluetooth 5.0 wireless technology<br>◦ Ultra Wideband chip for spatial awareness[7]<br>◦ NFC with reader mode<br>◦ Express Cards with power reserve<br><br>For details on LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source: https://support.apple.com/en-us/111865 |

| | |
|---|---|
| | **<u>Wireless communication:</u>**<br><br>Mobile > Mobile Printing and Scanning<br><br>Mobile Printing and Scanning<br><br>Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.<br><br>Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html |
| wherein, when the one or more processors, included in the mobile device, execute at least part of the software at the mobile device, the mobile device executes a method, comprising:<br><br>(1) wirelessly discovering, by the mobile device and using the one or more wireless communication units of the mobile device, the output system, the wireless discovering of the output system is based, at least in part, on short range wireless communication or wireless local area network communication; | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) executes a method of wirelessly discovering (e.g., finding nearby devices), using the one or more wireless communication units (e.g., Wi-Fi module), the output system (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>*The wireless discovering of the output system is based, at least in part, on wireless local area network communication (e.g., Wi-Fi communication).*<br><br>**<u>Mobile device with Toshiba e-BRIDGE Print & Capture app wirelessly discovering Toshiba printer over Wi-Fi communication:</u>** |

TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**




TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.

3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.
5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.
6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on




Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

| | |
|---|---|
| |  TOSHIBA<br>e-BRIDGE Print & Capture<br>TOSHIBA TEC CORPORATION<br>3.9<br>This application will allow you to utilize TOSHIBA MFPs to print and scan.  Discover<br>RECENT<br>QR<br>WI-FI<br>MANUAL<br>Loading<br>Please Wait. Retrieving Data...<br>Cancel |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo<br><br>Print Photos with e-BRIDGE Print & Capture (Android) |

| | |
|---|---|
| | <br><br>**Print Photos with e-BRIDGE Print & Capture (Android)**<br><br><br>**Print Photos with e-BRIDGE Print & Capture (Android)** |

**Transcript**

Search in video

0:00 download the eBridge print and capture

0:02 app from google play note your mobile

0:04 device will need to be connected via

0:06 **Wi-Fi to the same network as your**

0:08 toshiba e-studio system after

0:10 installation is complete launch the

0:13 application on your Android device by

0:15 tapping the eBridge print and capture

0:17 icon tap images in the print section of

0:20 the application menu when prompted allow

0:23 the eBridge print and capture app to

0:25 **access your photos select the desired**

0:28 photo to print on first use of the app

0:31 for printing the system will attempt to

0:33 locate your toshiba e-studio system on

0:35 the Wi-Fi network if no devices are

0:38 discovered you can enter the IP address

0:40 manually to manually input the IP

0:43 address for your system click manual on

0:45 the upper right side of app enter the IP

0:48 address or full hostname of your system

0:50 and tap start discovery tap the right

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s

| | |
|---|---|
| (2) wirelessly receiving, by the mobile device and using the one or more wireless communication units of the mobile device, device information from the output system that has been wirelessly discovered by the mobile device in (1), the device information is related, at least in part, to the output system wirelessly discovered in (1); | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) wirelessly receives, using the one or more wireless communication units (e.g., Wi-Fi module), device information (e.g., device name, model number, etc.) from the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) that has been wirelessly discovered by the mobile device in (1) and the device information is related to the output system.*<br><br>**Mobile device with Toshiba e-BRIDGE Print & Capture app wirelessly receives device information from Toshiba printer:**<br><br>"You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."<br><br><br><br>Source:<br>[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/) |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| (3) displaying, on the touch sensitive screen interface of the mobile device, a user interface item for user selection, the user interface item is related, at least in part, to the device information wirelessly received from the output system in (2); | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) displays, on the touch sensitive screen interface, a user interface item (e.g., device name, model number, etc.) for user selection.*<br>*The user interface item is related to the device information (e.g., device name, model number, etc.) wirelessly received from the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) in (2).*<br><br>**<u>Mobile device with Toshiba e-BRIDGE Print & Capture app displays device information for user selection over the screen:</u>**<br><br>"You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away." |

