# EXHIBIT 14

# Application of U.S. Patent No. 10,481,846 to the Accused Apps*†

* The term "Accused Apps" refers to Toshiba's wireless printing apps, including but not limited to, the eBridge Print & Capture, eConnect TouchFree, PaperCut M, and e-BRIDGE Cloud Connect apps, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Toshiba's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. 10,481,846 to the Accused Apps</th></tr>
<tr>
<td>1. A non-transitory computer readable recording medium having recorded therein at least part of a software program executable, at least partly, by one or more processors of an information apparatus to perform a printing method: the information apparatus includes: the one or more processors;</td>
<td>
A non-transitory computer readable recording medium having recorded therein at least part of a software program (e.g., Toshiba e-BRIDGE Print & Capture App, etc.) executable, at least partly, by one or more processors of an information apparatus (e.g., iOS/Android device, etc.) to perform a printing method (e.g., wireless printing of photos, documents, etc.).<br>
The information apparatus (e.g., iOS/Android device with Toshiba e-BRIDGE Print & Capture App, etc.) includes a processor (e.g., Qualcomm Snapdragon, A13 Bionic chip, etc.).<br><br>
<u>Software program:</u><br>
<u>Toshiba e-BRIDGE Print & Capture app</u><br><br>
1. Overview<br><br>
1.1. Function<br>
e-BRIDGE Print & Capture（hereafter called eBPC）is an Android/iOS application with following functions.<br>
● Retrieve the scan document from MFP to Android/iOS device.<br>
● Print the document from Android/iOS device<br>
● Multiple cloud storage<br><br>
1.2. System Requirements<br>
Android
<table>
<tr><td>Type of device</td><td>Support OS</td></tr>
<tr><td>Phone</td><td>Android 2.3.3 or later</td></tr>
<tr><td>Tablet</td><td>Android 3.1.0 or later</td></tr>
</table>
iOS
<table>
<tr><td>Type of device</td><td>Support OS</td></tr>
<tr><td>iPad/iPhone/iPod touch</td><td>iOS 7, iOS 8, iOS 9</td></tr>
</table>
<br>
Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf
</td>
</tr>
</table>

TOSHIBA

**e-BRIDGE Print & Capture**

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.

All the information you need is with you all the time anywhere you go.

GET IT ON Google play | Download on the App Store

**The *How* of e-BRIDGE Print & Capture**

With e-BRIDGE Print & Capture, simply install a free app on your mobile device to easily interface with Toshiba MFPs, print documents and photos, and capture scanned data without interrupting your workflow. Using your mobile, you can do most everything that you would with your desktop.

e-BRIDGE Print & Capture's user interface improves usability. Operation is natural and user friendly. As mobile technology evolves, so too does e-BRIDGE Print & Capture.

*e-BRIDGE Print & Capture Entry does not support Cloud and Android Print Service.

**Anytime, anywhere, any data**

- You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.
- Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
- Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.

**e-BRIDGE Print & Capture compatible Toshiba printing devices**

**Color MFPs**

> **e-STUDIO2510AC series**

- e-STUDIO2510AC
- e-STUDIO2010AC



> **e-STUDIO5015AC series**

- e-STUDIO5015AC
- e-STUDIO4515AC
- e-STUDIO3515AC
- e-STUDIO3015AC
- e-STUDIO2515AC



Source:
http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

**Information apparatus:**
**Android smartphone (Samsung Galaxy S10):**




| PLATFORM | | |
|---|---|---|
| | OS | Android 9.0 (Pie), upgradable to Android 12, One UI 4.1 |
| | Chipset | Exynos 9820 (8 nm) - EMEA/LATAM |
| | | Qualcomm SM8150 Snapdragon 855 (7 nm) - USA/China |
| | CPU | Octa-core (2x2.73 GHz Mongoose M4 & 2x2.31 GHz Cortex-A75 & 4x1.95 GHz Cortex-A55) - EMEA/LATAM |
| | | Octa-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) - USA/China |
| | GPU | Mali-G76 MP12 - EMEA/LATAM |
| | | Adreno 640 - USA/China |

Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

## Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Display[3] | S10e: 5.8" FHD+ Dynamic AMOLED, 2280 x 1080 Resolution, Flat Screen<br>S10: 6.1" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen<br>S10+: 6.4" Quad HD+ Dynamic AMOLED, 3040 x 1440 Resolution, Curved Bezel-less Screen |
| Processor | Qualcomm Snapdragon 855 (SM8150), Octa-core 2.8 GHz, 64-bit, 7nm application processor |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11):**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

## iPhone 11 - Technical Specifications

**Chip**

- A13 Bionic chip
- 6-core CPU with 2 performance and 4 efficiency cores
- 4-core GPU
- 8-core Neural Engine

Source: https://support.apple.com/en-us/111865

**<u>Information apparatus with Toshiba e-BRIDGE Print & Capture app performing printing method:</u>**

***"You can output data easily from mobile devices and from files stored in the cloud.***
When there's a sudden need to output a document, as on a business trip, you can get it right away.
Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)
Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away."

**Main screen**

Easy task switching using PRINT and CAPTURE tabs

**Preview screen**

Preview to prevent mistakes

**Print Service screen**

Easy Android Print Service for e-mail and browser pages




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

| | |
|---|---|
| | <br><br>Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html |
| a network communication interface for establishing a local area network connection to a local area network; and | *The information apparatus (e.g., iOS/Android device, etc.) includes a network communication interface (e.g., Wi-Fi module, etc.) for establishing a local area network connection (e.g., W-Fi connection, etc.) to a local area network (e.g., Wi-Fi, etc.).*<br><br>**<u>Android smartphone (Samsung Galaxy S10):</u>** |

| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |
|---|---|

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

## Connections

Manage connections between your device and a variety of networks and other devices.