| | |
|---|---|
| | <br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br><br><br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| (4) receiving, by the mobile device and using the touch sensitive screen interface of the mobile device and from the user, at least an indication of a | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) using the touch sensitive screen interface, receives from the user, at least an indication of a selection (e.g., when the user taps on the device name, etc.) of the user interface item displayed on the touch sensitive screen interface, the user* |

| | |
|---|---|
| selection of the user interface item displayed on the touch sensitive screen interface in (3), the user interface item is related, at least in part, to the output system wirelessly discovered in (1); | *interface item is related to the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) wirelessly discovered in (1).*<br><br>**<u>Mobile device with Toshiba e-BRIDGE Print & Capture app receives an indication of selection of the displayed user interface item:</u>**<br><br>"You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."<br><br><br><br>Source:<br>[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/) |




Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ



| | |
|---|---|
| | <br><br>Source: [https://www.youtube.com/watch?v=SbHPXvCkMYo](https://www.youtube.com/watch?v=SbHPXvCkMYo) |
| (5) wirelessly providing, from the mobile device to the output system that is wirelessly discovered in (1) and selected in (4), using the one or more wireless communication units of the mobile device, security information or authentication information, the wireless providing of the security information or the authentication information facilitates, at least in part, the mobile device to access output services provided by the output system; and | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) wirelessly provides, using the wireless communication unit (e.g., Wi-Fi module), to the output system that is wirelessly discovered in (1) and selected in (4), security or authentication information (e.g., username, password, etc.).*<br><br>*The security or the authentication information facilitates the mobile device to access output services (e.g., wireless printing services, etc.) provided by the output system (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>**Mobile device with Toshiba e-BRIDGE Print & Capture app provides security or authentication information to Toshiba printer:**<br><br>e-STUDIO™ 2510AC series |

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |
| **Operating Systems** | Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux® |
| **Network Protocols** | TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments |
| **Printing Protocols** | SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP |
| **Print Drivers** | Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4 |
| **Interface** | RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth |
| **Wireless Device** | AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play) |
| **Device Management** | TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software) |
| **Account Control** | Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function |
| **Accessibility Features** | Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Spec%20Sheet.pdf

**Stronger MFP security and access!**

- e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.
- MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN. Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other offices.
  * Wi-Fi Direct is an option.
  Supported models: e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, 2510AC Series, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series

Source: https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

## e-BRIDGE Print & Capture and e-BRIDGE Print & Capture Lite, collected data and privacy

The data collected by this app and its purpose are as follows.

| Category | Data Type | Destination | Purpose |
|---|---|---|---|
| Credentials | Username & password for shared folder | Network Share Folder | To print documents or save scanned documents in Network Share Folder, this App will access to the shared folder with the specified username and password. |
| | Username / Password for MFP authentication | MFP | If you enable MFP User Authentication, this App will access to the MFP with the specified username and password to use print or scan function. Username will be logged in MFP logs. |
| | Password for private print | MFP | When you use private print function, this app will send the specified password with print job to MFP. If you select a job and input the correct password, MFP will print the job. The password will be discarded after printing. |

Source: https://www.toshibatec.com/cnt/products_overseas/MFP/privacy_ebpc.html

# e-BRIDGE Print & Capture

(Standard/Lite)

**Setup Guide**

## 2.3.2. How to set user/department information

If authentication mode is enabled at MFP, user has to input the user information to application.

If user information is once inputted at the time of a print or scanning functional use, these information will be automatically reflected at the time of other functional use.