### Wi-Fi

You can connect your device to a Wi-Fi network to access the Internet without using your mobile data.

1. From Settings, tap **Connections** > **Wi-Fi**, and then tap to turn on Wi-Fi and scan for available networks.
2. Tap a network, and enter a password if required.

Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Samsung/galaxy-s10/userguide/vzw-samsung-galaxy-s10-s10e-s10plus-en-ug-022019.pdf

**iOS smartphone (iPhone 11):**

## iPhone 11 - Technical Specifications

- **All models**
  - Gigabit-class LTE with 2x2 MIMO and LAA[6]
  - 802.11ax Wi-Fi 6 with 2x2 MIMO
  - Bluetooth 5.0 wireless technology
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

Source: https://support.apple.com/en-us/111865

## Connect iPhone to the Internet

Connect your iPhone to the Internet by using an available Wi-Fi or cellular network.

**Connect iPhone to a Wi-Fi network**

1. Go to Settings > Wi-Fi, then turn on Wi-Fi.
2. Tap one of the following:
   - *A network:* Enter the password, if required.
   - *Other:* Joins a hidden network. Enter the name of the hidden network, security type, and password.

If appears at the top of the screen, iPhone is connected to a Wi-Fi network. (To verify this, open Safari to view a webpage.) iPhone reconnects when you return to the same location.

Source: https://fcc.report/FCC-ID/BCG-E3309A/4398205.pdf

memory or storage storing at least part of operating system software to facilitate, at least in part, operations of the software program; and

*The information apparatus (e.g., iOS/Android device, etc.) includes a memory or storage to store operating system software (e.g., Android, iOS, etc.) to facilitate operation of the software program (e.g., Toshiba e-BRIDGE Print & Capture App, etc.).*

**Android smartphone (Samsung Galaxy S10):**

# Galaxy S10e | S10 | S10+

| Specifications | Galaxy S10e \| S10 \| S10+ |
|---|---|
| Memory[10]/ Storage[11] | S10e: 6 GB/128 GB; 8 GB/256 GB; expandable up to an additional 512 GB with microSD card[12]<br>S10: 8 GB/128 GB; 8 GB/512 GB; expandable up to an additional 512 GB with microSD card[12]<br>S10+: 8 GB/128 GB; 8 GB/512 GB; 12 GB/1 TB; expandable up to an additional 512 GB with microSD card |
| OS | Android™ 9.0 Pie with One UI |
| Dimensions / Weight | S10e: 5.8" x 2.7" x 0.3" / 5.3 oz.<br>S10: 6.1" x 2.8" x 0.3" / 5.5 oz.<br>S10+: 6.4" x 2.9" x 0.3" / 6.1 oz. |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11):**

# iPhone 11 - Technical Specifications

## Capacity[1]

- 64GB
- 128GB
- 256GB

## Operating System

iOS

iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.

See what's new in iOS

<table>
<tr>
<td></td>
<td>
Source: https://support.apple.com/en-us/111865<br><br>
<u>Software Program: Toshiba e-BRIDGE Print & Capture App</u><br><br>
1. Overview<br><br>
1.1. Function<br><br>
e-BRIDGE Print & Capture（hereafter called eBPC）is an Android/iOS application with following functions.<br>
● Retrieve the scan document from MFP to Android/iOS device.<br>
● Print the document from Android/iOS device<br>
● Multiple cloud storage<br><br>
1.2. System Requirements<br><br>
Android
<table>
<tr><td>Type of device</td><td>Support OS</td></tr>
<tr><td>Phone</td><td>Android 2.3.3 or later</td></tr>
<tr><td>Tablet</td><td>Android 3.1.0 or later</td></tr>
</table>
iOS
<table>
<tr><td>Type of device</td><td>Support OS</td></tr>
<tr><td>iPad/iPhone/iPod touch</td><td>iOS 7, iOS 8, iOS 9</td></tr>
</table>
<br>
Source: https://business.toshiba.com/downloads/KB/f1Ulds/11948/e-BRIDGE_PrintAndCapture_SetupGuide_en.2015.10.23.pdf
</td>
</tr>
<tr>
<td>wherein the printing method comprises:<br>(1) obtaining, at the information apparatus, by the software program, digital content for printing;</td>
<td>The information apparatus (e.g., iOS/Android device, etc.) obtains digital content (e.g., photos, documents, etc.) for printing, by using the software program (e.g., Toshiba e-BRIDGE Print & Capture app, etc.).<br><br><u>Toshiba e-BRIDGE Print & Capture app obtains digital content at the information apparatus for printing:</u></td>
</tr>
</table>

| | |
|---|---|
| | e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.<br>Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.<br><br>Key Features:<br>- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers<br>- Print images stored in Android or captured by the device's Camera<br>- Print web pages and emails with Android print services<br>- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save<br>- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email<br>- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP<br>- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs<br>- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)<br>- Authentication and department codes are recommended to maintain office security<br>* Optional Enabler required<br>-------------------------<br><br>Source:<br>https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid<br><br>**The *How* of e-BRIDGE Print & Capture**<br><br>With e-BRIDGE Print & Capture, simply install a free app on your mobile device to easily interface with Toshiba MFPs, print documents and photos, and capture scanned data without interrupting your workflow. Using your mobile, you can do most everything that you would with your desktop.<br>e-BRIDGE Print & Capture's user interface improves usability. Operation is natural and user friendly. As mobile technology evolves, so too does e-BRIDGE Print & Capture.<br><br>*e-BRIDGE Print & Capture Entry does not support Cloud and Android Print Service.<br><br>**Anytime, anywhere, any data**<br><br>• You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away. |