[Android]




Department authentication




Local authentication




Windows Domain/LDAP Authentication

[iOS]



Department authentication



Local authentication



Windows Domain/LDAP Authentication

Confidential

| Authentication mode | Input information | Example |
|---|---|---|
| Department authentication | Department code | Department code: 123456 |
| MFP local authentication | User name and password | User name: user<br>Password:123456 |
| Windows domain authentication | Domain name, user name and password | Domain name: eBPC.tec.local<br>User name: user<br>Password: 123456 |
| LDAP authentication | LDAP server name、user name and password | LDAP server name: eBPC.tec.local<br>User name: user<br>Password:123456 |

When LDAP authentication is enabled at MFP, eBPC don't support scan function.

| | |
|---|---|
| | Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf<br><br><br><br><br>Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ |




Toshiba How-To Video #8 - Mobile Printing



| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| (6) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless communication link between the mobile device and the output system that is wirelessly discovered in (1), the wireless communication link is a short range wireless communication link or a wireless local area network communication link, and the wireless establishing of the wireless communication link is subsequent to the mobile device having received the indication of the selection of the user interface item in (4). | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) wirelessly establishes, using the one or more wireless communication units (e.g., Wi-Fi module), a wireless communication link (e.g., Wi-Fi communication link, etc.) with the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) wirelessly discovered in (1).*<br><br>*The wireless communication link is a wireless local area network communication link and is established subsequent to the mobile device having received the indication of the selection of the user interface item in (4).*<br><br>**Mobile device with Toshiba e-BRIDGE Print & Capture app establishes wireless communication link with the Toshiba Printer:** |

**Mobile > Mobile Printing and Scanning**

## Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

"You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."



| | |
|---|---|
| | Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/   Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |
| 9. The medium according to claim 8, wherein the wireless discovering of the output system in (1) is based, at least in part, on physical proximity between the mobile device and the output system, and | *The wireless discovery of the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) in (1) is based, at least in part, on physical proximity (i.e., must be connected to same Wi-Fi network) between the mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) and the output system (i.e., Toshiba printer).* <br><br> **Mobile device with Toshiba e-BRIDGE Print & Capture app wirelessly discovering Toshiba printer over Wi-Fi communication:** |



TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

Print Photos with e-BRIDGE Print & Capture (Android)

Download the e-BRIDGE Print & Capture app from Google Play.

**Note:** Your mobile device will need to be connected via Wi-Fi to the same network as your Toshiba e-STUDIO system.

1. After installation is complete, launch the application on your Android device by tapping the **e-BRIDGE Print & Capture** icon.
2. Tap **Images** in the Print section of the application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.
3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices**





TOSHIBA e-STUDIO2010AC/2510AC

Mobile > Mobile Printing and Scanning > Print Photos with e-BRIDGE Print & Capture (Android)

application menu. When prompted, allow the e-BRIDGE Print & Capture app to access your photos.

3. Select desired photo to print.
4. On first use of the app for printing, the system will attempt to locate your Toshiba e-STUDIO system on the Wi-Fi network. If no devices are discovered, tap **No Devices Selected Click to Discover**. You can enter the IP Address manually. To manually input the IP Address for your system, tap the **Wi-Fi** tab near the top of the screen. Tap **Manual** on the bottom of the app.
5. Enter the IP address or Full Hostname of your system and tap the **Checkmark** button.
6. Make any desired print setting changes (i.e. number of Copies, Color Mode, Print Mode, Paper Size, Paper Type or Toner Save). Then Tap the **Print** icon to print your photo. Your print job will be sent to the Toshiba system via Wi-Fi. Please remain on



Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#


TOSHIBA
e-BRIDGE Print & Capture
TOSHIBA TEC CORPORATION
Everyone
3.9
This application will allow you to utilize TOSHIBA MFPs to print and scan.


Discover
RECENT
QR
WI-FI
MANUAL
Loading
Please Wait. Retrieving Data...
Cancel

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=SbHPXvCkMYo
</td>
</tr>
<tr>
<td>wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the mobile device wirelessly accesses the output services provided by the output system over the wireless communication link wirelessly established in (6).</td>
<td>
The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) subsequent to having wirelessly provided the security or the authentication information (e.g., username, password, etc.) to the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) in (5), wirelessly accesses the output services (e.g., wireless printing) provided by the output system over the wireless communication link (e.g., Wi-Fi communication link, etc.) established in (6).