Source:
http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/












Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

<table>
<tr>
<td></td>
<td>



Print Photos with e-BRIDGE Print & Capture (Android)




Print Photos with e-BRIDGE Print & Capture (Android)

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s
</td>
</tr>
<tr>
<td>(2) discovering, using the network communication interface of the information apparatus and over the established local area network connection, a printer that is available in the local area network;</td>
<td>
The information apparatus (e.g., iOS/Android device with Toshiba e-BRIDGE Print & Capture app, etc.), using its network communication interface (e.g., Wi-Fi module, etc.) and over the established local area network connection (e.g., Wi-Fi network connection, etc.), wirelessly discovers a printer (e.g., Toshiba e-STUDIO 2510AC, etc.) available in local area network (e.g., over the same Wi-Fi network, etc.).

<u>Information apparatus with Toshiba e-BRIDGE Print & Capture app discovers printer available in the local area network:</u>
</td>
</tr>
</table>







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#


TOSHIBA
e-BRIDGE Print & Capture
TOSHIBA TEC CORPORATION
3.9
This application will allow you to utilize TOSHIBA MFPs to print and scan.
WHAT'S NEW
Fix some Bugs
READ MORE


Discover
RECENT
QR
WI-FI
MANUAL
Loading
Please Wait. Retrieving Data.
Cancel




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo




Print Photos with e-BRIDGE Print & Capture (Android)




Print Photos with e-BRIDGE Print & Capture (Android)




Print Photos with e-BRIDGE Print & Capture (Android)

**Transcript**

Search in video

0:00 download the eBridge print and capture

0:02 app from google play note your mobile

0:04 device will need to be connected via

0:06 Wi-Fi to the same network as your

0:08 toshiba e-studio system after

0:10 installation is complete launch the

0:13 application on your Android device by

0:15 tapping the eBridge print and capture

0:17 icon tap images in the print section of

0:20 the application menu when prompted allow

0:23 the eBridge print and capture app to

0:25 access your photos select the desired

0:28 photo to print on first use of the app

0:31 for printing the system will attempt to

0:33 locate your toshiba e-studio system on

0:35 the Wi-Fi network if no devices are

0:38 discovered you can enter the IP address

0:40 manually to manually input the IP

0:43 address for your system click manual on

0:45 the upper right side of app enter the IP

0:48 address or full hostname of your system

0:50 and tap start discovery tap the right

Source: https://www.youtube.com/watch?v=BxSh4yfAr_s

| | |
|---|---|
| | **<u>Printer:</u>**<br>**<u>Toshiba e-STUDIO 2510AC</u>**<br><br><br><br> |

| | |
|---|---|
| | **e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf |
| (3) receiving, over the established local area network connection and via the network communication interface of the information apparatus, a device profile from the printer discovered in (2), the device profile received from the printer is related to the printer, and the device profile includes one or more of device attribute information, language information, format information, duplex printing information, color space information, bit depth information, or resolution information, individually or in any combination, corresponding to the printer discovered in (2); | *The information apparatus (e.g., iOS/Android device with Toshiba e-BRIDGE Print & Capture app, etc.) uses its network communication interface (e.g., Wi-Fi module, etc.) to receive a device profile (e.g., device name, printer capabilities, etc.) from the discovered printer (e.g., Toshiba e-STUDIO 2510AC, etc.), over the established local area network connection (e.g., Wi-Fi network connection, etc.).*<br><br>**Information apparatus with Toshiba e-BRIDGE Print & Capture app receives device profile from the printer:**<br><br>**Anytime, anywhere, any data**<br>• You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away. |

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application




Source: http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

**e-BRIDGE Print & Capture**

About this app

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10 or later)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

-------------------------

System Requirements
- Supported e-STUDIO models should be used
- SNMP and Web Service settings on the MFP must be enabled
- Please contact your dealer or sales representative about configuring this application when using with user authentication or department codes

-------------------------

Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US









Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**Printer:**
**Toshiba e-STUDIO 2510AC**

| | |
|---|---|
| | **e-BRIDGE Next Print Specifications**<br><br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is IPP?**<br><br>The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.<br><br>A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.<br><br>A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.<br><br>**What are Printers?**<br><br>Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs. |

| | |
|---|---|
| | **Printer Capability Attributes**<br>Printers have many capability attributes, including:<br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.<br>• "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).<br>• "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.<br>• "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.<br>• "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.<br>• "page-ranges-supported": Specifies whether page ranges are supported (boolean).<br>• "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.<br>• "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.<br>• "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.<br><br>Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').<br><br>Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.<br><br>Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp |
| (4) generating, at the information apparatus, print data from at least part of the digital content obtained in (1), the generating of the print data is based, at least in part, on the device profile that is received from the printer in (3); and | *The information apparatus (e.g., iOS/Android device with Toshiba e-BRIDGE Print & Capture app, etc.) generates print data (e.g., print job, etc.) based, at least in part, on the received device profile (e.g., capability information such as duplex printing information, color mode, print mode, paper type, etc.) from the printer (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>*The generating process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options through the application, such as print quality, size, duplex printing, and color settings.*<br><br>*Once the user selects the content and sets the desired print preferences, the information apparatus with the Accused Apps generates a print job in a format that the selected Toshiba printer can process.*<br><br>**Printer:**<br>**Toshiba e-STUDIO 2510AC**<br><br>*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

| | |
|---|---|
| | Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.<br><br>**How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br><br>**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/ |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security
* Optional Enabler required