<u>Mobile device with Toshiba e-BRIDGE Print & Capture app wirelessly accesses the output services provided by the Toshiba printer:</u>



e-BRIDGE Print & Capture and e-BRIDGE Print & Capture Lite, collected data and privacy

The data collected by this app and its purpose are as follows.

| Category | Data Type | Destination | Purpose |
|---|---|---|---|
| Credentials | Username & password for shared folder | Network Share Folder | To print documents or save scanned documents in Network Share Folder, this App will access to the shared folder with the specified username and password. |
| | Username / Password for MFP authentication | MFP | If you enable MFP User Authentication, this App will access to the MFP with the specified username and password to use print or scan function. Username will be logged in MFP logs. |
| | Password for private print | MFP | When you use private print function, this app will send the specified password with print job to MFP. If you select a job and input the correct password, MFP will print the job. The password will be discarded after printing. |

Source: https://www.toshibatec.com/cnt/products_overseas/MFP/privacy_ebpc.html
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>




</td>
</tr>
</table>

| | |
|---|---|
| |  <br><br>Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ<br><br>***"You can output data easily from mobile devices and from files stored in the cloud.*** When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."<br><br> <br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |




Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US



| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=SbHPXvCkMYo  |

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SdF4RBtqdH8 |
| 10. The medium according to claim 9, wherein the one or more wireless communication units of the mobile device support at least part of a protocol within IEEE 802.11 standards or within Bluetooth specifications, and the wireless communication link wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards or within Bluetooth specifications. | *The one or more wireless communication units (e.g., Wi-Fi module, etc.) of the mobile device (e.g., Android or iOS smartphone, etc.) support a protocol within IEEE 802.11 standards and the wireless communication link (e.g., Wi-Fi communication link, etc.) wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards.*<br><br>**<u>Mobile Device</u>:**<br>**<u>Android smartphone (Samsung Galaxy S10)</u>**<br><br><br>Galaxy S10e \| S10 \| S10+<br>Connectivity[13]: Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version)<br><br>Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf<br><br>**<u>iOS smartphone (iPhone 11)</u>** |

Cellular and Wireless

- Model A2111*
  - FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)
  - TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  - CDMA EV-DO Rev. A (800, 1900 MHz)
  - UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
- All models
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

For details on LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/en-us/111865

**Mobile device with Toshiba e-BRIDGE Print & Capture app establishes wireless communication link with Toshiba Printer:**

Mobile > Mobile Printing and Scanning

Mobile Printing and Scanning

Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.

Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html

"You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)

| | |
|---|---|
| | Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."<br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |
| 11. The medium according to claim 10, wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the method further comprises: (a) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless local area network connection between the mobile device and the output system; and | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) subsequent to having wirelessly provided the security or authentication information (e.g., username, password, etc.) to the output system in (5), further wirelessly establishes using the one or more wireless communication units (e.g., Wi-Fi module, etc.), a wireless local area network connection (e.g., Wi-Fi connection) between the mobile device and the output system (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>**<u>Mobile device with Toshiba e-BRIDGE Print & Capture app establishes wireless local area network connection with Toshiba printer:</u>**<br><br>e-BRIDGE Print & Capture<br>(Standard/Lite)<br>**Setup Guide** |

### 2.3.2. How to set user/department information

If authentication mode is enabled at MFP, user has to input the user information to application.

If user information is once inputted at the time of a print or scanning functional use, these information will be automatically reflected at the time of other functional use.