Source: https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid

| | |
|---|---|
| | <br><br><br>iPhone, iPad<br>e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilising your iOS device.<br>Key Features:<br>- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) through TOSHIBA MFPs<br>- Print images stored in iOS Photos or captured by the device's camera<br>- Utilise advanced MFP print settings such as number of copies, duplex, colour mode (BW/Colour/Twin Colour), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save<br>- Scan documents from TOSHIBA MFP and upload it to a cloud storage service or send it by Email<br>- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured<br>- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture, with the scanner on e-BRIDGE Print & Capture, or by searching through your history of the most recently used MFPs<br>- Authentication and department codes are recommended to maintain office security<br>* Optional Enabler required in MFP<br><br>Source: https://apps.apple.com/us/app/e-bridge-print-capture/id835518313 |
| (5) transmitting, via the established local area network connection and using the network communication interface of the information apparatus, at least part of the print data generated in (4) to the printer discovered in (2) for printing the digital content obtained in (1); and | *The information apparatus (e.g., iOS/Android device with Toshiba e-BRIDGE Print & Capture app, etc.), transmits the print data (e.g., the print job, etc.) to the printer (e.g., Toshiba e-STUDIO 2510AC, etc.) via the established local area network connection (e.g., Wi-Fi network connection, etc.) using the network communication interface (e.g., Wi-Fi module, etc.) of the information apparatus.*<br><br>**Information apparatus with Toshiba e-BRIDGE Print & Capture app transmitting the print data to the printer:**<br><br>***"You can output data easily from mobile devices and from files stored in the cloud.***<br>When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away." |




Source:
https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/




Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US


TOSHIBA
e-BRIDGE Print & Capture
TOSHIBA TEC CORPORATION
10
3.9
This application will allow you to utilize TOSHIBA MFPs to print and scan.


Preview
TOSHIBA e-STUDIO5005AC-11672229
http://10.1.200.53 - Paper Out
Page 1 of 6
Copies
1
Color Mode
Auto
Print Mode
Normal Print
Duplex
Off
Staple
Not all paper sizes are supported
Off
Paper Size
Same as original
Print
to the MFP




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=SdF4RBtqdH8 |
| wherein the print data, generated in (4) and transmitted in (5) to the printer discovered in (2), is in accordance, at least in part, with the device profile received from the printer in (3); and | *The print data, generated in (4) and transmitted in (5) to the printer discovered in (2), is in accordance with the device profile (e.g., device capabilities, etc.) received from the printer in (3).*<br>*The generating process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options through the application, such as print quality, size, duplex printing, and color settings.*<br><br>**Information apparatus generating the print data based on the device profile:**<br><br>**Printer:**<br>**Toshiba e-STUDIO 2510AC**<br><br>*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is page description language?**<br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

| | |
|---|---|
| | **How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br><br>**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/ |




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:

- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

Source: https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid

<table>
<tr>
<td></td>
<td>



iPhone, iPad

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilising your iOS device.

Key Features:<br>
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) through TOSHIBA MFPs<br>
- Print images stored in iOS Photos or captured by the device's camera<br>
- Utilise advanced MFP print settings such as number of copies, duplex, colour mode (BW/Colour/Twin Colour), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save<br>
- Scan documents from TOSHIBA MFP and upload it to a cloud storage service or send it by Email<br>
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured<br>
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture, with the scanner on e-BRIDGE Print & Capture, or by searching through your history of the most recently used MFPs<br>
- Authentication and department codes are recommended to maintain office security<br>
* Optional Enabler required in MFP

Source: https://apps.apple.com/us/app/e-bridge-print-capture/id835518313
</td>
</tr>
<tr>
<td>wherein printing of at least part of the digital content obtained in (1), from the information apparatus to the printer that is available in the local area network in (2), does not require the information apparatus to use, at the information apparatus, a printer driver that is specific to the printer discovered in (2).</td>
<td>
The printing of at least part of the digital content (e.g., image, document, etc.) obtained in (1), from the information apparatus (e.g., Android/iOS smartphone with Toshiba e-BRIDGE Print and Capture app, etc.) to the printer that is available in the local area network in (2), does not require the information apparatus to use, at the information apparatus, a printer driver that is specific to the printer discovered in (2).

The user only needs to install the Toshiba e-BRIDGE Print and Capture app to perform the mobile printing without installing any external driver specific to the printer.

<u>Toshiba e-BRIDGE Print and Capture app</u>:

System Requirements<br>
- Supported e-STUDIO models should be used<br>
- SNMP and Web Service settings on the MFP must be enabled<br>
- Please contact your dealer or sales representative about configuring this application when using with user authentication or department codes

Source: https://apps.apple.com/us/app/e-bridge-print-capture/id835518313
</td>
</tr>
</table>