[Android]




Department authentication




Local authentication




Windows Domain/LDAP Authentication

[iOS]



Department authentication



Local authentication



Windows Domain/LDAP Authentication

Confidential

| Authentication mode | Input information | Example |
|---|---|---|
| Department authentication | Department code | Department code: 123456 |
| MFP local authentication | User name and password | User name: user<br>Password:123456 |
| Windows domain authentication | Domain name, user name and password | Domain name: eBPC.tec.local<br>User name: user<br>Password: 123456 |
| LDAP authentication | LDAP server name、user name and password | LDAP server name: eBPC.tec.local<br>User name: user<br>Password:123456 |

When LDAP authentication is enabled at MFP, eBPC don't support scan function.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf


e-BRIDGE Print & Capture
PRINT
CAPTURE
Images
Stored Documents
MFP QR Code
application we will select that
particular printer and then from there
eBridge Print and Capture
Toshiba Video Submission
34 subscribers
Subscribe
1
Share
Ask
Download


Cancel
User Name
OK
Invalid User Name or Password
User Name
cshane
Password
Show Password
Subtitles/closed captions C
0:54 / 1:14
eBridge Print and Capture

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ |
| (b) wirelessly transmitting, using the one or more wireless communication units of the mobile device and over the wireless local area network connection wirelessly established in (a), output data that is related to the digital content, from the mobile device to the output system for outputting at least part of the digital content at the output system. | *The mobile device (e.g., Android or iOS smartphone with Toshiba e-BRIDGE Print & Capture app, etc.) wirelessly transmits, using the one or more wireless communication units (e.g., Wi-Fi module) and over the wireless local area network connection (e.g., Wi-Fi connection) established in (a), output data (e.g., print job, etc.) that is related to the digital content (e.g., image, document, etc..) to the output system (e.g., Toshiba e-STUDIO 2510AC, etc.) for outputting or playing.*<br><br>**Mobile device with Toshiba e-BRIDGE Print & Capture app transmits output data to Toshiba printer over Wi-Fi connection:**<br><br>***"You can output data easily from mobile devices and from files stored in the cloud.*** When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away." |

| | |
|---|---|
| | <br><br>Source:<br>[https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/](https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/)<br><br> |

| | |
|---|---|
| |  Cancel<br>User Name<br>OK<br>Invalid User Name or Password<br>User Name<br>cshane<br>Password<br>Show Password<br>Subtitles/closed captions C<br>0:54 / 1:14<br>eBridge Print and Capture  Print Settings<br>User Name<br>cshane<br>Copies<br>Color Mode<br>Auto<br>Print Mode<br>Normal Print<br>Paper Size<br>Paper Type<br>1:00 / 1:14<br>eBridge Print and Capture<br>Toshiba Video Submission<br>34 subscribers<br>Subscribe<br>1<br>Share<br>Save<br>Download  YouTube<br>IN<br>Search<br>1:10 / 1:14<br>eBridge Print and Capture |

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ |
| 12. The medium according to claim 11, wherein the mobile device is at least a smart phone, and | *The mobile device (e.g., Android/iOS device, etc.) is a smart phone.* |

**<u>Mobile device</u>:**

**<u>Android smartphone (Samsung Galaxy S10)</u>**




Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

**Galaxy S10e | S10 | S10+**

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |
| Network[6] | LTE Cat 20 |
| OS | Android™ 9.0 Pie with One UI |

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz) Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**<u>iOS smartphone (iPhone 11)</u>**

| | |
|---|---|
| | iPhone 11<br><br>Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e<br>**Operating System**<br>iOS<br>iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.<br>See what's new in iOS<br>**Cellular and Wireless**<br>• **Model A2111***<br>◦ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)<br>◦ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>◦ CDMA EV-DO Rev. A (800, 1900 MHz)<br>◦ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>◦ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• **All models**<br>◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>◦ Bluetooth 5.0 wireless technology<br>◦ Ultra Wideband chip for spatial awareness[7]<br>◦ NFC with reader mode<br>◦ Express Cards with power reserve<br>For details on LTE support, contact your carrier and see apple.com/iphone/LTE.<br>Source: https://support.apple.com/en-us/111865 |