| | |
|---|---|
| | **The *How* of e-BRIDGE Print & Capture**<br><br>With e-BRIDGE Print & Capture, simply install a free app on your mobile device to easily interface with Toshiba MFPs, print documents and photos, and capture scanned data without interrupting your workflow. Using your mobile, you can do most everything that you would with your desktop.<br>e-BRIDGE Print & Capture's user interface improves usability. Operation is natural and user friendly. As mobile technology evolves, so too does e-BRIDGE Print & Capture.<br>*e-BRIDGE Print & Capture Entry does not support Cloud and Android Print Service.<br><br>**Anytime, anywhere, any data**<br><br>• You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away.<br><br>Source:<br>http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/<br><br>**Main screen**<br>Easy task switching using PRINT and CAPTURE tabs<br><br>**Preview screen**<br>Preview to prevent mistakes<br><br>**Print Service screen**<br>Easy Android Print Service for e-mail and browser pages<br><br><br><br>Source:<br>https://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/ |
| 2. The medium of claim 1, wherein the device profile includes one or more of language information supported by the printer or format information supported by the printer, individually or in any combination, and<br>wherein at least part of the print data transmitted in (5) conforms, at least in part, to the language information or the format information included in the | *The device profile includes one or more language or format information (e.g., PDL, document format supported, etc.) supported by the printer (e.g., Toshiba e-STUDIO 2510AC, etc.).*<br><br>*The print data transmitted in (5) conforms (e.g., by encoding into a format supported by or compatible with the printer), at least in part, to the language information or the format information (e.g., PDL, document format supported, etc.) included in the device profile received from the printer discovered in (2).*<br><br>**Printer:**<br>**Toshiba e-STUDIO 2510AC** |

device profile received from the printer discovered in (2).

*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.

## e-BRIDGE Next Print Specifications

| | |
|---|---|
| **PDL** | PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG |
| **Print Speed** | 20/25 Pages Per Minute (LT) |
| **Print Resolution** | 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only |

Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf

**Information apparatus with Toshiba e-BRIDGE Print & Capture app conforms the print data based on the language and format supported by the printer:**

### What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

### How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

### The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Integrated with e-BRIDGE Re-Rite OCR software, e-BRIDGE Print & Capture allows you to convert scanned images or photo documents into one of 22 editable file formats including Microsoft Word, Excel, and PowerPoint files.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- Convert scanned images or photo documents to an editable format such as searchable PDF, Microsoft Word, Excel or PowerPoint by using e-BRIDGE Re-Rite OCR software or the OCR* function within the MFP
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10.x)
- Authentication and department codes are recommended to maintain office security

* Optional Enabler required

Source:
https://web.archive.org/web/20200810002629/https:/play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid



| | |
|---|---|
| | iPhone, iPad<br><br>e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilising your iOS device.<br><br>Key Features:<br>- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) through TOSHIBA MFPs<br>- Print images stored in iOS Photos or captured by the device's camera<br>- Utilise advanced MFP print settings such as number of copies, duplex, colour mode (BW/Colour/Twin Colour), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save<br>- Scan documents from TOSHIBA MFP and upload it to a cloud storage service or send it by Email<br>- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured<br>- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture, with the scanner on e-BRIDGE Print & Capture, or by searching through your history of the most recently used MFPs<br>- Authentication and department codes are recommended to maintain office security<br>* Optional Enabler required in MFP<br><br>Source: https://apps.apple.com/us/app/e-bridge-print-capture/id835518313 |
| 3. The medium of claim 2, wherein the network communication interface of the information apparatus is a wireless communication interface, and wherein the wireless communication interface includes one or more chips or chipsets that are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for establishing a wireless local area network connection, and | *The network communication interface (e.g., Wi-Fi module, etc.) of the information apparatus (e.g., Android/iOS smartphone, etc.) is a wireless communication interface and wherein the wireless communication interface (e.g., Wi-Fi module) includes one or more chips or chipsets that are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for establishing a wireless local area network connection (e.g., Wi-Fi connection).*<br><br>**Information Apparatus:**<br>**Android smartphone (Samsung Galaxy S10):**<br><br>Connectivity[13] — Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version)<br><br>Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf<br><br>**Connections**<br>Manage connections between your device and a variety of networks and other devices.<br>**Wi-Fi**<br>You can connect your device to a Wi-Fi network to access the Internet without using your mobile data.<br>1. From Settings, tap **Connections** > **Wi-Fi**, and then tap to turn on Wi-Fi and scan for available networks.<br>2. Tap a network, and enter a password if required.<br><br>Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Samsung/galaxy-s10/userguide/vzw-samsung-galaxy-s10-s10e-s10plus-en-ug-022019.pdf<br><br>**iOS smartphone (iPhone 11):**<br><br>**iPhone 11 - Technical Specifications** |

| | |
|---|---|
| | • **All models**<br>◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>◦ Bluetooth 5.0 wireless technology<br>◦ Ultra Wideband chip for spatial awareness[7]<br>◦ NFC with reader mode<br>◦ Express Cards with power reserve<br><br>Source: https://support.apple.com/en-us/111865<br><br>Connect iPhone to the Internet<br>Connect your iPhone to the Internet by using an available Wi-Fi or cellular network.<br><br>**Connect iPhone to a Wi-Fi network**<br>1. Go to Settings > Wi-Fi, then turn on Wi-Fi.<br>2. Tap one of the following:<br>• *A network:* Enter the password, if required.<br>• *Other:* Joins a hidden network. Enter the name of the hidden network, security type, and password.<br><br>If appears at the top of the screen, iPhone is connected to a Wi-Fi network. (To verify this, open Safari to view a webpage.) iPhone reconnects when you return to the same location.<br><br>Source: https://fcc.report/FCC-ID/BCG-E3309A/4398205.pdf<br><br>"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| wherein the local area network in (2) is a wireless local area network and the printer is available in the wireless local area network; and<br>wherein the discovering of the printer in (2) includes wirelessly discovering, using the wireless communication interface of the information apparatus, the | *The local area network in (2) is a wireless local area network (e.g., Wi-Fi network) and the printer (e.g., Toshiba e-STUDIO 2510AC, etc.) is available in the wireless local area network (e.g., over same Wi-Fi network).*<br><br>*The discovering of the printer in (2) includes wirelessly discovering, using the wireless communication interface (e.g., Wi-Fi module) of the information apparatus, the printer that is available in the wireless local area network.*<br><br>**Information apparatus with Toshiba e-BRIDGE Print & Capture app discovers printer available in the local area network:** |

printer that is available in the wireless local area network.