<table>
<tr>
<td></td>
<td>
Mobile > Mobile Printing and Scanning<br><br>
Mobile Printing and Scanning<br><br>
Designed for the mobile workforce of today, the e-BRIDGE Print & Capture app enables users to print from and scan to iOS and Android devices utilizing Toshiba e-STUDIO systems via a Wi-Fi network. The app also provides a convenient gateway to allow mobile users the ability to quickly retrieve and print PDF and JPG documents from cloud-based storage locations such as Dropbox, Google Drive, Box, OneDrive, and Evernote. The e-BRIDGE Print & Capture app is available to download for free in the Apple App Store and Google Play.<br><br>
Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html
</td>
</tr>
<tr>
<td>wherein the security information or the authentication information includes one or more of a name, a password, identification information, an ID number, a PIN, an IP address, a security key, biometric information, fingerprint information, or voice, individually or in any combination.</td>
<td>
The security or authentication information (e.g., username, password, etc.) includes a name and a password.<br><br>
<u>Mobile device with Toshiba e-BRIDGE Print & Capture app provides security or authentication information to Toshiba Printer:</u><br><br>
Stronger MFP security and access!<br>
• e-BRIDGE Print & Capture interfaces with Toshiba MFPs and you can use your mobile to authenticate secure access.<br>
• MFPs are Wi-Fi Direct®* compatible ensuring easy and secure access from mobile devices that are not connected to an office LAN. Your clients are assured of security using a Toshiba MFP in your office. You get the same security when you use Toshiba MFPs in other ofices.<br>
* Wi-Fi Direct is an option.<br>
Supported models: e-STUDIO2500AC series, 5005AC Series, 7506AC Series, 5008A Series, 8508A Series, 5008LP Series, 2510AC Series, 5015AC Series, 5018A Series, 7516AC Series, 8518A Series, 2822AF Series, 2829A Series, 400AC Series<br><br>
Source: https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br>
e-BRIDGE Print & Capture and e-BRIDGE Print & Capture Lite, collected data and privacy<br><br>
The data collected by this app and its purpose are as follows.<br>
<table><tr><th>Category</th><th>Data Type</th><th>Destination</th><th>Purpose</th></tr></table>
</td>
</tr>
</table>

| | | | |
|---|---|---|---|
| Credentials | Username & password for shared folder | Network Share Folder | To print documents or save scanned documents in Network Share Folder, this App will access to the shared folder with the specified username and password. |
| | Username / Password for MFP authentication | MFP | If you enable MFP User Authentication, this App will access to the MFP with the specified username and password to use print or scan function. Username will be logged in MFP logs. |
| | Password for private print | MFP | When you use private print function, this app will send the specified password with print job to MFP. If you select a job and input the correct password, MFP will print the job. The password will be discarded after printing. |

Source: https://www.toshibatec.com/cnt/products_overseas/MFP/privacy_ebpc.html

# e-BRIDGE Print & Capture

(Standard/Lite)

**Setup Guide**

## 2.3.2. How to set user/department information

If authentication mode is enabled at MFP, user has to input the user information to application.

If user information is once inputted at the time of a print or scanning functional use, these information will be automatically reflected at the time of other functional use.

[Android]




Department authentication




Local authentication




Windows Domain/LDAP Authentication

[iOS]



Department authentication



Local authentication



Windows Domain/LDAP Authentication

Confidential

| Authentication mode | Input information | Example |
|---|---|---|
| Department authentication | Department code | Department code: 123456 |
| MFP local authentication | User name and password | User name: user<br>Password:123456 |
| Windows domain authentication | Domain name, user name and password | Domain name: eBPC.tec.local<br>User name: user<br>Password: 123456 |
| LDAP authentication | LDAP server name、user name and password | LDAP server name: eBPC.tec.local<br>User name: user<br>Password:123456 |

When LDAP authentication is enabled at MFP, eBPC don't support scan function.

Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf







eBridge Print and Capture

Source: https://www.youtube.com/watch?v=pHCpfV2BZZQ




**Toshiba How-To Video #8 - Mobile Printing**



| | |
|---|---|
| |  <br>Source: https://www.youtube.com/watch?v=SbHPXvCkMYo |