Source: https://media.toshiba-solutions.com/ITM/eS2510AC/index.html#

<table>
<tr>
<td></td>
<td>




Source: https://www.youtube.com/watch?v=SbHPXvCkMYo
</td>
</tr>
<tr>
<td>4. The medium of claim 3, wherein the information apparatus is at least one of a smart phone, an information pad, an Internet appliance, or a digital camera, individually or in any combination;<br>and wherein the software program is at least part of application software that includes one or more of an Internet browsing application, an email application, a document</td>
<td>The information apparatus is a smart phone (e.g., Android/iOS smartphone, etc.) and the software program (e.g., Toshiba e-BRIDGE Print and Capture app, etc.) is at least part of application software that includes a digital imaging application and executable by the processor of the information apparatus for printing the digital content (e.g., images, etc.) obtained in (1).<br><br><u>Information apparatus:</u><br><u>Android smartphone (Samsung Galaxy S10):</u></td>
</tr>
</table>

creation application, or a digital imaging application, individually or in any combination, and the application software is executable, at least partly, by the one or more processors at the information apparatus, for printing the digital content obtained in (1).




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | FM radio (USA & Canada only) |
| | USB | USB Type-C 3.1, OTG, DisplayPort |

Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

| | |
|---|---|
| Connectivity[13] | Wi-Fi 802.11 a/b/g/n/ac/ax (2.4G/5GHz), Wi-Fi Direct, HE80, MIMO, 1024QAM<br>Bluetooth 5.0 (LE up to 2Mbps), ANT+<br>Location (GPS, Glonass, Galileo, BeiDou)<br>USB 3.1 Gen 1 Type-C, NFC, PC Sync (Smart Switch, PC version) |

Source: https://image-us.samsung.com/SamsungUS/samsungbusiness/pdfs/datasheet/HHP-CARRIERAGNOSTIC-GALAXYS10ES10S10+DSHT-MAR19T_Final_3-7-19.pdf

**iOS smartphone (iPhone 11):**

iPhone 11



Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e

<table>
<tr>
<td></td>
<td>
iPhone 11 - Technical Specifications<br><br>
Cellular and Wireless<br>
• Model A2111*<br>
◦ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71)<br>
◦ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>
◦ CDMA EV-DO Rev. A (800, 1900 MHz)<br>
◦ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>
◦ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>
• All models<br>
◦ Gigabit-class LTE with 2x2 MIMO and LAA[6]<br>
◦ 802.11ax Wi-Fi 6 with 2x2 MIMO<br>
◦ Bluetooth 5.0 wireless technology<br>
◦ Ultra Wideband chip for spatial awareness[7]<br>
◦ NFC with reader mode<br>
◦ Express Cards with power reserve<br><br>
Source: https://support.apple.com/en-us/111865<br><br>
<u>Software program</u>:<br>
<u>Toshiba e-BRIDGE Print & Capture app</u><br><br>
e-BRIDGE Print & Capture<br>
About this app<br><br>
e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.<br><br>
Key Features:<br>
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers<br>
- <u>Print images</u> stored in Android or <u>captured by the device's Camera</u><br>
- Print web pages and emails with Android print services<br><br>
Source:<br>
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_US
</td>
</tr>
<tr>
<td>5. The medium of claim 4, wherein the device profile, received from the printer discovered in (2), includes one or more of a duplex printing, a color space, a bit depth, or a resolution, individually or in any combination, and wherein at least part of the print data generated in (4) conforms, at least in part, to the device profile</td>
<td>
The device profile (e.g., device name, capability information such as print quality, print size, duplex, color, PDL formats supported, etc.) received from the printer (e.g., Toshiba e-STUDIO 2510AC, etc.) discovered in (2) includes one or more of a duplex printing, a color space, a resolution, etc.<br><br>
The print data (e.g., print job) generated in (4) conforms (e.g., by encoding into a format supported by or compatible with the printer), at least in part to the device profile received from the printer in (3).<br><br>
Once the user selects the digital content for printing and sets the desired print preferences such as print quality, print size, duplex, color, etc., the Android/iOS
</td>
</tr>
</table>

| | |
|---|---|
| received from the printer in (3); and | *smartphone with the Accused Apps generates the print job in a language or format supported by the selected printer.*<br><br>**Printer:**<br>**Toshiba e-STUDIO 2510AC**<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br>**Operating Systems** Windows® 8.1,10, Windows Server® 2012/R2, Windows Server® 2016, Macintosh® (macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4), Unix®, Linux®<br>**Network Protocols** TCP/IP (IPv4, IPv6), NetBIOS over TCP/IP, IPX/SPX® for Novell® Environments, EtherTalk for Macintosh® Environments<br>**Printing Protocols** SMB, LPR/LPD, IPP (Ver.2.0) w/Authentication, AppleTalk® PAP or EtherTalk, Port 9100 (Bi-Directional), NetWare P-SERVER LPD w/ iPrint, WS Print, FTP<br>**Print Drivers** Windows® 8.1 (32-bit, 64-bit), Windows Server® 2012/R2 (64-bit), Windows Server® 2016, Windows® 10 (32-bit, 64-bit), macOS X 10.7.4, 10.8, 10.9, 10.10, 10.11, 10.12, 10.13, 11.4<br>**Interface** RJ-45 Ethernet (10/100/1000 Base-T), USB 2.0 (High-Speed), Optional 802.11b/g/n, Wireless LAN, Optional Bluetooth<br>**Wireless Device** AirPrint®, Mopria®, e-BRIDGE Print & Capture Application on iOS and Android (Available via Apple® App Store or Google Play)<br>**Device Management** TopAccess, EFMS 6.30 (e-BRIDGE Fleet Management Software)<br>**Account Control** Up to 10,000 Users or 1,000 Departments Supports User Authentication (on Device), Login Name/Password (via Windows® Domain) or Login Name/ Password (via LDAP Server) for Copy, Print, Scan, Fax, List, and User Function<br>**Accessibility Features** Tilt Front Panel, Job Programs, Universal Grip for Paper Trays, Disable Screen Timeout and Audible Beep Message Alerts<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.<br><br>**How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction. |

| | |
|---|---|
| | 5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.<br>6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.<br>7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.<br>8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.<br><br>**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/<br><br>**Anytime, anywhere, any data**<br><br>• You can output data easily from mobile devices and from files stored in the cloud. When there's a sudden need to output a document, as on a business trip, you can get it right away.<br>• Compatibility with Android Print Service so you can print out e-mail and browser pages using your mobile. (Android only)<br>• Data scanned by the MFP can be downloaded to your mobile or uploaded to the cloud for easy data sharing! For example, you can share conference notes and materials right away. |

**Main screen**

Easy task switching using PRINT and CAPTURE tabs




**Preview screen**

Preview to prevent mistakes




**Print Service screen**

Easy Android Print Service for e-mail and browser pages




## Print setting screen

Print settings according to application




Source: http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

e-BRIDGE Print & Capture

About this app

e-BRIDGE Print & Capture is an application that allows you to print and scan from TOSHIBA MFPs utilizing your Android device.

Key Features:
- Print documents (JPEG/PDF) from cloud storage services (Box, Dropbox, Google Drive, OneDrive) or a network folder through TOSHIBA MFPs or shared printers
- Print images stored in Android or captured by the device's Camera
- Print web pages and emails with Android print services
- Utilize advanced MFP print settings such as number of copies, duplex, color mode (BW/Color/Twin Color), Print Mode (Normal/Private/Hold/Multi Station*), Paper Type, Paper Size, Staple, Omit Blank Pages and Toner Save
- Scan documents from TOSHIBA MFP and save them onto your Android device, a network folder, upload it to a cloud storage service, or send it by Email
- The document scanner function adjusts distortion and optimizes the images on the device or those newly captured
- TOSHIBA MFPs can be discovered on your network via scanning the QR code printed from e-BRIDGE Print & Capture with the scanner on e-BRIDGE Print & Capture or by searching through your history of the most recently used MFPs
- Secure access for print and scan using your NFC enabled mobile device. (optional card reader required, available only on supported MFPs, not supported on Android 10 or later)
- Authentication and department codes are recommended to maintain office security
* Optional Enabler required

-------------------------

System Requirements
- Supported e-STUDIO models should be used
- SNMP and Web Service settings on the MFP must be enabled
- Please contact your dealer or sales representative about configuring this application when using with user authentication or department codes

-------------------------

Source:
https://play.google.com/store/apps/details?id=com.toshiba.dse.ebridge.acme.paid&hl=en_us&gl=US






Source: https://www.youtube.com/watch?v=SbHPXvCkMYo

**What is IPP?**

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

<table>
<tr>
<td></td>
<td>

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

</td>
</tr>
<tr>
<td>wherein the software program is facilitated by an application programming interface (API) provided by the operating system software of the information apparatus for discovering the printer in (2), for generating the print data in (4), and for transmitting at least part of the print data in (5); and</td>
<td>

*The software program (e.g., Toshiba e-BRIDGE Print and Capture app, etc.) is facilitated by an application programming interface (API) provided by the operating system software (e.g., Android and/or iOS, etc.) of the information apparatus (e.g., Android/iOS smartphone, etc.) for discovering the printer (e.g., Toshiba e-STUDIO 2510AC, etc.) in (2), for generating the print data (e.g., print job) in (4), and for transmitting at least part of the print data in (5).*

**Software program:**
**Toshiba e-BRIDGE Print and Capture app**




*e-BRIDGE Print & Capture*

Do a lot of things with an Android or iOS smartphone or tablet that used to be only possible with a desktop. Print and scan easily from your mobile without interrupting your workflow with an improved and attractive user interface for better usability.
All the information you need is with you all the time anywhere you go.

Source:
http://web.archive.org/web/20200628163149/https://www.toshibatec.com/cnt/products_overseas/mobile_solutions/e_bridge/

**Information Apparatus:**
**Android smartphone (Samsung Galaxy S10):**

</td>
</tr>
</table>

Samsung Galaxy S10



Released 2019, March 08
157g, 7.8mm thickness
Android 9.0, up to Android 12, One UI 4.1
128GB/512GB storage, microSDXC

6.1"
1440x3040 pixels

16MP
2160p

REVIEW OPINIONS COMPARE

| | | |
|---|---|---|
| PLATFORM | OS | Android 9.0 (Pie), upgradable to Android 12, One UI 4.1 |
| | Chipset | Exynos 9820 (8 nm) - EMEA/LATAM |
| | | Qualcomm SM8150 Snapdragon 855 (7 nm) - USA/China |
| | CPU | Octa-core (2x2.73 GHz Mongoose M4 & 2x2.31 GHz Cortex-A75 & 4x1.95 GHz Cortex-A55) - EMEA/LATAM |
| | | Octa-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) - USA/China |
| | GPU | Mali-G76 MP12 - EMEA/LATAM |
| | | Adreno 640 - USA/China |

Source: https://www.gsmarena.com/samsung_galaxy_s10-9536.php

# android.print

Added in API level 19

Kotlin | **Java**

## Overview

Provides classes for implementing print support in applications and also contains all base classes and abstractions involved in printing. These base classes are also used by other more specialized printing related packages.

The entry point for interacting with the print system is the `PrintManager` which is a system service that can be obtained from the current context. The print manager provides APIs for printing, querying the state of print jobs, etc.

Source: https://developer.android.com/reference/android/print/package-summary

# PrintService

This is the base class for implementing print services. A print service knows how to discover and interact one or more printers via one or more protocols.

### Printer discovery

A print service is responsible for discovering printers, adding discovered printers, removing added printers, and updating added printers. When the system is interested in printers managed by your service it will call `onCreatePrinterDiscoverySession()` from which you must return a new `PrinterDiscoverySession` instance. The returned session encapsulates the interaction between the system and your service during printer discovery. For description of this interaction refer to the documentation for `PrinterDiscoverySession`.

For every printer discovery session all printers have to be added since system does not retain printers across sessions. Hence, each printer known to this print service should be added only once during a discovery session. Only an already added printer can be removed or updated. Removed printers can be added again.

Source: https://developer.android.com/reference/android/printservice/PrintService

# android.printservice

Added in API level 19

Kotlin | **Java**

Provides classes for implementing print services. Print services are plug-in components that know how to talk to printers via some standard protocols. These services serve as a bridge between the system and the printers. Hence, the printer and print protocol specific implementation is factored out of the system and can be independently developed and updated.

A print service implementation should extend `PrintService` and implement its abstract methods. Also the print service has to follow the contract for managing `PrintJob` s.

The system is responsible for starting and stopping a print service depending on whether there are active print jobs for the printers managed by the service. The print service should also perform printer discovery in a timely fashion to ensure good user experience. The interaction between the system and the print service during printer discovery is encapsulated by a `PrinterDiscoverySession` instance created by the print service when requested by the system.

Source: https://developer.android.com/reference/android/printservice/package-summary

**<u>iOS smartphone (iPhone 11):</u>**

**iPhone 11**



| | |
|---|---|
| | Source: https://www.apple.com/iphone/compare/?modelList=iphone-11,iphone-16,iphone-16e<br><br>**iPhone 11 - Technical Specifications**<br><br>**Operating System** — iOS<br>iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.<br>See what's new in iOS<br><br>Source: https://support.apple.com/en-us/111865<br><br>Class<br>**UIPrintInteractionController**<br>A user interface that manages the printing of documents, images, and other printable content in iOS.<br>iOS 4.2+ \| iPadOS 4.2+ \| Mac Catalyst 13.1+ \| visionOS 1.0+<br><br>**Overview**<br>`UIPrintInteractionController` is the central class for printing in iOS. The shared instance of it represents a print job. A print job includes the content to print and information and options related to its printing, such as output type, job name, paper size, and orientation.<br>`UIPrintInteractionController` has four mutually exclusive properties for giving it the content to print:<br>• `printingItem` takes a single print-ready object.<br>• `printingItems` takes an array of print-ready objects.<br>• `printFormatter` takes a print formatter, an object that knows how to lay out content of a certain type.<br>• `printPageRenderer` takes a page renderer, a custom object that draws the content for printing.<br>If the `showsPageRange` property is `true`, the number of pages is more than 1, and you assign an object to any of these properties except for the `printingItems` property, the printing options include a control that allows users to select a page range.<br>When users tap a print button on the app's user interface, a controller object of the app should respond to the action message by obtaining the shared instance of `UIPrintInteractionController` and preparing it for the print job. When the app calls one of the `present...` methods (for example, `present(animated:completionHandler:)`), `UIPrintInteractionController` displays a view containing printing options. This interface is simple, allowing users to select a printer, specify the number of copies and possibly a range of pages, and choose single-sided or double-sided printing (if the printer supports duplex printing). When users make their selections and tap Print, the print job begins.<br><br>Source: https://developer.apple.com/documentation/uikit/uiprintinteractioncontroller?changes=_1_3 |

| | |
|---|---|
| wherein the print data generated in (4) conforms to a page description language, the page description language includes at least one of a proprietary page description language or a published page description language, individually or in any combination. | *The generated print data conforms to a page description language (PDL).*<br><br>**Printer:**<br>**Toshiba e-STUDIO 2510AC**<br><br>*Heavy-Media Duplex Support* can also handle 16 lb bond to 90 lb index for heavy duty duplexing.<br><br>**e-BRIDGE Next Print Specifications**<br>**PDL** PCL5e, PCL5c, PCL6 (PCL XL), PS3, PDF, XPS, JPEG<br>**Print Speed** 20/25 Pages Per Minute (LT)<br>**Print Resolution** 600 x 600 dpi (5 bit) 600 x 1,200 dpi (1 bit) PS3 Only<br><br>Source: https://business.toshiba.com/media/tabs/downloads/product/mfp/2010AC-2510AC%20Brochure.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.<br><br>**How PDLs function in conjunction with printers and other output devices?**<br><br>PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:<br><br>1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.<br>2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.<br>3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.<br>4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.<br>5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.<br>6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.<br>7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.<br>8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents. |

| | |
|---|---|
| | **The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**<br><br>Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.<br><br>Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:<br><br>1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.<br>2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.<br>3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.<br><br>4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.<br>5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.<br>6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.<br>7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.<br>8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.<br><br>Source: https://docs.aspose.com/page/net/page-description-languages/ |